07-00021

Page 1

In the U S D Court For Guam District

I Dr Joseph Geronimo of the Dr Kamal Roy swear & say I am a hopeful announced Republican Party US Presidential candidate. I The Reverend Dr Kamal K Roy am a poor and a past disabled but noble clergy / author / activist on religious and social reforms; and permanent resident at 107 A Sinbrey Ave, SI NYC 10301 and at 14 Kiwassa Rd #5 Saranac Lake, NY 12983 with postal address P O Box 1173 S/L, New York 12983 along with other Plaintiffs, do affirm, swear and say under penalty of perjury in names of many man-made and human created God/s and undivine divine system for human animals all over USA mainland et al and outside USA do further say that Democracy has turned more or less misnomers for the most weaker people and poors in USA et al, and in the U.S.A. and Democracies all around Globe, and as such, during the last 3 decades Plaintiffs viz The Rev Dr Kamal KK Roy, though moved out from one Democracy democracies viz into to newer land of USA did continue unalienable democratic rights to plaintiffs for self (Kamal) and Associates, as Plaintiffs and as officer (unincorporated lawful Assocn) in U.S.A. (voluntary) of the Assocns, and Plaintiffs move to Federal District court to demand Justice, claiming Damages for pains and sufferings, and rights for survival for self & Associates and redress.

The Rev Dr Kamal KK Roy & was born as Joseph Geronimo in Guam (US Territory)

US citizen of unincorporated Assocs Plaintiffs

Civil Complaint Title in the U S District Court for District of Guam 4th Floor 520 W Soledad Ave Hagatna Guam 96910

I made announcements of intention of running for elected constitutional Head as U.S. President in US Possibly Bill 9 known that like many other Democrat of Republican & shall retire from my efforts without any

Original

FILED
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

P O Box 1173
S/L, NY 12983
for self

Original Filing Date 6-12-2007

U.S. District Court for ~~Southern District of~~ U.S. Court ~~500 Pearl~~ St, ~~NY 10007~~ NY.

Page

Civil Complaint

Jury Trial Demanded (✓) Civil Case No: Date of Filing 6/11/...

"We the people" of U.S.A, pursuant to U.S.A. Constitution as amended, until current date. Punitive and compensatory damages demanded for Democracy Date of June 11, 2007

By (1) "Jungle Democracy, cat and Mouse doctrines of oppressions to weaker people Nations, et al, by powerful entities, people, Nations, superpower; Viz U.S.A, as a Democratic republic, as recognized by U.N.O (World body) NYC & (2) the mobile Book publication of New York of same nomenclature, Non Profit & Tax exempt by IRS with EIN 13-3566210 & its Street address at 107 A Scribner Avenue, Staten Island, NY City, NY 10301 ; Mailing Address P.O. Box 1173, Saranac Lake, New York 12983 ; email - Vishwa_DH @ Yahoo.com

Tel (718) 891-54 66

Assn represented By the President of the Assn above ; Viz The Reverend Dr Kamal K Roy a/k/a Jeff Gerosalm Jr ; SS# 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 see poor affidavit for status as a Poor - Part Disabled mobile clergy / ~~Author~~ to file action without prepayment to USDC SDNY, NY NY, Author of above named Book volume & a Declared hopeful and Republican Party Presidential (U.S.) candidate Regd. (NYS Franklin County)

Vs ... et al (All Pt(ies)) ...

(Margin notes:) Title of Action; Unincorporated Assn.; Plaintiff(s) et al (Notes); & USA Govt Defendant has offices in USDC/SDNY, Godís Defendants have residence and domicile in Manhattan & 4 other Jurisdictions of Service; Note persons attending Civil action Page 2 of 5; Defendants (180 Nos (325 Parties) 3rd Defendants);

We the people in USA by JD. etc by Kamal Roy VS 'We the People' in USA by — IN THE U.S.D Court For Guam Page 3 of

(C) That I Dr Kamal K Roy an ordained mobile clergy in have also residences in 167A Cortlandt Ave St, NY 10451 and 30 etc born Pacific Ayurveda NY, That I Dr. KAMAL. K K Roy AKA also known as Joseph Geronimo Jr, Was born in US Territory in Pacific, Guam was an early age orphan & I Survived a racial riot in a East India British India rule, when my parent were killed near old city of 'DACCA' now known as DHAKA IN BANGLADESH Formerly in East Pakistan previous to that British India under (U. K now). I was raised in India / UK with some adoptive parents and lived in distress most of life and lived from time to time in U.S.A since 1968 but lived permanently in USA since 1980. Under 1978 Law in Guam Territory I was as a natural born U.S Citizen but due to a natural born as orphan status, without much backing and help in life I has remained immigration status in USA at times in USA obscured and was Naturalized as a U.S. Citizen again, in 1994 August at USD Court EDNY, 225 Cadman Plaza (E) Brooklyn NY 11201. I swear all above below & attached statements in names of my Gods & under penalty of perjury I Claim U.S Citizenship at birth Laws due to birth at Guam under Polynesian Births Act 1978 or so. My natural parents were Joseph Geronimo a Mixed American Indian Blood by birth and was Was a Puertorican Woman named Rita Vasquez. Both were killed at racial disturbances of many British Indian Travesty around world and in Dhaka of British India, now as is in tray.

IN THE USDC

The Reverend Kamal K Roy Geronimo, Title of Joseph Geronimo Jr. P.T.O

In US District Court for ______ Page 4 of 24

We, the people, suffered democratic pains, abuses, I Damaged; am Plaintiff for self and for 'We the people' entity and units of Citizenry as defined in US Constitution as amended time to time until current date & and am representing 'We the people' Plaintiff by Assn of Jungle Democracies etc of 107A Scribner Ave Staten Island NY 103
Postal Address, P.O Box 1173, Saranac Lake NY 10301
That I am registered Republican Party Member at Franklin County & incidentally I am currently a hopeful and candidate for US Presidency Election 2008. But the US. News media and US News conglomerates have abused me, pained and Damaged me in my efforts to run for electoral race (competition) as a weaker candidate for Presidency. The media of News above named violated US Anti trust Laws by stifling competition at election 2008 (US President 2008 election process in Progress, by misappropriating News produce as Industrial produce in USA News Industry, USA Govt, God/s (Man made God/s Concept as democratic entity and values and actionable in Courts & Laws for Damages: all Defendants - entities damaged me in Jungle Democra... US transitional ... total

6/6/2007

Rev Dr Kamal K Roy JGD for all Plaintiffs (Pro se)

USDC/

USDC/

Defendants the action Judges of US Supreme Court Hon John Roberts Chief Justice US; Mr McConnell of 10th circuit USCA; Mrs S.L. Robinson USDJ harmed, damaged, pained my democratic sentiments and caused pain and immense damages to plaintiffs.

IN THE USDC

as Mr Chief Justice Roberts was appointed for US Supreme Court after nomination by Mr Bush after and Senate (US) confirmation after the lawfully violative of other laws after Jungle Democratic efforts of Hon G W Bush as such when Mr Roberts was [illegible] for [illegible] time the salary gainful equal opportunity position at US Supreme Court Washington DC, by an all Master Stake jungle democratic reward to Roberts as Roberts had helped in legal guidance to George Bush to win to be continuing as the US President in Jan 2001 Florida Court actions et al when old Bush — Al Gore race 2001 was inconclusive in democratic considerations in 2001 but Roberts episode violated many democratic norms. A Sr. employment opportunity was deleted from [illegible] Luck of able Jurists in USA.

6/12/07

The Rev Dr Kamal K Roy for plaintiffs pro se as US citizen & officer of unincorporated Association (U.S.B) [illegible]

List of PLAINTIFFS (10 NDs)
The Rev. Dr Kamal K P Roy
5/17/2007
Plaintiff (10 NDs)

IN THE

CIVIL CASE

No.

CIVIL ACTION

Plaintiff(s),

v.

Defendant(s).

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ___ do not ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: Civil rights violations

(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

MARITAL STATUS AND DEPENDENTS

Single ___ Married X Separated ___ Divorced ___

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name Ms Mita Das Roy Age ___ Relationship ___

Name Ms Rinku Das Roy Age 17 Relationship ___

Name ___ Age 17 Relationship daughter

Name Ms Rita Bakshi Roy Age 15 Relationship ___

RESIDENCE

Street Address:

City: 14 Kiwassa Rd State:

Zip Code: Saranac Lake Telephone:

Kamal Roy 6/14/2007

Kamal K Roy 14 King (Page 1) Rd #56 S/L, NM 98 129 83

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Cash 15.00 in hand only — likely to get monthly SSI payment

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No ☐ Yes, ______________________________

List the person(s) that you pay money to support and the amount you pay each month.

pl see Page 1)

Do you pay for rent or for a mortgage? If so, how much each month?

$ 181.00 pm in OHS subsidized Housing

State any special financial circumstances which the Court should consider.

I am disabled (part) and sick and very very slowly recovering my ailments. This matter has been civil rights / human rights violations by State / UNO / private entities as Defendants. I had common law wife at different time but kept many ... not affirmed in New York. I am personally unable to financially care for 2 daughters; natural born

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this Nov 21, 2006 day of Dec 5, 2006, May 31, 2007, June 12, 200_, 5th November 2005, 5 2 07

Dr Kamal K K Roy — Kamal K Roy a/k/a (signature)

and was born as JOSEPH GERONIMO JR — now a part disabled priest (Mobile) in Manhattan & elsewhere a/k/a The Reverend Kamal R

rev. 1/2001

Swear under penalty of perjury

Page 2 (18)

Original

IN THE USDC

PTO

see exhibit 1 & others List of Defendants 20 AND 8 pages

USDC for poor person Affidavit writ filed with USDC EX for writ of petition

S/C/US Washington DC 20543

12/5/2006

The Rev Dr Kamal K K Roy, Rev Dr Kamal K Roy

1/15/2007, 6/12/2007, 6/11/2007

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Cash 15$ in hand only
likely to get monthly SSI payment

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No ☐ Yes, ______

6. List the person(s) that you pay money to support and the amount you pay each month.

see page

7. Do you pay for rent or for a mortgage? If so, how much each month?

$272 in OKS subsidized Housing

8. State any special financial circumstances which the Court should consider.

I am disabled (part) and sick and very very slowly recovering my ailments. This matter has been civil rights / human rights violations by State / UN / private entities as Defendants. I had Common Law at different time but I am not affording in New York.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 5th day of November 2005 / May 2007

Kamal K Roy (signature)

rev. 12/2001

Case 1:07-cv-00021 Document 1 Filed 07/27/2007 Page 9 of 35

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2006
Claim Number: 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 DI

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual-Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2006 | Continuing | $480.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2006.

**Information About Your Payments**

Your regular monthly check of $480.00 will be sent to your representative payee about the first day of November 2006.

**Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

SSA-L8155

SSI Poor Disabled Kamal Roy
SC/US Washington
10/10/06
10/20/06
10/27/06
6/14/07

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date: NOV 2 2 1993

DEPARTMENT OF THE TREASURY

Employer Identification Number:
13-3386414
Case Number:
118206039
Contact Person:
C. MOORE
Contact Telephone Number:
(718) 488-2715
Our Letter Dated:
December 20, 1992
Addendum Applies:
No

HANDICAP INTERESTS INTERNATIONAL
C/O E.S.C.O.R. & H. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

COPY

IMPRESSION: I still believe that Kamal Roy's persistent headaches are primarily related to his neck. Dating back to his accident in 1998 he has had persistent neck and head pain complaints. I would suspect that a referral to physical therapy may be helpful. Normally I try to avoid chronic daily analgesics, as these can lead to analgesic rebound headaches.

He still has such significant spasticity that even the therapy in the short run may not be all that helpful unless he can be loosened up further. Apparently he has been on Baclofen in the past but it is unclear if he is taking any at this point. Normally Baclofen is not that helpful for central spasticity, which is probably mostly what he is experiencing presently.

I doubt that the MRI findings are causing his headaches, as they are deep and in the white matter regions and typically do not cause pain. I believe that most of these are probably explained on the basis of is prior stroke, as well as his head injuries as well.

I hope this information will be helpful to you.

Sincerely,

Edward I. Mazdeer, MD
EIM/bl

(12) (17) (100) Page 2 ME# Neuro (37) USDC 6/11



leader, and lost Republicans in midterm polls of Nov 2006 may suggest a price to be a leader in a nation. However palntiffs believe the real price of chance to become leader of a leading nation is priceles, as such assesessed damages in the action wer cited from 990 billions of u s $ to 16 Trillions of U s $ for loss of chances of kamal k roy to be a leader like U S Senator or the New York Governor through Mid term Elections of november 7 , 2006.Plaintiffs believe that defendants viz U S A and 200 third party defendants who as major defendants to act in jungle democratic dysfunctions viz alleged election, as such jury , trial may decide a lawful award, as plaintiffs believe " we the people in USA for practical decisions. ::: and outside incuding civil rights violl ations against weaker citizens++ civil actions as election petition / complaints and violations of other civil rights globally,matters include violation of laws under N Y State constitutions and state laws was , filed as of 11.18. 2006 at the Supreme court of state of New York for the Franklin county,court house 356

Date: Sat, 18 Nov 2006 00:00:51 -0500

Find Any

Email Address

Degrees in as

fast as 1 year

Please register your mobile phone to activate this feature.

Register your phone to receive a text message when you receive Mail from particular senders.

Previous | Next | Back to Messages Call or Instant Message

DeleteReplyForwardMove...

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

Date: Fri, 17 Nov 2006 20:01:37 -0800 (PST)

From: "lisa roy" View Contact Details Add Mobile Alert

Subject: Re: 11.18. 2006 IN ORIENT & as at elsewhere :World News of electoral violations in u s a , damagES DONE ON weaker citizens' chance to be A sENIOR. leader through democratic promised election process PURSUANT US AND NEW YORK STATE CONSTITUTION, in the process PLAINTIFFS only the powerfuls of some kinds get the chance to contest electionsN DUE NEGLIGENCE OF gOVT AUTHORITIES TO UPKEEP PROMISES PRA... INCLUDING THE FACTS OF POVERTY AS OBSTACLE TO EXERCISE LEADERSHIPS. THAT THE . U S A did damage OF ALL chances of The Kamal roy, news media acted illegally in mid term elections of November 2006,as such Kamal Roy moves to various court of U S A both federal and state of new York ,to challenge electoral_win of MS. Hillary R Clinton and Eliot Spitzer ,as the environment of election in New York State et al in U S A were discriminatory , illegal and violative of U S constitutional rightS to be an elected leader viz U S Senator from New york or to be the Governor of the State of New York in the democratic union of U S A over 200 year back. Weaker people can move to govt or courts to redress grievances, a chance to be a leader is a very desirous for most citizens in any true democracy. ! The deposed ruler Mr Sadam Hussain of Iraq now facing de... be and was proposed in civil actions to be a witness to say in favor of plaintiff kamal roy et al, as how high is a price for becoming leader, and lost Republicans in midterm polls of Nov 2006 may suggest a price to be

WORKERS' COMPENSATION BOARD
20 PARK ST
ALBANY, NY 12207
www.wcb.state.ny.us

David P. Wehner
Chairman

State of New York - Workers' Compensation Board

In regard to Nirban (Lisa James) Roy, WCB Case #0933 9977

# MEMORANDUM OF BOARD PANEL DECISION

*keep for your records*

Opinion By: A. Edel Groski
Jeffrey R. Sweet
Robert M. Zinck

* This decision also pertains to the following case(s): 09053942.

In an application filed January 27, 2005 the claimant, acting on her own behalf, requests review of the Worker's Compensation Law Judge ("WCLJ") decision filed January 18, 2005 wherein the WCLJ closed the matter pending submission of medical evidence of further causally related disability, and stated no further action was planned by the Board.

On appeal, the claimant asserts the WCLJ determination is unfair, violative of her due process, and contrary to prior Board decisions that had made awards.

In rebuttal, the carrier asserts that the WCLJ determination was proper and should be affirmed. Carrier further asserts that this matter also presents an underlying issue of whether the claim is even compensable, and that the materials submitted as part of the appeal further undermine the claimant's credibility with regard to this matter. Additionally, the carrier asserts that portions of the materials submitted on appeal relate to another claimant whose documentation and claims for compensation are substantially intertwined with the claimant in this matter, to the extent that the accounts of work injury and work related activity are largely corroborated only by each other.

At the hearing, the WCLJ noted that awards had previously been made through the year 2000, and that no evidence had been submitted indicating that the claimant had a causally related disability for any period subsequent to the year 2000. The WCLJ also noted that there is a WCL section 114-a issue pending in this matter, which would also need to be developed in the event the claimant did produce the necessary medical documentation.

The Board Panel finds, based upon a review of the entire record in this matter, that the determination of the WCLJ is proper, and that the claimant's offering on appeal is insufficient to warrant disturbing the WCLJ's findings.

*** Continued on next page ***

| | | | |
|---|---|---|---|
| Claimant - | Nirban (Lisa James) Roy | Employer - | Handicap Interests Intern'l |
| Social Security No. - | | Carrier - | State Insurance Fund |
| WCB Case No. - | 0933 9977 | Carrier ID No. - | W204002 |
| Date of Accident - | 06/07/1993 | Carrier Case No. - | 37998432-053 |
| District Office - | Albany | Date of Filing of this Decision - | 03/25/2005 |

Accordingly, the WCLJ determination filed January 18, 2005 is affirmed. No further action is planned by the Board at this time.

All concur.

FILED
United States Court of Appeals
Tenth Circuit

November 17, 2006

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

JUNGLE DEMOCRACY; KAMAL K.K. ROY,

Plaintiffs - Appellants,

v.

USA GOVERNMENT AT WASHINGTON DC & AT DENVER; GOD/S ALL OVER THE US,

Defendants - Appellees.

No. 06-1281
District of Colorado
(D.C. No. 06-CV-676-ZLW)

# ORDER AND JUDGMENT*

Before **MURPHY, SEYMOUR,** and **McCONNELL,** Circuit Judges.

Appellant Jungle Democracy, a/k/a Kamal K. K. Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including

*After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Yahoo! | My Yahoo! | Mail | More

Make Y! your home page  Welcome, lisanroy2000 Sign Out  Help

**YAHOO! MAIL**

Search:

Buy Any Color Chocolate
Get The Original
99

Mail | Addresses | Calendar | Notepad | Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose | Search Mail | Search the Web

Get FREE Phones at Cingular!

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

Folders [Add - Edit]

- Inbox (79)
- Draft
- Sent
- Bulk (169) [Empty]
- Trash [Empty]

My Folders [Hide]

- kamal

Search Shortcuts

- My Photos
- My Attachments

See all 3 credit scores - free

Earn a degree in 1 yr.

Mortgage rates low as 4.625%*

Find Any Email Address

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Mon, 21 May 2007 02:59:09 -0700 (PDT)

**From:** "lisa roy" <lisanroy2000@yahoo.com> View Contact Details  Add Mobile
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Le

**Subject:** Re: 5.21. 2007: in orient & as dt in west::: U S Presidential election 2008 , an ar Frankin county of New York , The reverend dr kamal k roy aka Joseph geronimo : new york _ & _ he presidential hopeful as a commoner and member of have nots graduate & Mba from the STATE UNIVERSITY OF nAEW yORK mARITIME COLLEG YORK AT SARANAC LAKE THAT PEOPLE COULD BE VAGUE AND/OR WRONG TO S AFGANISTAN AS WARFARE ARE INSTRUMENTS TO PEACE EFFORTS FOR UNUSU HAVING TO OF MASS MOVEMENTS BUT THEIR PATHS OF MOVEMENTS ARE DEST THAT IS UPKEEP REIONAL PEACE AND MANY AGREEMENTS OF NATIONS UNDER NOT B! E ASSESSED IN SHORT TERM IN MOST CONSIDERATINS. BUT THE SUCC ACHIEVEMENTS CAN OT! BE DENIED BY pEOPLE OF WARRING NATIONS AS MOS CONTROVERSIES IN WAR PLANS, STRATEGIES OF WAR. pEOPLE MAY WITHOUT OF WAR & PEACE ERA OF THE nATIONS VIZ usda, IRAQ AND OR May 20 , 2007 i Kamal k roy aka Joseph Geronimo Jr, registered Republican Party voter. an anno ++++&+++ A commoner and member of conventioner weaker persons of ' we t of U S anti trust laws by the U S news media and news conglomerates operating democratic world of as is powerful democracies within Frame! work of U N O, the of news media, now in cloud of freedom of press in USA,the freedom of press in the height of jungle democratic conditions in USA controlled by powerfuls in USA

**To:** "lisa roy" <lisanroy2000@yahoo.com>, "vishwa dharma" <vishwa_dh@yahoo <vishwa_68@hotmail.com>, gargi6819lahiri@yahoo.com, support@themoscb aanand@hindustantimes.com, cm@mp.gov.in, cm@mp.nic.in, cmdelhi@res02.gc web@us.doj.gov, president@thewhitehouse.gov, ckonieczko@ap.org, subhas_ ptidelhi@pti.org, adenews@adirondackguide.com, adkattc@yahoo.com, ageni apec@immi.gov.au, askdoj@usdoj.gov, avene.ofarrel@reuters.com, avene.ofarre dhurjo@indiatimes.com, senator@schumer.senate.gov, angeline.toh@reuters.coi communitynews@tvasia.com, debashishmaitra@yahoo.com, digscdel@hub.nic EDITORIAL@nytimes.com, edward_bockholt@dell.com, emailnewsletters@usatoc avene.box199@nysif.com, cad@giasdl01.vsnl.net.in, cag@giasdl01.vsnl.net.in, a branch0437@charterone.com, branch0440@charterone.com, cm@wb.gov.in, cm dkumar@nic.in, dm-bar@wb.nic.in, dm-how@wb.nic.in, dm-mur@wb.nic.in, doni bpnwnews@aol.com

**CC:** askdoj@usdoj.gov, calcutta@ttsvisa.com, dm-nad@wb.nic.in, donna.gies@thoms draymo@pressrepublican.com, business@pglaf.org

The Rev Dr Kamal K Roy

http://us.f514.mail.yahoo.com/ym/ShowLetter?MsgId=4931_59403425_295844_5891_90... 5/21/2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KAMAL KARNA ROY a/k/a JUNGLE DEMOCRACY,

Plaintiff,

v.

CBS INC., CBS RADIO, USA GOVT., NBC, MSNBC, MICROSOFT-CORP. USA, NY GOVT. ALBANY, NJ STATE GOVT. TRENTON NJ, and DON IMUS,

Defendants.

Civ. Action No. 07-206-SLR

**MEMORANDUM ORDER**

At Wilmington this 4th day of May, 2007, this matter having been considered by the court;

IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis granted, that this case is dismissed pursuant to 28 U.S.C. § 1915(e), that Kamal Karna Roy (also known as Joseph Geronimo, Jr.) and any entities with which he is affiliated (e.g., Jungle Democracy, Handicap Interests International, and Reforms International) are hereby enjoined from filing, without prior authorization of this court, any complaint, lawsuit, or petition for writ of mandamus, and that the Clerk of the Court is instructed not to accept or file any further documents submitted by plaintiff, for the reasons that follow:

1. **Background.** Plaintiff, a resident of Saranac Lake, New York, is a frequent litigant throughout the United States. He proceeds pro se and the court will grant his

World News from New York: Conventional any American/ US GOD was made Defendant like any non_individual or corporate defendants, in a Civil action in USA; as any conventional God in US/India failed to control civil _damages, & individual Plaintiffs suffered:: In UNITED STATES DISTRICT Court, SDNY, 500 Pearl St, New York, N.Y 10007, US.(CIVIL)

Additional Affidavit and/or additional complaints, see FRCP:: U S Federal, NYS Laws, Indian public laws violations & civil rights violations in USA & India_world_wide and damages to plaintiffs: ...ed_based Court actions:: New York 2005:: "JUNGLE DEMOCRACY....OPPRESSIONS..", et. Al, ... ..., so far)... Plaintiffs, v. New York State, USA et al (48 Nos. so far) ..Defendants (list attached as in ...owing pages)

Civil Action Complaint/ affidavit was duly submitted on 7.18. 2005 by priority Mail, U.S.P.S at Saranac Lake Post ... at ZIP CODE 12983 under receipt from P.O addressed to Hon. Chief Judge of the above court fee was paid be US Postal ...ey order $ 155.00, The filing fee is being $ 250.00, balance $ 95.00 is enclosed :: corruptions_civil_complaints_additional ...ite_ New York : 8.4. 2005 ** Jurisdictions : Civil and Criminal actions filed on 7.22.2005 amended WITH THE ...TED STATES DISTRICT Court, SDNY, New York, N.Y 10007. usa, as white color crimes took place by mostly bureaucrats of NY ..., and Gov George Pataki N.Y State Governor et al. in city Area, Joseph is a mobile priest at New York Manhattan areas, ...ugh very sick and disabled. A has registered clergy with City Clerk, Manhattan New York, a victim of auto ...ident at FDR drive in New York County, N.Y, while at job on June 7, 1993 et al. DOCKET ______

JUDGE ; HON ______ Jury trial demand US federal Laws and Civil rights violations of Rev Lisa Rev. K Roy now lawful residents of USA. The defendants are multiple. The individual plaintiffs are victim of ... USA and India as the protectors of Laws I.e Governments are formed of people, many of them are less perfects and violative of Laws. Even individual Defendants did take the example of abusive Governments and ...e as method to employ violations and easy target of weaker plaintiffs as targets of oppressions. All defendants fully or partly responsible for violations of many laws, which caused damages due to civil right violations. In a ...ilar fashions violations of Laws caused problems for non individual Plaintiffs to suffer damages recoverable from ...endants in compensatory amnd punitive damages. Corrupt systems of Governments are not fully corrupt as all ...stituent of it, the people who make the Governments are at many times are dutiful, disciplined and we may not be ... to complain about them. God (AMERICAN, US I was made a defendants in the conventionalGods and divine ...tems made by people including defendants made Gods lesser and lesser effective in our faiths so the social systems has been painful for commoners to survive. Individual plaintiffs are ordained clergy, ...y demand the defendants and/or any devout of current divine system or a clergy or anybody ... defend, the defendant, anmy american God or US God, preferrably if not human_God and/or ...emocratic devil.

And former resident in India when legal violations under Indian Laws commenced and now continuing ******The Reverend *Joseph Geronimo Jr (U.S based Priest in struggle with powerful but ...ati_people & jungle democratic or optionally democratic Administrations, & run with influence of ...uman_Gods and /or democratic Devils World_wide)_aka_ the reverend K Roy, Author of some book publications both in hard copies and desk_top electronic Publications in American foreign Languages viz ...dian English, Hindi, Bengali, as well as U S style English language, however the author being disabled

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers &*** ***dictatorial*** *HUMAN_GODs all over the World.. **Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. ... **Raise SLOGANS** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geronimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ... rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy,as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

United States District Court of District of Columbia / of S.D.N.Y.S Washington D.C 20001 / York City, N.Y. [illegible]

U.In the United states District Court of ... DC / SDNY ........ District of ... Washington DC/ New York ...

....... Civil ........ Complaint — Docket # ___________

[illegible] Civil Action filed in different jurisdiction on diffent grouns of legal violations against the Individul Plaintiff Kamal Karna K. Roy aka Joseph nimo Jr., who was an orphan and is is U.S educated, with management Graduate degree, at al in academic faculty and trained as a clergy who [illegible] city disabled but we as a mobile priest or a FAKIR in different legal jurisdictions including D.C area in Washington and in the S.D. N.Y. Station, New York city. His part time work actuality is administrative researches of finding roots of GODS OF MANY FAITHS, AT TIMES VERY RISE AND CONFLICTING WITH OTHER FAITHS, WHICH RESULT IN RIOTS AND MALICIOUS DISTURBANCES ALL OVER THE WORLD. The relation other Nature, Gods' theme invented by People in ages, GODS and People are the interlinking Keys of research of the Priest and he is a strategic [illegible] social reforms worker in societic environments. The priest thinks that Term God is a Democratic meaningful terminology beyond any [illegible] faith as constraints on the term but gods terminology closely relates to Goodness in people of all faiths. Gods have the functioning through [illegible] and God is gradually failing in Democratic establishments all over the World as with the advents of modern technologies and uses of high [illegible] computers in rich nations, the term Superpower has been dominat in all democracies and Human Gods, may be one like George W Bush et [illegible] such figures have reduced power base of Gods.

[illegible] emmerged in Human Administrations, such figures have reduced power base of Gods. [illegible] we have historical evidences, say in some armed freedom struggle in British India and elsewhere, History and centuries old Emperors and [illegible] emperors or Queens viz Old British Empire, often used nationalists as terrorists or traitors are universally accepted with evidences that [illegible] administrators and common Public take oaths & perform many acts in swearings in Public with Gods associated for same sakes, etc. That people are aware beyond doubts. A time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion [illegible], although major powers love to declare themselves as secular, but christianity in diverse shapes & categories, dominate major power blocs [illegible] days. Some Hindu reigns make major problems to non Hindu minority in every possible way. Hindus may not admit the facts, but socalled [illegible] Nations, are misnomers, and such nations prefer to wear masks to cover their inner feelings towards minorities of diverse faiths for many [illegible] actions and purposes. It is a very sad sign to note that many Christian dominated nations in west and most of their populations of citizency without disclosures in Public that the Islam faith based nations generate most terrorist, and the author realises. Now is the true time in interest [illegible] survival to learn to survive in coexistence of multi faiths.

[illegible] Democracy, the prime invention of Humans with blessings of regional Gods. And administrations generated smaller Human Gods i.e. Devils of [illegible] policies, and the world is dominated by Anti democracy ethics, what the priest Geronimo Jr. call "JUNGLE DEMOCRACY. The Noble Book [illegible] cation with legal existence with E.I.N.# from I.R.S. US Dept of Treasury. As of date of filing complaint is the First Named of 5 Plaintiffs with [illegible] Geronimo Jr. is another. The priest now legally shall represent the association and publication JUNGLE Democracy, PRO SE, as Honorary Officer [illegible] association pursuant to FRCP, FRAP Laws and rules. Allegations of this legal plaintiff is Defendants violated legal rules and Plaintiff is pained associations of US and other Citizens of the World through W.I.I world Religions Group, cited at places in scripts, and is another Plaintiff, for issue [illegible] violations of Laws and damages claimed in this civil action.

[illegible] action :: COMPLAINTS :Judge : Hon. ___________ Jury Trial Demanded Punitive and compensatory damages demanded, at least U.S three [illegible] (3⅓) of One million Dollars at current $ value to be decided by the Jury at trial.

Kamal K K Roy

6/6/07

6/15/07

FILED
United States Court of Appeals
Tenth Circuit

November 17, 2006

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

JUNGLE DEMOCRACY; KAMAL K.K. ROY,

Plaintiffs - Appellants,

v.

USA GOVERNMENT AT WASHINGTON DC & AT DENVER; GOD/S ALL OVER THE US,

Defendants - Appellees.

No. 06-1281
District of Colorado
(D.C. No. 06-CV-676-ZLW)

ORDER AND JUDGMENT*

Before MURPHY, SEYMOUR, and McCONNELL, Circuit Judges.

Appellant Jungle Democracy, a/k/a Kamal K. K. Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including

*After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.



The Plaintiff's Motion for Leave to Proceed In Forma Pauperis is **DENIED**, and the appeal is **DISMISSED**.

Entered for the Court,

Michael W. McConnell
Circuit Judge

Defendant for bringing honor down to citizen Plaintiff

Exh Relevant

6/15/07

Exh Relevant

Filed on 6/6/2007

**In the United states District Court, S.D.N.Y, 500 Pearl Street NewYork10007/** In the **United States Court of Appeals for the 2nd Circuit of New York , NEW YORK 10007; tHE u s district Court . Washington D C; The workers' Compensation Board, N Y State, Albany, New York 12207** ***++++++New York City , October 4, 2005+ : New Delhi, India , early AFTERNOON, 10.4.2004 :: Long live Late Mahatma Mohandas Karamchand Gandhi, of late India+ may be some of the Gandhian peace doctrines of "movement" , "aggressions & insurgencies' in vaious parts of world & in many Nations ,viz Iraqi Republic in current violences and civil war may be reduced on application of Gandhian theme and principles :: /::: filed*** **by U.S.P.S mail at Saranac Lake, New York on 10.4. 2005** *( Pl note that for* Primary of Republican Party *Election for th eNovember 2006 for Governor of the State of New York Kamal K Roy aka* The Reverend Joseph Geronimo Jr *shall contest and shall be only Symbolic Contestant for election as Geronim like 25 population of Entire US, o has no modern machinery to pragmatically win State wide Public Election in the State of New* York **And that is to say that weaker people in U S A have only right to vote for other candidates who later betray most of said former population of U S A ( about 25 % of entire population of U S A , when elections are won by the laters, the intent shall be** to emphasize need of amendments at the electioneering process for weaker people without any legitimate claim and participations in USA Democrcy for any truthful and realistic purposes,: Plaintiffs and similarly citizens of void chances of participations in American **Presidency, of USA** now, to follow an European way and tradition of Honor to exit, when leadership failed. Public opinion polls indicate such truth. Bush is sitting on top of Failures of his Leadership. In Public Interests, he should depart gracefully. He may exit now with less Damages to USA and himself in Books of political History as a doomed President of U S A/In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at U S Court House at Foley Square at Centre Street .That if mr Bush resign during pendency of action or if Jon G Roberts Jr Is not appointed as Chief Justce as Is /was in Iraq.+++++++++ **Powers may not mend or change path of desirees of freedom with any foreign interfence & force, in assistance of some nationals by organised terror tactics, indiscriminate bombardments of the alien Nation, tortures, jailing of Nationalists , even with superior warfare of Superpowers.( Quoted from mobile electronic version of Jungle Democracy ...Oppressions ... by the powerful/ rich people/crooks/ or smaller blue color or**

**USA may someday in 50 to 100 years may break into pieces like House of Cards, as happened during last decades in Old Pattern U S S R due to civil wars in USA as the Morale of people are being disintegrated of Citizens of USA in diversities , races, diverse cultures and interests, at the top Mostly political leadership and bureaucracies in Government are mostly using benefits of diversities in forms of Discriminations of HURRICANE powers. Causing very serious dissents in People.We must be cautioned against this eventualitu.Global, New York and USA incidents of corruptions: Save Democracy and void Jungle democratic Lawless environments world wide.**

6/6/07

6/15/07

USDC / [illegible]

(24)

401 5 [illegible]

Page 2

Notice of Appeal

IN THE USDC for

IN THE U.S. Court of Appeals for Circuit

IN THE US Supreme Court

Poverty is a democratic disease along with [illegible] associated with health and welfare of a citizen of US; as such denial of right to petition to Govt for redress of complaint of US citizen is a cruel and unusual punishment to modern dysfunctional Democratic society of Jungle Democracy in US and violates equitable right 2 US Constitution for the member of we the people as unit of US citizen

Frivolous concept is misnomer in modern English Dictionary & in Laws in world. A Judge often fails to feel democratic pain sustained by a commoner in establishment and individual persons of [illegible] living standard, Even if a Judge deem frivolous nature of a petition may be removed by Judges of Appellate panel of US Court of Appeals on the nature of complaint may be reviewed in lawful consideration even if a trial Judge may be confused with claim of a complaint. Judge erred on the IN the order of court enterprise [illegible] matter & notice is issue, so Appeal to US Supreme Court on appeal petition petition for leave to appeal since writ petition to US Supreme Court

PO Box 1173
S/L, New York 12983
Rev Dr Kamal Roy
aka Joseph
Economist
for all Petitioners Plaintiffs/Appellants
given to USDC/Court of Appeals & to

Rev Dr Kamal Roy
7/19/07

United states District Court of District of Columbia / of S.D.N.Y.S Washington D.C 20001 / York City, N.Y 10007

U.In the United states District Court of ... DC / SDNY ........ District of ... Washington DC/ New York... NY

....... Civil ......... Complaint Docket # ________

Civil Action filed in different jurisdiction on diffuse grouns of legal violations against the Individul Plaintiff Kamal Karuna K. Roy aka Jeronimo Jr., who was an orphan and is U S educated, with management Graduate degree, et al in academic faculty and trained as a clergy who city disabled but we as a mobile priest or a FAKIR in different legal jurisdictions including D.C area in Washington and in the S.D.N.Y. Manhattan, New York city. His part time work actuvity is administrative researches of finding roots of GODS OF MANY FAITHS, AT TIMES VERY DIVERSE AND CONFLICTING WITH OTHER FAITHS, WHICH RESULT IN RIOTS AND MALICIOUS DISTURBANCES ALL OVER THE WORLD. The relation other Nature, Gods' theme invented by People in ages, GODS and People are the interlinking Keys of research of the Priest and he is a strong and social reforms worker in socialtic environments. The priest thinks that Term God is a Democratic meaningful terminology beyond any faith as constraints on the term but gods terminology closely relates to Goodness in people of all faiths. Gods have the functioning through L.E., and God is gradually falling in Democratic establishments all over the World as with the advents of modern technologies and uses of high and computers in rich nations, the term Superpower has been dominat in all democracies and Human Gods, may be one like George W Bush emmerged in Human Administrations, such figures have reduced power base of Gods.

We have historical evidences, say in some armed freedom struggle in British India and elsewhere, History and centuries old Emperors and emperors or Queens viz Old British Empire, often used nationalists as terrorists or traitors are universally accepted with evidences that administrators and common Public take oaths & perform many acts in swearings in Public with Gods associated for same, values, etc. That people are aware beyond doubts, & time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion based, although major powers love to declare themselves as secular, but christianity in diverse shapes & categories dominate major power blocs days. Some Hindu reigns make major problems to non Hindu minority in every possible way. Hindus may not admit the facts, but so called Nations, are misnomers, and such nations prefer to wear masks to cover their inner feelings towards minorities of diverse faiths for many actions and purposes. It is a very sad sign to note that many Christian dominated nations in west and most of their populations of citizenry without disclosures in Public that the Islam faith based nations generate most terrorist, and the author realises. Now is the true time in interest of survival to learn to survive in coexistence of multi faiths.

Democracy, the prime invention of Humans with blessings of regional Gods. And administrations generated smaller Human Gods i.e. Devils of policies, and the world is dominated by Anti democracy ethics, what the priest Geronimo Jr. call "JUNGLE DEMOCRACY. The Mobile Book Association with legal existence with E.I.N from I.R.S. US Dept of Treasury. As of date of filing complaint is the First Named of 5 Plaintiffs with Geronimo Jr is another. The priest now legally shall represent the association and publication JUNGLE Democracy, PRO SE, as Honorary Officer association pursuant to FRCP, FRAP Laws and rules. Allegations of this legal plaintiff is Defendants violated legal rules and Plaintiff is pained associations of US and other Citizens of the World through W.I.I world Religious Group cited at places in scripts, and is another Plaintiff, for issues violations of Laws and damages claimed in this civil action.

Civil action :: COMPLAINTS :Judge : Hon. ________ Jury Trial Demanded Punitive and compensatory damages demanded, at least U S three (3) of One million Dollars at current $ value to be decided by the Jury at trial.

Dr Kamal Roy
aka Geronimo
06/15/2007

In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States of America) District Court, District of ________ Supreme court/ Court of ____________ (Nation/ Country) Civil Jurisdictions . CASE NO.______ Date of filing : 12.28. 2005

**Saranac Lake N Y 12983; Citizens Bank, Saranac Lake at Broadway near Post office; UPS Store/ MBE store; Debbie, owner/Francisee, Broadway, S/L, N Y 12983 & elsewhere Saranac Lake NY 12983 ;The New York Times English Daily Newspaper $3 st, new York, New York & elsewhere in Usa; The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co, P O Box 0466, Albany, New York 12201** "GOD's ", the presumed Democratic Compatible in every sense and uner Laws of Nations ,earthly or divine almighty who bless People through the People, U S A Based, all over under court's Jurisdictions US Dept of Justice, Justice Dept Headquarters, Washington D.C ; Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick Cheney , Vice President U S A, and The President of the United States Senate, Capital, Washington D C 20900

++++++++++++++U..S.A/ U.N.O GOVT.OF INDIA / USA Based Democratic God Mr George Bush the uncrowned Emperor of BUSH COUNTRY / USA also known as The United States of America c/o US Dept of Justice , Washington DC are Defendants among 64 defendants now. The list also includes Mr Somnath Chatterjee, M.P (INDIA) a CPM LEADER, INDIA, and now the Speaker, Lok Sabham Govt of India, New Delhi is also a Party as Defendant for his abuse and neglect in an affair of The Shipping Corporation of Indiam A Govt of India undertaking Employees' Union 13

Footer : ~~Complaints filed :~~ ~~In the International Court of Justice, Hague, the Netherands; & Other U.S District courts in USA. All respectfully submited for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A ntl_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;~~

~~E mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

> **GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONs OF People " ; QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, 12.28, 2005 new York City, USA and world wide Locations.**

USDC/

Search for this case: Roy v. Bush et al

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Plaintiff: Kamal K Roy**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: George W Bush**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: USA Govt**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Hillary Clinton**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Joseph Liberman**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Eliot Spitzer**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |

for self, & whether ... we the ...

The Roy Kamal Roy 17 ... 07

Defendant: Ms Gargi Lahiri Roy 2 R. N Tagore Rd

Violated love ethics violated marital ...

ARTICLE OF ASSOCIATION / CONVERSION AS CHURCH ONLY
CHANGE OF TRADE NAME ETC.

Mail

Form **SS-4** (Rev. April 1991) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

(For use by employers and others. Please read the attached instructions before completing this form.)

Existing EIN 13-3566610

OMB No. 1545-0003 Expires 4-30-94

1 Name of applicant (True legal name) (See instructions.) HANDICAP INTERESTS INTERNATIONAL – I.S. CON. & W.R.

2 Trade name of business, if different from name in line 1: INTERNATIONAL SIKH CONSCIOUSNESS AND WORLD RELIGIONS GROUP I.S. CON & W.R.

3 Executor, trustee, "care of" name: I.S. CON & W.R. REV. DR. JOSEPH GERONIMO JR PRESIDENT

4a Mailing address (street address) (room, apt., or suite no.): 2049 RICHMOND TERRACE, REAR, 1st FLOOR

4b City, state, and ZIP code: STATEN ISLAND, NEW YORK 10302-0007

5a Address of business (See instructions.): 2049 RICHMOND TERRACE 1st Floor, Rear P.O. BOX 0

5b City, state, and ZIP code: STATEN ISLAND NEW YORK 10302

6 County and state where principal business is located: ALL COUNTIES OF NEW YORK CITY INCLUDING RICHMOND COUNTY, NEW YORK. Foreign Branch: I.S. Con & W.R. RAMPURA, KATIHAR BIHAR, INDIA

7 Name of principal officer, grantor, or general partner (See instructions.) REV. DR. JOSEPH GERONIMO JR, PRIEST / PRESIDENT

8a Type of entity (Check only one box.) (See instructions.)
- ☐ Individual SSN
- ☐ REMIC
- ☐ State/local government
- ☒ Other nonprofit organization (specify) Religious
- ☐ Other (specify)
- ☐ Personal service corp.
- ☐ National guard
- ☐ Estate
- ☐ Plan administrator SSN
- ☐ Other corporation (specify)
- ☐ Federal government/military
- ☒ Church or church controlled organization
- If nonprofit organization enter GEN (if applicable)
- ☐ Trust
- ☐ Partnership
- ☐ Farmers' cooperative

8b If a corporation, give name of foreign country (if applicable) or state in the U.S. where incorporated: Foreign country HAVING A FOREIGN BRANCH AT KATIHAR, BIHAR INDIA — State INDIA

9 Reason for applying (Check only one box.)
- ☐ Started new business
- ☐ Hired employees
- ☐ Created a pension plan (specify type)
- ☐ Banking purpose (specify)
- ☒ Changed type of organization (specify) CONVERTED NON PROFIT ORGANIZATION CHURCH AND CHURCH CONTROLLED ORGANIZATION ONLY (See attached Copy of Art.)
- ☐ ~~Purchased going business~~
- ☐ ~~Created a trust (specify)~~
- ☐ Other (specify)

10 Date business started or acquired (Mo., day, year) (See instructions.) 9 15 84

11 Enter closing month of accounting year. (See instructions.) ~~(31) JULY~~ Dec 31

12 First date wages or annuities were paid or will be paid (Mo., day, year). Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (Mo., day, year) Sept. 15, 1984

13 Enter highest number of employees expected in the next 12 months. Note: If the applicant does not expect to have any employees during the period, enter "0." Nonagricultural 8-12 | Agricultural | Household

14 Principal activity (See instructions.) CHURCH, PRAYER CENTRE OF INTERFAITH RELIGIONS / CHURCH CONTROLLED ASSOCIATION

15 Is the principal business activity manufacturing? ☐ Yes ☒ No
If "Yes," principal product and raw material used

16 To whom are most of the products or services sold? Please check the appropriate box. ☐ Public (retail) ☒ Other (specify) RELIGIOUS PUBLIC / DEVOTEES OF GODS. ☐ Business (wholesale) ☐ N/A

17a Has the applicant ever applied for an identification number for this or any other business? ☒ Yes ☐ No
~~Note: If "Yes," please complete lines 17b and 17c.~~

17b If you checked the "Yes" box in line 17a, give applicant's true name and trade name, if different than name shown on prior application. SAME ORGANIZATION
True name HANDICAP INTERESTS, INTERNATIONAL — Trade name I.S. CON & W.R. (ONLY TITLE BEING SLIGHTLY AMENDED PER ARTI. ASSOCIATION)

17c Enter approximate date, city, and state where the application was filed and the previous employer identification number if known.
Approximate date when filed (Mo., day, year) 1984 — City and state where filed HOLTSVILLE, NY 00501 — Previous EIN 13-3566610

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete. Telephone number (include area code) (718) 876-7091
KAMAL KANTA ROY 4HA
Name and title (Please type or print clearly.) REV. DR JOSEPH GERONIMO JR
Signature: Rev. Dr. Joseph Geronimo Jr. — Date 9/11/92

Note: Do not write below this line. For official use only.
Ind. | Class | Size | Reason for applying 12/27/2007

* NEW CLOSING MONTH CHANGED FROM JANUARY

For Paperwork Reduction Act Notice, see attached instructions. Cat. No. 16055N Form SS-4 (Rev. 4-91)

ITEM 2 3rd TRADE NAME "HANDICAP INTERESTS INTERNATIONAL" I.S. CON & W.R. originally started in AGANA, GUAM, USA IN 1940 WAS DEFUNCT ...

12/27/2007

Rev Dr Kamal ... 6/ ... 73 Jr



**Defendant: Paul Electrical**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Gargo Lahiri Roy**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Federal Election Commission**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: US Senate**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

Copyright Â© Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us :: Have a Happy Day!

ï»¿

# Justia Federal Court Filings & Dockets

Justia | Supreme Court Center | US Laws | Blawgs.FM | BlawgSearch.com

Justia > Federal District Court Filings > Delaware > Delaware District Court > Civil Rights

**Search Federal District Court Filings**

| | |
|---|---|
| Party Name (optional): | Enter Party Name |
| Cases Filed In: | All Federal District Courts |
| Lawsuit Type: | All Lawsuit Types |



| | |
|---|---|
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Gods in Democracy**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Devils in Democracy**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: NY State Govt**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: NY City Govt**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Govt of India**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

**Defendant: Govt of West Bengal**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch \| BlawgSearch Google Co- \| Technorati ] |
| Search News | [ Google News \| Marketwatch \| Wall Street Journ |
| Search Finance | [ Google Finance \| Yahoo Finance \| Hoovers \| SE |
| Search Web | [ Legal Web \| Google \| MSN \| Yahoo \| Ask ] |

ORIGINAL

2nd request for

IN THE U.S. Court of Appeals for the 10th Circuit

~~IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO~~

appeal from USD Denver

Civil Action No. 06-CV-

Jungle we the people of Democracy by Kamal K Roy et al

Plaintiff(s)/Petitioner(s),

v.

we the people in Total USA et al

Defendant(s)/Respondent(s).

Defendants violations are continuing

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my request, I submit the accompanying affidavit and declare that:

(1) I am unable to pay such fees or give security therefor.

(2) The issues I desire to raise on appeal are:

(1) Plaintiff migrated from one place to other from A Germany / England / India / USA at times, now a US citizen naturalized. He is poor, part disabled but a mobile clergy.

(3) I am entitled to redress.

(4) I take this appeal in good faith.

(5) The appeal is not frivolous and presents a substantial question.

I swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

Rev. 11/04

Kamal K Roy 6/13/07

claimant has failed to submit evidence as directed in the Memorandum of Decision filed January 24, [illegible].

Accordingly, the WCLJ decision filed December 4, 2003 is AFFIRMED. The case is closed.

All concur.

Scott C. Firestone — [illegible] A. Henry — Frances Libous

| | | | |
|---|---|---|---|
| Claimant - | [illegible] | Employer - | [illegible] |
| Social Security No. - | [illegible] | Carrier - | State Insurance Fund |
| WCB Case No. - | [illegible] | Carrier ID No. - | [illegible] |
| Date of Accident - | [illegible] | Carrier Case No. - | [illegible] |
| District Office - | Albany | Date of Filing of this Decision - | [illegible] |

ATENCION

[illegible]

[illegible] — Page 2 of 2

Exh
: Relevant
Foreign
Language
writing that
God sova
failed to
demonstrate
democratic
countries on
Globe

leader, and lost Republicans in midterm polls of Nov 2006 may suggest a
to be a leader in a nation. However paintiffs believe the real price of chance
to become leader of a leading nation is priceles, as such assessessed dar
in the action war cited from 990 billions of u s $ to 16 Trillions of U s $
for loss of chances of kamal k roy to be a leader like U S Senator or the N
York Governor through Mid term Elections of november 7, 2006.Plaintiff
believe that defendants viz U.S A and 200 third party defendants who as
major defendants to act in jungle democratic dysfunctions viz alleged
election, as such jury, trial may decide a lawful award, as plaintiffs
believe " we the people in USA for practical decisions. ::: and outside
incuding civil rights viol ations against weaker citizens++ civil actions as
election petition / complaints and violations of other civil rights
globally,matters include violation of laws under N Y State constitutions ar
state laws was, filed as of 11.18. 2006 at the Supreme court of state of
York for the Franklin county,court house 356
Date: Sat, 18 Nov 2006 00:00:51 -0500

Find Any

Email Address

Degrees in as

fast as 1 year
Please register your mobile phone to activate this feature.
Register your phone to receive a text message when you receive Mail fro
particular senders.

Previous | Next | Back to Messages Call or Instant Message
DeleteReplyForwardMove...
Printable View This message is not flagged. [ Flag Message - Mark as Ur
]

Date: Fri, 17 Nov 2006 20:01:37 -0800 (PST)
From: "lisa roy" View Contact Details Add Mobile
Alert
Subject: Re: 11.18. 2006 IN ORIENT & as di elsewhere :World News of
electoral violations in u s a., damagES DONE ON weaker citizens' chanc
be A sENIOR leader through democratic promised election process PUF
US AND NEW YORK STATE CONSTITUTION, in the process PLAINTIF
only the powerfuls of some kinds get the chance to contest electionsN DI
NEGLIGENCE OF gOVT AUTHORITIES TO UPKEEP PROMISES PRA
INCLUDING THE FACTS OF POVERTY AS OBSTACLE TO EXERCISE
LEADERSHIPS. THAT THE . U S A did damage OF ALL chances of The
Kamal roy, news media acted illegally in mid term elections of November
2006,as such Kamal Roy moves to various court of U S A both federal ar
state of new York ,to challenge electoral_win of MS. Hillary R Clinton anc
Eliot Spitzer ,as the environment of election in New York State et al in U
A were discriminatory , illegal and violative of U S constitutional rightS
to be an elected leader viz U S Senator from New york or to be the Gove
of the State of New York in the democratic union of U S A over 200 year
back. Weaker people can move to govt or courts to redress grievances, a
chance to be a leader is a very desirous for most citizens in any true
democracy. I The deposed ruler Mr Sadam Hussain of Iraq now facing de
be and was proposed in civil actions to be a witness to say in favor of
plaintiff kamal roy et al, as how high is a price for becoming leader, and
lost Republicans in midterm polls of Nov 2006 may suggest a price to be

Handwritten annotations: USGA / USDC Grants; USTSC/ ...; USDC; Web reference; Web reference; USDC/; K Roy; The effects of civil right violation against ... Kamal Roy ...; neglected of chance to be a leader. Jr ... Rev Dr Kamal K Roy for all plaintiffs

IN THE USDC

Filed on 8-6-2005 / Complaint Affidavit

World-Human-Gods... :: Conventional any American/ US GOD was made Defendant like any non_individual or corporate defendants, in a Civil action in USA; as any conventional God in US/India failed to control civil damages, & individual Plaintiffs suffered::

In UNITED STATES DISTRICT Court SDNY,500 Pearl st, New York, N.Y 10007, US.(CIVIL)

To Chief Judge USDC, SDNY NY, NY 10007 COMPLAINTS Civil

Additional Affidavit and/or additional complaints, see FRCP:: U S Federal, NYS Laws, Indian public laws violations & civil rights violations in USA & India_world_wide and damages to plaintiffs: ...ed_based Court actions:: New York ... 2005:: "JUNGLE DEMOCRACY....OPPRESSIONS..", et. Al, ... (5 ..., so far)... Plaintiffs, v. New York State, USA et al (48 Nos. so far) ...Defendants (list attached as in ...owing pages)

Venue: USDC/SDNY New York 10007

Civil Action Complaint/ affidavit was duly submitted on 7.18. 2005 by priority Mail, U.S.P.S at Saranac Lake Post ... at ZIP CODE 12983 under receipt from P.O addressed to Hon. Chief Judge of the above court fee was paid lst US Postal ... money order $ 155.00, The filing fee is being $ 250.00, balance $ 95.00 is enclosed :: corruptions_civil_complaints_additional ... India_ New York : 8.4. 2005 ** Jurisdiction s : Civil and Criminal actions filed on 7.21.2005 amended WITH: THE UNITED STATES DISTRICT Court, SDNY, New York, N.Y 10007. am, as white color crimes took place by mostly bureaucrats of NY ..., and Gov George Pataki N.Y State Governor, et al. in ... Joseph is a mobile priest at New York Manhattan areas, ... with City Clerk, Manhattan New York, a victim of auto ... very sick and disabled. ... on June 7, 1993 et al. DOCKET ______

... at FDR drive in New York County, N.Y, while at job ... Jury trial demand US federal Laws and Civil rights violations of Rev Lisa ... JUDGE : HON ______ ... of USA. The defendants are multiple. The individual plaintiffs are victim of ... Rev. K Roy now lawful residents of USA ... Governments are formed of people, many of them are ... USA and India as the protectors of Laws I.e Governments are formed of people, many of them are ... imperfects and violative of Laws. Even individual Defendants did take the example of abusive Governments and ... method to employ violations and easy target of weaker plaintiffs as targets of oppressions. All defendants ... fully or partly responsible for violations of many laws ,which caused damages due to civil right violations. In a ... fashions violations of Laws caused problems for non individual Plaintiffs to suffer damages recoverable from ... defendants in compensatory and punitive damages. Corrupt systems of Governments are not fully corrupt as all ... constituent of it, the people who make the Governments are at many times are dutiful, disciplined and we may not be ... to complain about them. God (AMERICAN, US I was made a defendants as the conventionalGods and divine ... made by people including defendants made Gods lesser and lesser effective in our faiths so the social ... systems has been painful for commoners to survive. Individual plaintiffs are ordained clergy, ... demand the defendants and/or any devout of current divine system or a clergy or anybody ... defend , the defendant , ... american God or US God, preferrably if not human_God and/or ... democratic devil. (2) ORIGINAL (3) Affidavit sworn before Notary Public for case ...

And former resident in India ... legal violations under Indian Laws commenced and now continuing

Individual Plaintiff are now residents in U.S.A

ON 7/21/05 4.30 PM

...The Reverend *Joseph Geronimo Jr (U.S based Priest in struggle with powerful but ... people & jungle democratic or optionally democratic Administrations, & run with influence of ... Human_Gods and /or democratic Devils World_wide)_aka_ the reverend K Ray, Author of same book ... publications both in hard copies and desk_top electronic Publications in American foreign Languages viz ... Indian English, Hindi, Bengali , as well as U S style English language , however the author being disabled ...

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers &*** ***dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. ... **Raise SLOGANS** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from **Karuna Roy Priest ( a Plaintiff)** of newer people from writing of of the reverend: **JOseph Geronimo Jr,aka kamal** ... Book and Hard copy of Text Viz "Jungle Democracy..Oppression tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression ..et al" by Geronimo. The fact most Defendants either violated laws and caused civ... by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. ... rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or chief editor the Reverend Lisa Roy,as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Religions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

JG Reaffirmed on 8/6/2005 ... in the name ... etc. (Plaintiffs)

Lisa N Roy 7/21/05 Co-Plaintiff

Rev Dr Kamal B JG 3/24/06

1/7/07