The:W C-Board, N Y State, Albany, N.Y 12207 / In the U. S. District Court, S.D.N.Y, 500
Pearl Street New York 10007 / To the United States Court of Appeals for the
2nd Circuit, **NEW YORK 10007** at US Court House at Foley Square at Centre Street... Filed :

USDC
/Cua

36

plaintiffs/Petitioner as sole appellant V......The Statue of New York,

[large redacted block of text]

Road aka 3-5 Riverside Drive., Saranac Lake, New York 12983, Rev. Kamal aka
Reverend Joseph Geronimo Jr and others shall speak. You are also invited to
speak and attend meeting. Coffee may be served at kichen. Italian restaurant
and may others amenti the meetin arena Police Parking area nerebt . More
details below. Thanks and regards RSVP email: vishwa12@hotmail.com US Phone
518 891 5466 & 315 276 5001 *** more Details : The Reverend Dr. Joseph
Geronimo Jr.; Kamal / aka/ Joseph Geronimo Jr is an Ordained Priest, aces
in other countries in general educational fields like management science,
Public administration, religions and many Gods and people...etc; registered
as a clergy & religious marriage officer , New York State(a N Y State
constitutional Officer ) ,with the City Clerk, City of New York ,1 Centre
St, New York, N.Y 10007 is planning to meet public and members of news
media/ Press ,both national and International. in behalf of World Religions
Group, 107A ,Scribner Avenue , Staten Island, New York 10301; India &
Oriental main office : 46 C Chowringhee Road , Kolkata 700071, West Bengal,
India,: Meeting Hours on 9.16.2005, Sunday 6 pm till 9 p.m evening . rsvp.
our phones 518 891 5466 or 315- 276 5001 . All are invited.. Venue :
Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa
Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) .

[redacted block] Global, New York and USA Incidences of Corruptions

[redacted] Lake, New York 12983.

Vision, worships. Public Exchange

* pro extortion

From. weaker citizens without
Duly process of law by using Monopoly in area of service.

(A/c R-I-I/Inc
LUSN N ROY)

Rev Dr Kamal KB
kamal
6/6/2007

.. 
Case 1:07-cv-00021   Document 1-2   Filed 07/27/2007   Page 2 of 32



www.cmopaz.org/opinion.html - 154k - Cached - More from this site - Save

2. **Writer the Empire: The Rise of Global Resistance By Omer Barghouti**
Opinion Editorial, letters to the editor, Human Price of the Israeli Occupation of Palestine ... As Arundhati Roy writes: ...
aljazeerah.info/Opinion editorials/2004 opinions/July/16 o/... - 48k - Cached - More from this site - Save

3. **SLR Opinions**
To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/SLRopinions-1.htm - 524k - Cached - More from this site - Save

4. **HIMAL SOUTH ASIAN**
... comes only with the practice of democracy, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati Roy. ...
www.himalmag.com/november2001/opinion_2.htm - 58k - Cached - More from this site - Save

5. **Opinions-30-Days**
To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/Opinions-30-Days.htm - 35k - Cached - More from this site - Save

6. **Opinion/Editorial: Writer the Empire: The Rise of Global Resistance**
... Al-Ahram, CounterPunch, Znet, Open Democracy, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati Roy writes: ... of the jungle that the United ...
electronicjraq.net/news/1587.shtml - 54k - Cached - More from this site - Save

7. **Newslink**
JUNGLE DEMOCRACY and Kamal Karna Roy, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM OPINION FARNAN, J. ... Jungle Democracy and Kamal ...
westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site - Save

8. **WHAT IS CPI**
But beyond that whatever has happened is a farce of democracy. ... Rabindra Nath expressed his unhesitant opinion about the song and sent a letter ...
www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save

9. **axis.hed**
The Democrat governor, Roy Barnes, had dared to remove the Confederate symbol ... The 30-Second Democracy (Richard Cohen, November 8, 2002, Washington Post) ...
brotherjudd.blogspot.com/2002_11_03_brotherjudd_archive.html - 322k - Cached - More from this site - Save

10. **MIFTAH—Writer the Empire - The Rise of Global Resistance**
Judging from consistent media reports and opinion polls, the rest of the world ... compelling Indian writer, Arundhati Roy, expressively revealed, "In most parts ...
www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

1 2 3 4 5 6 7 8 9 10

Next

[apply democracy local] [Search the Web] [My Web Pages]

Yahoo! Answers: Search questions and answers

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

vishwa dharma <vishwa_dk@yahoo.com> wrote:

vishwa dharma <vishwa_dk@yahoo.com> wrote:

Re: 9.28. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below JUDGE BELoNGed TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL ROY BELONGed TO THE WEaKER SECTION OF our allegedly jungle DEMOCRACY ; IF JUDGE opted or WISHed she Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

9/29/2006 4:52 PM

Kamal Roy

In the International Court of Justice (World Court , U.N.O. sponsorred) , at Peace Palace, HAGUE The Netherlands , Europe / In the United States District Court , a of District of ____

*IN THE USDC*

That leaders most most so called democracies treat the elective offices and power for own enrichments and or their groups to share with. The commoners of today may have to employ Trade unin type practices to earn the basic rights of equity and fare treatments from State through leaderships. The commoners 'ights to recall elected officials shoul be made easier in democratic process. The penalties for abuses of democratic power should be extended at par common criminals viz sex Offenders, ki and many kidnappers abnd other felons. Leadership abuses and bargains thereof should be made less lucrative. Plaintiffs as victims of abuses of democratic offices felt pains of abuses of electove offices and leaders for decades and such abuses caused damages as such compensations are demanded,.

Most regretful developments in Jungle democracies are petty powerfuls do tend to harm lesser privileged people in democratic societies alike abuses of powerful elites.+++++++++ That Democratic life all over the wqorld has become endemically affected with a societalvirus named "Jungle Democracy". as detailed in the following scripts+ (2)No Nation has truly have a singular National identity rather they have truly becom International democratic country, wherin national best interests are sanctioned by Superpower or Powerful International force in theme. and on military considerations. Eva a relatively richer Nation I in fact ... turned into democratically part controlled by alien powers viz Japan, Saudi Arabia, U. K and many others. Plaintiffs are pained and damaged morally and thus in effect financially Damaged due to conducts in Jungle democratic nature of most defendants along with other abusue howselfsndiscipined Plaintifdfs to miserable life and condition and inflicted Damages of huge monetay amounts to he truly detaerminad by a jury at trial. That it is unfortunate that day to day control of Jungle Democraticly inflicted nation like " IRAQ", as the country is like Saudly Partnership Of USA, UjNO and selectively elected Government of Iraque Republic now, the Fate of Mr Saddam Hussain Roe with many vested interests, presumably Sadam was a ruthless Dictator, he deserve true if justiceof laws are acceptable wayss, Sadam if convicted and awards death penalty , the Pardoningdoing or commuting power should lie unifiormly with, UNO, USA and any the then Iraque Gbovernment with vote power in each of the three apparently powerful units in matter of life and death sentence on The "Sadam Hussain ", now a prisoner of U, Iraqel joint jointlyncontrolled . To reduce Democratic abuses on Natrional and International platforms . if convicted, Sadam he exiled from Iraq on internationally supersvised exile in a Nation outside Iraq in a country willing to shelter Him . No any many fall on people who may like him killed at any cost. rather it maybe international escape from JUNGLE DEMOCRACY TO SOME TRUE DEMOCRATC Ethics in abise standards. Save USA, SAVE IRAQ, SAVE UNO SAVE SADDAM from Jungle Democracy. ,,,,, Civl/Complaint : filed in various Jurisdictions as on 12.19.2005 , for various Damages on different grounds of violatiions of Laws, as the best of

Complaints filed : **In the International Court of Justice , Hague, the Netherlands; & Other U.S District courts in USA.** The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of Xd\_thesis of Democracy named Plaintiff # 1, Dated 12.25. 2005, 107 A Scribner Avenue , Staten Isind , New York 10301, USA; Mailing address; P O Box 1173,Saranac Lake, New York 12983,.

List Defendants (40)

(20) Hon Dick Cheney, Vice President USA
as President of U.S. Senate
Washington D.C.

2A ② Cause / Violation
see 2 Nos
Forst Page 7
Defendants

(19 L20) The District attorneys
(e) New York & Richmond County
Counties county
c/o NYS Attorney General 120 Broadway, N.Y., NY 10271 wrote
U.S.
Constitutional
guarantee to
them under
Jurisdiction.

(21) Mr. Richard Osundach
(State Employee/Supervisor
State Insurance Fund)
New York State
(199 church st, N.Y, NY (007) 199 church St, New York, NY (600)

— to —

see
(10+11) Hon Jeffery Romes
W.C.L Judge; WC Board, Broadway
N.Y. State
Saranac lake, New York 12983

Judge WC Board
perjury
charges
on job

(22) Mr James Borowski
(State Insurance Fund Auditor
A CPA from New Jersey)
see attached

— do —
perjury if —
NYS jury
fraud

(23) The New York Times (English Daily of N.Y city
221 west 2 Street
New York, NY

silent on
violations
on people
and their
related Needs
item, Fake
claim not
Fraudulent
report

(27) Ms Estelle Kraushai; Attorney
S I Funds N Y State 199 church st, N.Y, NY 1007

(28) Workers' Compensation Board, NY State,
20 Park st, Albany, NY 12207

#5

equitable process of Criminal Justice systems  all the large Jail terms to former chief of US corporation should be condoned to half of Jail Terms provided by Many Judges. Leaving th other half of Justice  and jail terms due to all others responsible for failures in former large business  corps. : quoted from Jungle Democracy...doctrine " of Joe Geronimo Jr , an N,B,A ( State University of New York Maritime College, Fort schuler , Bronx, New York City, in USA,(SS & ID 578 80 4399) Dfoctorate in Divinity etc...( in Religions, Gods, Devil, and People etc), a partly disabled worker fighting to establish workers' right in New York. USA

The Democratic rules and laws have been  not made virtually

********************** The  sparodic by nature of operations of  Optional  for Defendant

Terrorisms are just a miniature form of  decived or unducked  form of war against a  Govt in USA nation , with massive Bombings of taget area with population, to change or oppress  &/or in India target special category of weaker and poorer people, in truly divided world of of Jungle Democracy or Proxy democracy of Rich and papuerful nations and allies. "Terrorism" and the word could be subsched in modern English as "NON GANDHIAN  So the movement of weaker oppositions word_ wide . Acts ofSuicide bombers who sacrifice  Plaintiffs their own lives for their National ideology and cultural  security, though somewhat  were brough fanatic, may not be perpetually be termed as sole " Terrorisms". The newer dialogue  internationally. with leaders of such  Groups or basic Strategists with  RULERS of current admin with  clear and clean intents of resolutions to regional , ethnic, religious  and other issues and problems, may be of extraordinary mutual help for regional solutions of problems, for both ruling and opposition parties.

That Association or corporate Plaintiffs  on Under Hs.1
2) NII - WR Group  are represented for by Individual  Plaintiffs WR Group makes research and advocates for issues in any society where  people  may lack general interests in many serious but not so emmegent issues  as competent but with far reaching problems for the society in USA or in the world, such  part disabled issues we name as "handicap interests" among other issues. We lately noted  for 3Trans that many large USA corpn
did suffer ethics problems perhaps  overlooked before. The problems were idetified and chief  FRCP executives
who were mostly founders of these large corps were solely blamed by using many hoopholes of  as, Contro- current laws. We know any law is good until changed or expired. But loophole  ling lies in system. Say one of the best talented ex top Executives of a lately very  Association large corpn is placed before a jury of very average talent and truly incapable of  in unincorp grasping many issues
of crime ,If at al did occur and such jury decide guilt or innocence of the accused Top executive. In  fact many big businesses fail for changing ethics of shareholders, panick in  business          environments brought by technological inventions, social  changhes, war, civil wars

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the assumed rulers a  For exempt entity  Ms Non Profit *dictatorial HUMAN_GODs all over the World.. **Conventional GODS and divinity concepts** are definitely superior Human_Gods, in terms of Faiths, if they are  not ornamental  in Magical powers of Gods & pragmatic beliefs and  amended time bases Faiths. 2  **Raise *SLOGANS*** world_wide that"WE ,WANT NATIONAL DEMOCRACY with regional autonomies,  with no foreign Control!"  from writing of of the reverend: **JOseph Geonimo Jr ,aka kamal  Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

456193 6 G 01/26/1964 F
ROY        NIRBAN
2049 RICHMOND TER. 3R
STATEN ISLANNY 10302
8000456.916

TO WHOM IT MAY CONCERN

THE ABOVE PATIENT HAS A SEVERE
NASAL/SEPTAL DEVIATION - FRACTURE.
THE PATIENT STATES THAT HER
BREATHING DIFFICULTY STARTED AFTER
HER AUTO ACCIDENT

THIS NASAL SEPTAL DEVIATION / FRACTURE
WILL REQUIRE SURGERY FOR CORRECTION.
IF YOU HAVE ANY FURTHER QUESTIONS,
PLEASE WRITE TO ME AT THE ABOVE
ADDRESS - ENT CLINIC 28330.

Robert A. Towser Jr. MD
NYS Lic • 183456
DEA • 85765420

**IRS** Department of the Treasury
Internal Revenue Service

001787

BOD CD-TE
** IF YOU HAVE ANY QUESTIONS, **
** REFER TO THIS INFORMATION: **
NUMBER OF THIS NOTICE: CP-420
DATE OF THIS NOTICE: 04-23-2007
TAXPAYER IDENT. NUM: 13-3566610
TAX FORM: 990
TAX PERIOD: 06-30-2006          200727

OGDEN   UT   84201-0016

HANDICAP INTERESTS INTERNATIONAL
WORLD RELIGIONS GROUP
% JOSEPH GERONIMO JR
PO BOX 1773
SARANAC LAKE   NY   12983

007067

# REQUEST FOR INFORMATION ABOUT YOUR FORM 990 RETURN

We have not received your Form 990, Return of Organization Exempt
From Income Tax, for the tax period indicated above.

1. If you filed the return within the last four weeks and used
   the name and EIN shown above, disregard this notice.

2. If you used a different name or EIN, please complete Section I
   of this notice and return it to us in the enclosed envelope.

3. If you filed the return more than four weeks ago, provide
   the information requested in Section I of this notice and
   return it to us with a signed copy of the return you filed,
   in the enclosed envelope.

4. If you are not required to file the return for the tax period
   shown, complete Section II of this notice and return it
   to us in the enclosed envelope.

5. If you were required to file the return for the tax period in
   question but did not do so, send us the completed return
   and any required schedule(s) in the enclosed envelope.  Also,
   complete Section III of this notice and explain why you did
   not file on time.

If you were required to file and did not file timely, we may charge
you a penalty of $20 a day for each day the return is late up to a
total of $10,000 or five percent of the gross receipts of the
organization under Section 6652(d) of the Internal Revenue Code.
Organizations with annual gross receipts exceeding $1 million are
subject to a penalty of $100 for each day the return is late up to a
total of $50,000 under Code section 6652(c).  Also, if your
organization is exempt under Code section 501(c)(3) or if
contributions to your organization are deductible, failure to file the
return may cause your organization to be removed from the Cumulative
list of organizations described in Section 170(c) of the Internal
Revenue Code of 1986 (Publication 78).

Forms and instructions are available on our website at www.irs.gov/eo.
You can also obtain forms, instructions, and publications by calling
1-800-829-3676 (toll-free).

**InPl : Associate H. L. L. Inc. Exchange Union, AIMC.**
EIN 13-3566610 (non profit tax exempt by I.R.S (US Dept of Treasury)
107 Scribner Avenue, Staten Island, New York 10301.
Local address : PO Box 1173, Saranac Lake, NY 12983.
Ph 518 – 891 5466   Date _5/14/26/2004_. Ref
**We are a n Association, ordinary, under New York state laws and filed as a charity with NYS as Attorney General, 120 Broadway, New York NY 10271 at Bureau of charities and I.R.S. at Brooklyn Office. New York city Tax exempt no 18356610.**

Continuation Sheet   Page - 2

Which status was afforded by IRs Potterville NY

and forms 990 were filed from 2000 till 2006 A.D

H1 Inc is afiled / trade mark of Hanley Islands

② In't 2 — WR Group EIN 13-3077890 and No separate

The filings were required for H1 Inc (the organization

Was formed as a N.Y.S. Nonprofit corpn & under

Section —A. registered in 1984 Whose status

Has not suspended anytime ever. But H.1.Inc

as part of A.1. WR bony 13-3566610 tod privileges

to the extent that two employees ½

Lise N Roy S.S #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 & Kamel K.K Roy

SS # 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 were asked to work for H1 Inc

and with Religious status of principal H1-WR

group above employees were though ever never

paid wages for the Qtrs of attachment shown IRS

were allowed to renounce for wages for the

ordained clergies should noted, for non religious

religious admin duties with H1 Inc for Mangement

For diverse never paid and money to transferd to Prison

Ate for which clergies were authorised am

Kamel

5/10/07

Case 1:07-cv-00021   Document 1-2   Filed 07/27/2007   Page 9 of 32

to investigate place and date of birth of Gargi Lahiri aka Gargi lahiri roy 1 R N Tagore Road, Krishnagar, Nadia , and her family assets and liabilities as she is a defendant and she as per our investigations and reports illegally faked or manipulatedbirth record and assets to harm our lawful associates

vishwa dharma <vishwa_dh@yahoo.com> wrote:

Re: request to the District magistrate , Nadia District, Govt of West bengal to investigate place and date of birth of Gargi Lahiri aka Gargi lahiri roy 1 R N Tagore Road, Krishnagar, Nadia , and her family assets and liabilities as she is a defendant and she as per our investigations and reports illegally faked or manipulatedbirth record and assets to harm our lawful associates and we also request her family assets repeat assets linked to her falsity and adjudications of liabilities & affairs of lahiri family:lawful request (2) :to F B I , US govt ,C/o U S dept of Justice, Washington DCto investigate affairs of Mrs Hillary R Clinton ( a U S Senator from new York )

vishwa dharma <vishwa_dh@yahoo.com> wrote:

karma vishwa
<vishwa_68@hotmail.com>,
gargi6819lahiri@yahoo.com,
support@themoscowtimes.com,
washington@nytimes.com,
aanand@hindustantimes.com,
cm@mp.gov.in, cm@mp.nic.in,
cmdelhi@ras02.gov.in,
coa@courts.state.ny.us,
senator@biden.senate.gov, dm-
nad@wb.nic.in,
web@us.doj.gov,

Subject: Re: request to the Distric

Attach Files.

karma vishwa <vishwa_68@hotmail.com> wrote:

To: dhurjati97@rediffmail.com,
gargi6819lahiri@yahoo.com,
support@themoscowtimes.com,
washington@nytimes.com,
aanand@hindustantimes.com, cm@mp.gov.in,
cm@mp.nic.in, cmdelhi@ras02.gov.in,
coa@courts.state.ny.us,
senator@biden.senate.gov, dm-nad@wb.nic.in,
web@us.doj.gov, president@theywhitehouse.gov,
ckonieczko@ap.org, subhas_epa@yahoo.com,
info@gothamassetlocators.com, plidelhi@pti.org,
adsenews@adirondackguide.com,
adkatic@yahoo.com,
agentservice@mostchoice.com,
ajolly@prassrepublican.com, apec@immi.gov.au,
askdoj@usdoj.gov, evans.otarrel@reuters.com,
evans.otarrel@reuters.com, box199@nysf.com,
chiefsec@wb.gov.in, dhurjo@indiatimes.com,
senator@schumer.senate.gov,
angeline.toh@reuters.com,
branch0439@chsharions.com,
calcutta@ittavisr.com,
communitynews@ivsala.com,
debashishmaitra@yahoo.com,
digscode@nyu.nic.in, dirp@cag.delhi.nic.in,
editor@expressindia.com,
EDITORIAL@nytimes.com,

http://us.f611.mail.yahoo.com/ym/ShowLetter?MsgId=2635_21593849_244085_5523_13...  4/28/2007

2. Roy is no stranger to litigation and has filed numerous lawsuits throughout the United States and its territories under the names of Roy and Joseph Geronimo, Jr., as well as entities he is affiliated with (i.e., Jungle Democracy, Handicap Interests International, Reforms International), to-wit: <u>Jungle Democracy v. United States of America</u>, Civ. Action No. 06-503-SLR (D. Del. closed Sept. 13, 2006); <u>Geronimo v. State of New York</u>, 1:06-cv-07-JLR (D. Guam closed Mar. 16, 2006); <u>Jungle Democracy v. No Named Defendants</u>, 1:06-cv-676-ZLW (D. Colo. closed June 13, 2006); <u>Jungle Democracy v. Bush</u>, 2:06-cv-505-RBS (E.D. Pa. closed Feb. 14, 2006); <u>Roy v. State of New York</u>, 1:06-cv-08-SS (W.D. Tx. closed Jan. 20, 2006); <u>Roy v. United States</u>, 1:03-cv-8354-MBM (S.D.N.Y. closed Feb. 23, 2005); <u>Handicap Interests Int'l v. United States Gov't</u>, 1:99-cv-3121-TPG (S.D.N.Y. closed Apr. 30 1999); <u>Reforms Int'l v. City of New York</u>, 1:95-cv-7248-RWS (S.D.N.Y. closed Oct. 7, 1995); <u>Handicap Interests Int'l v. United States</u>, 1:95-cv-2152-SAS (S.D.N.Y. closed May 24, 1995); <u>Handicap Interests Int'l v. United States Dep't of the Army</u>, 1:95-cv-1642-SAS (S.D.N.Y. closed Mar. 23, 1995); <u>Reforms Int'l v. City of Los Angeles</u>, 1:94-cv-5204-DLC (S.D.N.Y. closed Nov. 30, 1994); <u>Reforms Int'l v. Renquist</u>, 1:94-cv-7198-HB (S.D.N.Y. closed Oct. 20, 1994); <u>Reforms Int'l v. Bush</u>, 1:94-cv-5964-PKL-BAL (S.D.N.Y. closed Aug. 26, 1994); <u>International Siva Consciousness & World Religions v. United States</u>, 1:92-cv-8188-JFK (S.D.N.Y. closed Aug. 20, 1993); <u>Geronimo v. City of New York</u>, 1:91-cv-1703-LBS (S.D.N.Y. closed July 10, 1991); <u>Roy v. State of New York</u>, 1:06-cv-00734-RWS (N.D. Ga. filed Mar. 13, 2006); <u>Jungle Democracy v. State of New York</u>, 7:06-cv-31-NAM-GJD (N.D.N.Y. filed Jan. 10, 2006); <u>Jungle Democracy v. State of New York</u>, 1:06-cv-207-WS-B (S.D. Ala. filed Apr. 5, 2006).

2

3. **Standard of Review**. When a litigant proceeds in forma pauperis, 28 U.S.C. § 1915 provides for dismissal under certain circumstances. Section 1915(e)(2)(B) provides that the court may dismiss a complaint, at any time, if the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant immune from such relief.



4. An action is frivolous if it "lacks an arguable basis either in law or in fact," Neitzke v. Williams, 490 U.S. 319, 325 (1989), and the claims "are of little or no weight, value, or importance, not worthy of serious consideration, or trivial." Deutsch v. United States, 67 F.3d 1080, 1083 (3d Cir. 1995). A complaint is malicious when it "duplicates allegations of another pending federal lawsuit by the same plaintiff." Pittman v. Moore, 980 F.2d 994, 995 (5th Cir. 1993); see also Banks v. Gillie, Civ. Act. No. 03-3098, 2004 U.S. Dist. LEXIS 5413, at *9 (E.D.La. Feb. 25, 2004) (duplicative and repetitive complaints are considered malicious for purposes of § 1915); McGill v. Juanita Kraft Postal Serv., No. 3:03-CV-1113-K, 2003 WL 21355439, at *2 (N.D. Tx. June 6, 2003) (complaint is malicious when it "'duplicates allegations of another pending federal lawsuit by the same plaintiff' or when it raises claims arising out of a common nucleus of operative facts that could have been brought in the prior litigation") (quoting Pittman v. Moore, 980 F.2d at 994-95).

5. Pro se complaints are liberally construed in favor of the plaintiff. Haines v. Kerner, 404 U.S. 519, 520-521 (1972). The court must "accept as true factual allegations in the complaint and all reasonable inferences that can be drawn therefrom." Nami v. Fauver, 82 F.3d 63, 65 (3d Cir. 1996)(citing Holder v. City of Allentown, 987 F.2d 188, 194 (3d Cir. 1993)). Additionally, a pro se complaint can only

3



153

USDC

Quoted from Jungle Democracy, cat and Mouse doctrine and syndrome of

powerful nations/ PEOPLE for perpetuating ++++++++ Damages due to misconducts
Defendants/some even a commoner entity were person and damages to
of people, social elements or even a Government are evidenced to weaker people in any
who were Plaintiffs
Democracy, when such faiths are manipulated by powerful elements of a Democracy,

Pains, Disasters and Damages are mostly remain without compensations  for decades or

even  of expiry of life  Cycles. Quoted from JOE, ,s Jungle democratic anti  principles and

human  disasters  .(2). Some faiths are inherent qualities in leadership and people to

survive

 with dignity and etiquette of democratic norms. Democratic people mostly the coomers

and have  nots tend to trust leaders without access to qualifications of leaderships, thus

often they receive deceptions in  public treatments whenever help is essential for basic

survival. Many democratic leaders most most so  called democracies treat the elective

offices and power for own enrichments and or their groups to share with. The commoners

of today may have to employ Trade unin type practices to earn the basic rights of equity

and fare treatments from State through leaderships.  The commoners ights to recall elected

officials shoul be made easier

in democratic process. The penalties  for abuses of democratic power should be extended

at par common criminals viz sex Offenders, la and many kidnappers abnd other felons,
their
Leadership abuses and bargains thereof should be made less lucrative. Plaintiffs as victims
were
of abuses of democratic offices felt pains of abuses of  electove offices and leaders for
and
decades and such abuses caused damages as such compensations are demanded. by all

Plaintiffs from Defendants Combined for their
Joint massive infringement of Laws & Violations
and offressions on Plaintiff Kamil & his lawful Ass.

Footer :  Complaints filed : In the International Court of Justice , Hague, the Netherlands & other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy pro se for Plaintiffs as individual or unincorporated Associations including  the book volume of  A nrl. thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;
E-mail: vishwal2@hotmail.com ; tel- (U S A) - 518 8915466, 315 276 5001.

➢  GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply  rooted in people since births. Religions may not be easily infringed with political obpressions, of domestic or foreign origins. Unfortunately Democratic DEVILS. HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONs OF People " ; QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world  wide Locations.

Rev bY Kamel KKR
6/6/2007
for Plaintiff



ı the U.S. District Court, ——————————— for the Middle District of state of Louisiana , atoɲ Rouge , LA, Louisiana, LA, USA ( ) ; also filed at different Jurisdictions for different violations in th Same :Jung emocracies including at following Jurisdiction : U .S District Court,     at various jurisdictions including E.D.N.Y, .S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201/ Middle District for the State of Luisiana at atoɲ Rouge ,LA , USA .any other courts where part but different reiefs have been prayed have been noted in below rips. Date filed in different above and bow on 1-26-2006

> Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to

    destabilize religions of ethnic people as weapon of "JUNGLE

    DEMOCRACIES, OPPRESSIOns OF People " : QUOTED FROM JOE's

    SCRIPTS and as a basis of complaint of PlaintIT # 1 by Joe the Priest.

    12.29. 200Snew York City, USA and world  wide Locations.

> When You love GOD /s you really do learn to love HIS all creations including

    fellow  beings and perhaps people beyond all regions and barriers.We can

    clearly emphasize that knowledge of Gods and his blessings , even if not

    apparent in public view may  create understanding that ther are hopes

    for gainful ways and true bargain for traditions of hard  and meaningful

    job as necessity to extend growth and meaningful

> Both of human, animals, Quoted from  PlaintIT #1 by Joe, the Priest, in search

    of equities and benefits

    Of true  democratic conditions of life without much dysfunctions.

    200001, West Bengal, India ; The  City of New York , c/o Corp Counsel, 100 Church

    Street, New York, NY 10007; CINGULAR Wireless aka "Cingular", Albany New York

    & elsewhere; HSBC Bank , Main street,, Saranac Lake, N Y; Harrietstown

    Housing Authority and Ms. Dobbie Zerrahn , Housing Assistant, 14 Kiwassa Road ,

    Saranac Lake N Y 12983; Citizens Bank , Saranac Lake at Broadway  near Post

    office; UPS SEVTors/ MBS store; Dobbie, owner /Francisos Broadway #2, at Saranac

    Lake, N Y

    elsewhere Saranac Lake NY 12983 ;The New York Times English Daily Newspaper 229

    West

    43rd st, new York, New York 10036 & elsewhere, aka Usa and outside; The New York

    State Insurance

    Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance

    co P O Box 0486, Albany, New York 12201; Us Dept of Justice, Justice Dept

    Headquarters, Washington D.C. Hon George W Bush U S A President, The White

"Jungle democracies" as  harmful events , destructive & abusive  ethics have grown supreme now. The powerfuls !!people/ nations / or  superpowers  may note that  its time to amend. ABUSES ARE ALARMING.

The Rev

Dr Ramet

6/6/2007

দাবী করেছে, যদে দখে নেওয়েতের গায়ের রঙ, পরিক্ষা করেছে, পাত্রী নির্বাচনে, নিয়োগের চাকরি, আরো কিনা
বিয়ানা করেছে, আর মেয়েদের কৈবিক থেকে আকর্ষণ, খর্ব করেছে, আর করেছে নিহস্থতে, মানসিক অধিকার
ভদ্র মর্যদিস, ধর্ম মত প্রতিদিন দরকার অবহার ভূমিকা অবদান পুরুষের লেখাবে, সঠিক প্রেম করেতে, গা...
মেয়েরা বর্তমান সময় ব্যবহার সঠিক যৌবনের দরখী হতে পারে।

## নতুন মহাভারতের সারাংশ ঃ-

প্রায় পাঁচ ক্লান্টি নেয়ে ভগবান শিবের হৃদয়ে হিমালয়ে আবাহন করতে এল। মেয়েরা স্লোগান দিয়েছে:-
"দিন তুমি দিলাতে যত, অথবা ভূমি পাস্ট যাও, ই-ওই মেয়েরা নৃতাগের পুর্নরীরা নির্বাসিত পুঃরা নিয়েছে।
দিবসিয়ে জল ঢালার করছে প্রতিবার দিনদেন পুঁথান দুটাকা, যক বরণাপায় কাছ তিন টাকা, পুরোহিতের
কাছিন্দা চিন টাকা, আর রিকনা ভাড়া সর্বত যৌবনার পাঁচ থেকে দশ টাকা, মোট খরচ দশ থেকে সংখ্যা
টাকা, কমপক্ষে। প্রথম যৌবন থেকে কলেদনদেন্দ্রে হাহার হহার ঘটিতল সাতেও শিবসিস পুঃরারীগীরা একিন
তরে আশীর্বাস, পাঘনিয়েভাল ঘর ও নৃর পাথ যার সহেত্র প্রায় প্রটানলই প্রতিভূত মেয়ের যৌবনের স্বং ন্যর্থ
হরে প্রায় উপযুক্ত নয়ে। অনুরূপান ও গরিসংখ্যাবধ্যানী লোগে নে, কিছু মেয়েরা উপরুক্ত ও আইদনদ্য ঘর
আরকেরা পৈনুঃগর যায়ের বাগের পঙ্গন আছে, জাইদেঃ বধ্যবলা আছে, দূরর টানা আছে অথবা মেয়েটি অন্যহয়
সুমরি এমন সি পঙ্গন সিদ্ধ। বিষয়িত পুঃরা ঘার্দ, অনয়ীন, শিবের ক্রান আর্তিতু প্রাপ্য হয় না। ভার্য তো পাঁচ
ক্রান্টি মেয়েদের চারীকৃতপূর্ব সিংহাসনার ন্যান্তরন্দে মে ক্রান্টিরিনে দেগেবিল, যার বাদ স্থগানিশ নড়র হয়
নাবি, তার দাম্পতা দিল অর্তক পাঠ থেকে, সঠিক মেনতে যা সাধু হয়ে লোগে, যৌবন সঠিক পরিমাণে
এলাগয় পয়র দশ নাম তেরো দিন আড়া সম্পূর্ণ বাসি থায় লোগে না হারিয়ে লোগে। মেয়েটির নর হিল্ল সত্তর্যা
তবেক্রুলারী যাক, কোন উপযুক্ত গুরুষের। মেয়টি করজে যায়ার হ্য়ী দিনলিহের ভাগা দিয়েছে, নৌবনের সক্রিয়
ঘৰ ও যৌমনেক লুগ হয়ে লোগে লোগে ...

৭। যাত্রি সম্পা গুণ দেব্যার ফন্য়া কিন্তা ... কান মৌল ... পড়ন কে ...
পাত্রী সাযার্থ অভুযাল্লে লে সর্বা নহ পুরুষের সাধ ...
শ্রীবলে।" নিযায়া যদিও কোন সন্তর্জ স্বহ দায় ...
পয়লর সাবর্জাল পূনা ওই পাঁৱরা ভরা তুরে মেটা নিচি ...
৩ঃ ৩৫ঃ ... মটা/ভারন্য দিযে লাগ্রে এই গঘর্ঘ। মেয়াটির আর যৌবনের ৱৰ্ী নাহ বৰ্হনা ...
তনু বীচ ভাগা, মন আহারা অনহৈ। মেয়াটির লাগ্বে দিল যুর ...
পূরা দিযে ন্যার্থ হয়বে। মেয়েরা প্রতেন্তু কাশীর লোগে ...
নরতন মোরে, মংকে থেকে অমর টোরিক্ত থেকে, সক্রবাৰ্ফ পূরালাটার নাবরের ...
তুলে শিৰ্য উঠে এলেন পার্বতীর বিদ্যান থেকে।



IN 45DC
The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D. N.Y, 500 (6)
Pearl Street New York 10007 /In the United States Court of Appeals for the
2nd Circuit, NEW YORK 10007 at U S Court House at Foley Square at Centre Street.... Filed :

9.20.2005 Title of action ;"Jungle Democracy . Cat and Mouse Backlines ...oppressions by rich and powerful
people,/ Nations to weaker/poor people,/Nations (foreign)..... etc..." Book Volume by Joseph Geronimo
Jr, / aka Kamal K Ray ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac
Lake New York 12983 ; Kamal Karuna K Ray /aka/Joseph Geronimo Jr plaintiff Sole appellant on Poverty
clause THE REVEREND Lisa k Roy : chief editor, Jungle Democracy,etc . Hon Acting Executive Officer,
Handicap Interacia Int'l - WR Group ( Parent Group :N I Z Inc A New York State not for Profit
Corporation,A registered as charity with attorney General N.Y State , & in place abroad; Incorporated on
Nov 2, 1984 as Non Profit Association; Reforms International, at al all addresses PO Box 1173 , Saranac
Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......The State of New York,
Albany, N Y, Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west Albany, New York
12205; Travelers Insurance ..... New York st ; Some Judges in WCB Board, NY State , at many times acted
illegally,use monopoly in their Bureaucracy and asked us most violators of Laws, civil rights/Human rights
against statutes and in no ways to compel/force them to rule of laws of Jurisdictions as they had behaved as
criminals and in justify wrong with color crimes in by Gov., et. al, Hon Judge John G ROBERTS Jr
,appellate Court Judge, and state supreme court justices,NY; The (new) Hon. President of U S A George
W Bush ; The U S A , Washington DC Various wisdoms & in judicial The U S Senate, Capitol, Washington DC
; Adelphia Cable, N.Y Press, The New York Times ,NYC, N.Y, U S Dept of Justice, et. al ,  washington
DC ( 2 ) THE (NEW) Hon. President of BUSH , U s A, C/O THE White House, 1600 Pennsylvania Ave, NW,
Washington DC 20006 ; The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR
an Appellate Court Judge, (20 yrs. approx.) c/o  The White house, Washington dc; filed copy with the
Registrar, .... Union of America, Albany, NEW YORK 12207 defendants/ appellees (
have a total of at al defendants slip all views. Civil/Human Rights clause,etc and sole appellant Mr Geronimo Jr is
how on poverty clause,a HISTORY background of civil and human Rights Violations:  1. One Jr appellate
court Judge, named  since was nominate to fill in vacancy may arise by plan of retirement on an ASSOCIATE JUSTICA,
at The supreme court of USA. Confirmation process are pending. In this process , two Judges , the defendant Mr Bush, above,

Road aka 1-5 Riverside Drive, Saranac Lake, New York 12983, Rev. Kamal aka
Reverend Joseph Geronimo Jr and others shall speak, You are also invited to
speak and attend meeting. Coffee may be served at kichen. Italian restaurant
and may others around the meetin arena Police Parking area nerebt . More
details below. Thanks and regards RSVP email: vishwal2@hotmail.com US Phone
518 891 5466 & 315 276 5001. *** more Details : The Reverend Dr. Joseph
Geronimo Jr,: Kamal / aka/ Joseph Geronimo Jr is an Ordained Priest, aces
in other countries in general educational fields like management science,
Public administration, religions and many Gods and people...etc; registered
as a clergy & religious marriage officer , New York State(a N Y State
constitutional Officer ) ,with the City Clerk, City of New York ,1 Centre
St, New York, N.Y 10007 is plaming to meet public and members of news
media/ Press ,both national and International, in behalf of World Religions
Group, 107A ,Scribner Avenue , Staten Island, New York 10301; India &
Oriental main office : 46 C Chowringhea Road , Kolkata 709071, West Bengal,
India,: Meeting Hours on 9.16.2005, Sunday 6 pm till 9 p.m evening . rsvp.
our phones 518 891 5466 or 315- 276 5001 . All are invited . Venue :
Mamie Hogan Meeting Room, at Harrietstown Housing Authority, 14 Kiwassa
Road. Saranac Lake, New York 12983 , USA (At Adirondack Mountains) .

Global, New York and USA incidences of Corruptions must stop against weaker
people in JUNGLE Democracies. All respectfully submitted for grant of prayer /
Motion to save Democracy and to stop violations against Plaintiffs and to Recover Damages. PRAYERS.
Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.

* for extortion of Verizon wireless, M Cable fee/charge
From weaker citizens without Duly process of law by using Monopoly in area of service.

The Rev
Dr
Kambo ffh
6/6/02

(54)

USDC/ ...

In The u . s . COURT _ OF APPEALS for the 2nd Circuit of new york at New York 10007 /
Appeal from US District Court SDNY, New York 10007 , decisions of repeated rejections of
filing of original civil complaints after amendments and corrections made as per instruction of
court's clerk, but repeatedly failed to meet standards of filings, suggested by by the court
officers / U S District Court ................ additional submissions . All respectfully submitted as notice of
appeal , part of appeal brief/ submission to the named court, etc , for grant of appeal pre/appr Clerk actions
pending, all Pro se . by Kamal Roy alia Joseph a/k/a "JOE" a poor unknown unknown Priest of 14 Kishnan Road, Salt
5 G, Surance Lake, New York 12963 for all Plaintiffs/ Appellants, PO Box 1173 , Surance Lake New York 12963:
1.7 . 2006

ppeal/notice of appeal to _____ U S Court of APPEALS __ for 2nd circuit at new York , N Y 10007 which
.clude USDC, SDNY at NY 10007 Date of filing : 2.7.2006.

Complaints/additional affidavit for case no _____ for filing / for appal /notice of appeal to _ ..........._ |
upreme Court of Pakistan at Islamabad, Pakistan : for civil and human rights Violations Date
led : 1/25/ 2006   4 - 3o 2007)

USDE/

++++++++State of Louisiana is named as Defendant now and God/s and USA were
named in issues previously.../ USA & other prominent Jurisdiction, within &
outside USA where authorities of ruling Govt and Political rulers ignore civil rights issues
of commoner and the weaker in Democracy with dysfunctional Jungle democratic
syndrome _/ The hon'ble Court of ____ for _____ of   State of
_____ at _____, JURISDICTION / The Supreme Court_____   Country  at
_____ filed on ____ 1. 27. 2006

(54)

### CIVIL COMPLAINTS :: JURY TRIAL DEMANDED   :: CIVIL & HUMAN

RIGHTS violations world wide by Govt/ UNO and most most powerful people to
weaker section of People including Individual Plaintiff " JOE" et al and Damages
Claimed. Compensation demanded Minimum one million US $ to Twenty five (25) Million
US $ tied at a minimum of Euro value at a minimum on date of filing  action :: JUDGE
...HON.

### CIVIL ACTION NO _____

+++++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++

Short title  of the Civil  action / COMPLAINTS:
- Jungle Democracy " We the people " 2 US Constitune

Superpower to all weaker people/ Nations ...etc " ETN & Tax exempt I.D  # ( by me. USA);
1196691A Plaintiff is a legal entity, an electronic and hard copy book volume by Joe, the priest, remember of weaker
people and commoner. In the JUNGLE DEMOCRACY in world , NOT LOST BUT SEVERELY DAMAGED IN TERMS OF
POSITION AND MONEY, BUT WITH DEMOCRATIC & MORAL WISDOM TO STRUGGLE  TO SURVIVE TILL END IN HIS SLEEP
OR GRAVEYARD OF Nature, with God/s in witness or Subshiquad (A Hindu kind God/deity, who can presumably witness bet

By  "Jungle democratic" as karachi events, destructive & abusive exist have given supreme now. The powerfuls ,ifpeople/ actions b)
or superpowers  may note that..It is time to amend. That Godhood and divinity themes were fairly introduced  and now declining

SS# 578 80-4349
Rev Dr Kamal K Roy
et al
Plaintiffs
(10 Nos)

The Rev Dr
Kamal K Roy
for Plaintiffs Rose

Vs
' We the people " 2  u.s Constitu(tion)
By 1st govt Washing D C
Vs Third Party Defendants (30's) attn

(55)

USDC / ___

95† United States District Court of District of Columbia / of S.D.N.Y. Washington D.C. 20001 /
York City N Y 20001
U. In the United states district Court of ... NY / SDNY ............ District of ... Washington DC/ New York ... N Y / NY
...... Civil ............ Complaint ....... Docket #

(17)

Plaintiff filed complaint to various
violation on issue of complaints.

PE ... Plaintiffs Filed

Original Action filed in different jurisdiction on defense grounds of legal violations against the individual Plaintiff Kamal Kadura K | Roy aka Joseph Kamdev Roy Jr, who was an orphan and is US educated, with management Graduate degree, et al in academic faculty and trained as a clergy who is disabled but we as a mobile priest or a FAKIR in different legal jurisdictions including D.C area in Washington and in the S. Rock Y, Staten New York city. His part time work actually is administrative researches of finding roots of GODS OF MANY FAITHS, AT TIMES VERY DIVERSE AND CONFLICTING WITH OTHER FAITHS, WHICH RESULT IN RIOTS AND MALICIOUS DISTURBANCES ALL OVER THE WORLD. The relation of research of the Priest and he is a strategic other Nature, Gods' theme Invented by People in ages, GODS and People are the interlinking Keys of research of the Priest and he is a strategic socialistic Soul reforms worker in socialist environments. The priest thinks that Term God is a Democratic meaningful terminology beyond any faith as constraints on the term but gods terminology closely relates to Goodness in people of all faiths. Gods have the functioning through the ... and God is gradually falling In Democratic establishments all over the World as with the advents of modern technologies and uses of high end computers in rich nations, the term Superpower has been dominant in all democracies and Human Gods, may be one like George W Bush et we emerged in Human Administrations, such figures have reduced power basis of Gods.

we have historical evidences, say in some armed freedom struggle in British India and elsewhere History and centuries old Emperors and past emperors or Queens viz Old British Empire, often used nationalists as terrorists or traitors are universally accepted with evidences that are administrators and common Public take oaths & perform many acts in swearings in Public with Gods associated for same sake, etc. That people are aware beyond doubts. A time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion tied, although major powers love to declare themselves as secular, but christianity in diverse shapes & categories dominate major power blocs in days. Some Hindu reigns make major problems to non Hindu minority in every possible way. Hindus may not admit the facts, but scrolled for Nations, are microgears, and such nations prefer to wear masks to cover their inner feelings towards minorities of diverse faiths for many legal actions and purposes. It is a very sad sign to note that many Christian dominated nations in west and most of their populations of citizenry without disclosures in Public that the Islam faith based nations generate most terrorists, and the author realizes Now is the true time to interact common survival to learn to survive in coexistence of multi faiths. And administrations generated smaller Human Gods like Devils of As I see and Democracy, the prime invention of Humans with blessings of regional Gods, what the priest Geronimo Jr call "JUNGLE DEMOCRACY" The Mobile Book particles, and the world is dominated by Anti democracy ethics, what the priest Geronimo Jr is another. The priest now legally shall represent the association and publication JUNGLE Democracy, PRO SE, as Honorary Officer in association pursuant to FRCP, FRAP Laws and rules. Allegations of this legal plaintiff is Defendants violated legal rules and Plaintiff is pained associations of US and other Citizens of the World through W I I world Religions Group cited at places in scripts, and is another Plaintiff, for issue citations of Laws and damages claimed in this civil action.

II action of COMPLAINTS : Judge : Hon. Jury Trial Demanded Punitive and compensatory damages demanded, at least US three ( 3 ) of One million Dollars at ... in ... to be decided by the jury at trial.

The Rev Dr
Kamal K R
6/6/2007

For Plaintiff

For Pro Se)

56

We plaintiffs are aggrieved, injured by failures of Nations intentionally, to Coordinate relief efforts in earthquake

According to Govt Authorities, in Pakistan and India, and truly, may be 81000 dead in some estimates of CNN ( Cable (News) Agency) and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistence at 3 millions of other victims in about last 75 years worst Earthquake in south Asia , ranging Pakistan , war help all victims sasters including victim of Hurricane Alpha, Beta, Rita, Katrina et al and victims of terrorism, Bombardments of superpower dd wide . Gods of any faiths may not know when the erratic decisions of Bombing, mainly on civilian habitats may end, but GODS must come to senses to stop[ killing game in names of Controlling socalled terrorists world wide , but we are positive know artificial veils of many ( pachaps, not all)

Namesake terrorists the most or almost all such people in arms could be. Nationalist with some exceptions of misguided countrymen of nations under aggression of foreign power or international power blocks in secret alliances of superpowers and allies. Possibly oldtime Gods have no knowledge of modern computers and technical knowledge in related fields , so , superpowers are much ahead of divine powers for welfare of human animals who lack in advanced technology to attack, oppress poors, have nots, regional based poor souls of human animals in true bondage of slave economics and slavery oristed power based controlled freedom for all with sanctions of alien Superpowers in collusion with national traitors in veils of freedom searchers and leaders Quoted from Ian's economics of failed sovt Democracies

IN THE USD²

(V) Plaintiffs = We The 'People'. we observed failure of Defendents in all alleged fields to ruin

Both the work force and democratic leaderships, PEOPLE all over the world have many complaints about conduct of leaders in or administration in affairs of Public interests of Nation as the base. Even the conducts of Hon. George W Bush may apparently show of a leader based on deviation in his character much away from

Truth and integrities of an ideal and/or normal man as devoted to public interests rather diseased with endemic proportion of many tive attitudes which diseases were clearly evidenced in deaths of many american soldiers over 2000 in a fake reranons or cleverly ideology of Warfare in IRAQ , many and massive Civil poorer population of Iraqi Republic : Same thing of apparent wrongdoing Afganistan with losses of American commoners, in USA . George Bush as President, WE demand, as Plaintiff with prayer to courts to rule that A influences of average or the major faiths of Religions may not be treated unconstitutional as without religious backbone in powerful leadership, political personnels in leaderships in democracies may generate democratic devils for destabilization of commoners' interests wartime or peacetime environment in U S A may not be separated with thousands of Nationals of USA or aliens in Iraq and elsewhere facing untimely deaths comparable with erratic rule of HITLER and His Allies during World War II scenerio at current peacetime.

but Scripts not intended to compare George W Bush with Late GERMAN HITLER but history

May compare deaths in wartime and socalled peacetime with named superpower with HUMAN GOD Type person at the helm of av treat common human/animals as toys, or inanimate material o be used/abused/ discarded

As dead memberss of armed forces as buried in ground almost at random at whims of Political leader of a powerful

ADERS . PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in Law

11-27-05 ALL Respectfully submitted Kamal K Roy

Rvd The Rev. Dr. Kamal KR 6/6/2007 L. Plaintiffs

(18)

(23)

(57)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAMAL KARNA ROY a/k/a JUNGLE
DEMOCRACY,

                    Plaintiff,

          v.                                              . 07-206-SLR

CBS INC., CBS RADIO, USA GOVT.,
NBC, MSNBC, MICROSOFT-CORP.
USA, NY GOVT. ALBANY, NJ
STATE GOVT. TRENTON NJ, and
DON IMUS,

                    Defendants.

**MEMORANDUM ORDER**

At Wilmington this 4th day of May, 2007, this matter having been considered
by the court;

          IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis
is granted, that this case is dismissed pursuant to 28 U.S.C. § 1915(e), that Kamal Karna
Roy (also known as Joseph Geronimo, Jr.) and any entities with which he is affiliated
(e.g., Jungle Democracy, Handicap Interests International, and Reforms International)
are hereby enjoined from filing, without prior authorization of this court, any complaint,
lawsuit, or petition for writ of mandamus, and that the Clerk of the Court is instructed
not to accept or file any further documents submitted by plaintiff, for the reasons that
follow:

          1. **Background.** Plaintiff, a resident of Saranac Lake, New York, is a frequent
litigant throughout the United States. He proceeds pro se and the court will grant his

Case 1:07-cv-00021    Document 1-2    Filed 07/27/2007    Page 23 of 32

*[Handwritten annotations throughout the page, including:]*

If prayer not granted, then appeal to ① U.S. Supreme Court by Writ petition

COMPLAIN OF GROSS MISconduct of USDC/Delaware by abusing of Court in general but in violation of US Constitution. It is an emergency complaint Chief Judge USDC/Delaware

Dear Hon chief Judges Your court is violating order of Judge Sue M. L. Court has returned a motion of prior authorization for submission to court although we alleged Hon Sue L. Robinson unlawfully

PL take action and refer matter to US judicial commission

Curbed right of Citizens (us) to petition Govt to redress Grievance as Complaint Unrepaired

Unopened Complaint to USDC as Dept of Govt.

The Red D. v Kamal K.R. to for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

KAMAL KARNA ROY a/k/a JUNGLE DEMOCRACY,

   Plaintiff,

  v.

CBS INC., CBS RADIO, USA GOVT., NBC, MSNBC, MICROSOFT-CORP. USA, NY GOVT. ALBANY, NJ STATE GOVT. TRENTON NJ, and DON IMUS,

   Defendants.

)
)
)
)
)
)
)
) Civ. Action No. 07-206-SLR
)
)
)
)
)
)
)

## MEMORANDUM ORDER

At Wilmington this 4th day of May, 2007, this matter having been considered by the court;

IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis granted, that this case is dismissed pursuant to 28 U.S.C. § 1915(e), that Kamal Kama Roy (also known as Joseph Geronimo, Jr.) and any entities with which he is affiliated (e.g., Jungle Democracy, Handicap Interests International, and Reforms International) are hereby enjoined from filing, without prior authorization of this court, any complaint, lawsuit, or petition for writ of mandamus, and that the Clerk of the Court is instructed not to accept or file any further documents submitted by plaintiff, for the reasons that follow:

1. **Background.** Plaintiff, a resident of Saranac Lake, New York, is a frequent litigant throughout the United States. He proceeds pro se and the court will grant his

**Search for this case:** Roy v. Bush et al

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Plaintiff: Kamal K Roy**    *for self, & W. the pe...*

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SE |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: George W Bush**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SE |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: USA Govt**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SE |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: Hillary Clinton**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SE |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: Joseph Liberman**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SE |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: Eliot Spitzer**

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journ |

*Ref. of Kamel R*
*M E pro. ?*

*Defendant* *Ms Gargi Lahiri Roy & R N Figore*

*Violated marital hopes, kristneyar Nahi...*

*Rev Dr Kamel KR   6/6/07  Jur Plaintiff*
*Pram*

(59)

leader, and lost Republicans in midterm polls of Nov 2006 may suggest a
to be a leader in a nation. However plaintiffs believe the real price of char
to become leader of a leading nation is priceless, as such asssessed dan
in the action wer cited from 990 billions of u s $ to 16 Trillions of U s $
for loss of chances of kamal k roy to be a leader like U S Senator or the N
York Governor through Mid term Elections of november 7 , 2006.Plaintiff
believe that defendants viz U S A and 200 third party defendants who as
major defendants to act in jungle democratic dysfunctions viz alleged
election, as such jury , trial may decide a lawful award, as plaintiffs
believe * we the people in USA for practical decisions. ::: and outside
incuding civil rights violi ations against weaker citizens++ civil actions as
election petition / complaints and violations of other civil rights
globally,matters include violation of laws under N Y State constitutions an
state laws was , filed as of 11.18. 2006 at the Supreme court of state of
York for the Franklin county,court house 356
Date: Sat, 18 Nov 2006 00:00:51 -0500

Find An

Email Address

Degrees in as

fast as 1 year
Please register your mobile phone to activate this feature.
Register your phone to receive a text message when you receive Mail fro
particular senders.

Previous | Next | Back to Messages Call or Instant Message
DeleteReplyForwardMove...
Printable View This message is not flagged. [ Flag Message - Mark as Ur
]

Date: Fri, 17 Nov 2006 20:01:37 -0800 (PST)
From: "lisa roy" View Contact Details Add Mobile
Alert
Subject: Re: 11.18. 2006 IN ORIENT & as at elsewhere :World News of
electoral violations in u s a , damagES DONE ON weaker citizens' chanc
be A sENIOR. leader through democratic promised election process PUF
US AND NEW YORK STATE CONSTITUTION, in the process PLAINTIF
only the powerfuls of some kinds get the chance to contest electionsN DI
NEGLIGENCE OF gOVT AUTHORTIES TO UPKEEP PROMISES PRA
INCLUDING THE FACTS OF POVERTY AS OBSTACLE TO EXERCISE
LEADERSHIPS. THAT THE . U S A did damage OF ALL chances of The
Kamal roy, news media acted illegally in mid term elections of November
2006,as such Kamal Roy moves to various court of U S A both federal an
state of new York ,to challenge electoral_win of MS. Hillary R Clinton and
Eliot Spitzer ,as the environment of election in New York State et al in U .
A were discriminatory , illegal and violative of U S constitutional rightS
to be an elected leader viz U S Senator from New york or to be the Gove
of the State of New York in the democratic union of U S A over 200 year
back. Weaker people can move to govt or courts to redress grievances, t
chance to be a leader is a very desirous for most citizens in any true
democracy. i The deposed ruler Mr Sadam Hussain of Iraq now facing de
be and was proposed in civil actions to be a witness to say in favor of
plaintiff kamal roy et al, as how high is a price for becoming leader, and
lost Republicans in midterm polls of Nov 2006 may suggest a price to be

http://us.f611.mail.yahoo.com/ym/ShowLetter?MsgId=1904_18690380_302883_4884_6...   11/18/2006

ALBANY–Court House
Albany, NY 12207
**(518)487-5060**

ALLEGANY - County Court House
Belmont, NY 14813
**(585)268-9294**

BROOME - 44 Hawley St.
Gov't Plaza, P.O. Box 1766
Binghamton, NY 13902
**(607)778-2172**

CATTARAUGUS - 302 Court St.
Little Valley, NY 14755
**(716)938-9111**

CAYUGA -10 Court Street
Auburn, NY 13021
**(315) 253-1285**

CHAUTAUQUA - Gerace Office Bldg.
Mayville, NY 14757
**(716)753-4580**

CHEMUNG - 425 Pennsylvania Ave.
Elmira, NY 14902-0588
**(607)737-5475**

CHENANGO - County Office Bldg.
Norwich, NY 13815
**(607) 337-1764**

CLINTON - Gov't. Center
137 Margaret St.
Plattsburgh, NY 12901
**(518)565-4740**

COLUMBIA - 401 State Street
Hudson, NY 12534
**(518)828-3115**

CORTLAND - County Court House
46 Greenbush St., Suite 102
Cortland, NY 13045-3703
**(607)753-5032**

DELAWARE - 3 Gallant Ave.
Delhi, NY 13753
**(607)746-2315**

DUTCHESS - 47 Cannon St.
Poughkeepsie, NY 12601.
**(914)486-2473**

ERIE -134 W. Eagle St.
Buffalo, NY 14202
**(716)858-8891**

ESSEX- County Court House
Elizabethtown, NY 12932
**(518)873-3474**

FRANKLIN - 63 West Main St.
Malone, NY 12953
**(518)481-1663**

FULTON - 2714 Sthwy 29 Ste 1
Johnstown, NY 12095
**(518)736-5526**

GENESEE- County Court House
P.O. Box 284, Batavia, NY 14021-0284
**(585)344-2550**

GREENE - 441 Main Street
Catskill, NY 12414
**(518)943-4191**

HAMILTON - County Bldg.
P.O. Box 175, Lake Pleasant, NY 12108
**(518)548-4684**

HERKIMER - 109 Mary St. Ste 1306
Herkimer, NY 13350
**(315)867-1102**

JEFFERSON -175 Arsenal St.
Watertown, NY 13601
**(315)785-3027**

LEWIS - Court House
Lowville, NY 13367
**(315) 376-5329**

LIVINGSTON - County Gov't. Center
6 Court Street Rm 104
Geneseo, NY 14454-1043
**(585)243-7090**

MADISON - County Office Bldg.
Wampsville, NY 13163
**(315) 366-2231**

MONROE - 39 Main St. W
Rochester, NY 14614
**(585)428-4550**

MONTGOMERY - Old Court House
P.O. Box 1500, Fonda, NY 12068-1500
**(518)853-8180**

NASSAU - New Administration Bldg.
400 County Seat Dr., Mineola, NY 11501
**(516)571-2411**

NEW YORK CITY - General Offices
32 Broadway, New York, NY 10004
**(212) 487-5300**

NIAGARA - 111 Main St. Suite 100
Lockport, NY 14094-3791
**(716) 438-4040**

ONEIDA - 800 Park Ave.
Utica, NY 13501
**(315)798-5765**

ONONDAGA - Civic Center
15th Floor, 421 Montgomery St.
Syracuse, NY 13202
**(315)435-3312**

ONTARIO - 20 Ontario Street
Canandaigua, NY 14424
**(888) 396-4005**

ORANGE - 25 Court Lane
PO Box 30, Goshen, NY 10924
**(845)291-2444**

ORLEANS - County Office Bldg.
14016 St. Rt. 31 Albion, NY 14411
**(585)589-3274**

OSWEGO -48 E Bridge St
Oswego, NY 13126
**(315 )349-8350**

OTSEGO - County Office Bldg.
197 Main St., Cooperstown, NY 13326
**(607)547-4247**

PUTNAM - 1 Geneva Rd.
Brewster, NY 10509
**(845) 278-5970**

RENSSELAER - Ned Pattison Gov't Bldg.
1600 Seventh Avenue, Troy, NY 12180
**(518)270-2990**

ROCKLAND -11 New Hempstead Rd.
New City, NY 10956
**(845) 638-5172**

ST. LAWRENCE - Court House
48 Court St. Canton, NY 13617
**(315) 379-2292**

SARATOGA - 50 W. High Street
Ballston Spa, NY 12020
**(518) 885-2249**

SCHENECTADY - 612 State St.
Schenectady, NY 12305
**(518)377-2469**

SCHOHARIE - County Bldg.
300 Main St. Rm 300 Schoharie, NY 12157
**(518) 295-8325**

SCHUYLER- County Bldg.
105 9th St. Unit 13 Watkins Glen, NY 14891
**(607) 535-8195**

SENECA - One DiPronio Dr.
Waterloo, NY 13165
**(315) 539-1760**

STEUBEN - 3 E. Pulteney Sq.
Bath, NY 14810
**(607) 664-2260**

SUFFOLK - Yaphank Ave.
Yaphank, NY 11980
**(631) 852-4500**

SULLIVAN - Gov't. Center
100 North St. PO Box 5012
Monticello, NY 12701-5192
**(845) 794-3090**

TIOGA - County Office Bldg.
56 Main St. Owego, NY 13827
**(607) 687-8261**

TOMPKINS - Court House Annex
128 E. Buffalo St, Ithaca, NY 14850
**(607) 274-5521**

ULSTER - 284 Wall St.
Kingston, NY 12401
**(845) 334-5470**

WARREN - 1340 St. Rt. 9
Lake George, NY 12845-9803
**(518) 761-6456**

WASHINGTON - 383 Broadway
Fort Edward, NY 12828
**(518) 746-2180**

WAYNE -157 Montezuma St. Ext.
PO Box 636, Lyons, NY 14489
**(315) 946-7400**

WESTCHESTER -134 Court Street
White Plains, NY 10601
**(914) 995-5700**

WYOMING - 76 North Main Street
Warsaw, NY 14569
**(716)786-8931**

YATES - County Bldg. 110
Court St. Penn Yan, NY 14527-1130
**(315 ) 536-5135**

# New York State Voter Registration Form

**You Can Use This Form To:**
- register to vote in New York State
- change your name and/or address, if there is a change since you last voted
- enroll in a political party or change your enrollment

**To Register You Must:**
- be a U.S. citizen
- be 18 years old by December 31 of the year in which you file this form (note: you must be 18 years old by the date of the general, primary or other election in which you want to vote).
- be a resident of the County, or of the City of New York at least 30 days before an election
- not be in jail or on parole for a felony conviction.
- not claim the right to vote elsewhere

Information en español: si le interesa obtener este formulario en español, llame al 1-800-367-8683.

**To Complete This Form:**
Fill in all the boxes that apply to you.

*Box 4:* Give your home address.

*Box 5:* Give your mailing address if it is different from your home address (post office box no., star route or rural route no., etc.)

*Box 7:* The completion of this box is optional.

*Box 9:* If you have never voted before, write "None." If you can't remember when you last voted, put a question mark (?). If you voted before under a different name, put down that name. If not, write "Same."

*Box 10:* Check one box only.

*Box 11:* This application must be signed and dated in ink.

If you will need an application for an Absentee Ballot or would like to be an Election Day Worker, please check below.

**Deadline Information:**
You can register in person at your county board of elections on any business day, except election day. If you want to vote in an election, you must mail or deliver this form to your county board of elections no later than 25 days before the election in which you want to vote. Your eligibility to vote will be based on the date you file this form, and your county board will notify you of your eligibility.

**Need More Registration Forms?**
You can get registration forms at most state agency offices and post offices or at any county board of elections.

**Questions?**
Call your county board of elections. Find the phone number on the other side of this form. Or call 1-800-FOR-VOTE. Hearing impaired people with TDD may call 1-800-533-8683.

## Please print or type in blue or black ink.

Cut along dotted line and return the completed form to your County Board of Elections listed on the back.

☐ Yes, I need an application for an Absentee Ballot

☐ Yes, I would like to be an Election Day Worker

**1** Check boxes that apply
☐ new registration and enrollment   ☐ address change
☐ party enrollment change   ☐ name change:

**2** Are you a U.S. citizen? ☐ Yes ☐ No
If you answered NO, do not complete this form.

For Board Use Only

**3** Last Name | First Name | Middle Initial | Suffix

**4** Address Where you Live (do not give P.O. address) | Apt. No. | City/Town/Village | Zip Code | County

**5** Address Where You Get Your Mail (if different from above) | P.O. box, star rte, etc. | Post Office | Zip Code

**6** Date of Birth | **7** Sex (circle) M F | **8** Home Tel. Number (optional)

**9** The last year you voted | Your Address was (give house number, street, and city) | In county/state | Under the name (if different from your name now)

**10** Choose a Party - Check one box only
☐ REPUBLICAN
☐ DEMOCRATIC
☐ INDEPENDENCE
☐ CONSERVATIVE
☐ LIBERAL
☐ RIGHT TO LIFE
☐ GREEN
☐ WORKING FAMILIES
☐ I DO NOT WISH TO ENROLL IN A PARTY

Please note: In order to vote in a primary election, you must be enrolled in a party.

**11** **AFFIDAVIT:** I swear or affirm that
- I am a citizen of the United States
- I will have lived in the county, city, or village for at least 30 days before the election.
- This is my signature or mark on the line below.
- The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Signature or mark

X _____ Date _____

(4)
WCB
letter for ... (1) (Full Board Hearing)    Appeal unit    Cover sheet

VERY URGENT/ SOS / COMPLAINTS
STATE OF NEW YORK
WORKERS' COMPENSATION BOARD    Employer H.I.

DOWNSTATE CENTRALIZED MAILING
(for New York City, Hempstead, Hauppauge, & Peekskill Districts
PO Box 5205 Binghamton, NY 13902-5205)
109 Broadway, Menands, ALBANY 12241    State Office Building, 44 Hawley Street, Binghamton 13901    Statler Towers, 3rd FL, 107 Delaware Ave, Buffalo, NY 14202    138 Main Street W, ROCHESTER 14614    SYRACUSE 13203

Date 1-30-2007

COVER SHEET – REBUTTAL OF APPLICATION FOR BOARD REVIEW
(FULL) (Attach Brief or Letter)

| WCB Case Number(s) | Carrier Case Number(s) | Carrier Code | Date of injury | Social Security Number |
|---|---|---|---|---|
| 0905-3942 0933-9977 | 32-387-979-024 37-998-432-094 | W204002 | 8/7/1990 | 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 |

| | Name | Address |
|---|---|---|
| Claimant | Nirban Roy  JOSEPH GERONIMO JR a/k/a Karuna Roy | Post Office Box 1173 Saranac Lake, NY 12983 |
| Employer | Handicap Interests International Inc  KAMAL KARNA | PO Box 1173 Saranac Lake, NY 12983 |
| Carrier | The State Insurance Fund  KARUNA | 15 Computer Drive West  ALBANY NY 12205 |
| Other Parties, if any | Karuna Roy a/k/a Joseph Geronimo Jr.  SS# 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 NCB, | Albany NY 12205 |

1. Party making Application (Please Print): The State Insurance Fund
2. Filing Date: _____ for W.C. Law Judge Decision or ☒ Board Panel Decision
3. This application is being made under the following law(s):
   ☒ Workers' Compensation Law  ☐ Disability Benefits Law  ☐ Volunteer Firefighters' Benefits Law  ☐ Volunteer Ambulance Workers' Law
4. Issue(s) for Review:
   ☐ Accident  ☐ Notice  ☐ Causal Relation  ☒ Employer-Employee Relationship  ☐ Claim Filing  ☐ Jurisdiction  ☐ 15-8 Liability  ☐ 25-a Liability  ☐ Discrimination  ☐ Other  ☐ Period of Disability  ☐ Degree of Disability  ☐ Average Weekly Wage  ☐ Occupational Disease  ☐ Penalty (specify)  ☐ Policy Coverage  ☐ Attorney/Licensed Representative Fee  ☐ Amount of Award for Serious
5. Remedy sought by this application: See attached letter
   MISC
6. Do you want further development of the record? ☒ Yes ☐ No
   See attached letter
   If yes, what is the issue, and who are the witnesses that you wish to present?

Note: Where the claimant's representative requests an increase in fee, (s)he shall send copies of this application and attachments to the claimant and State.

Date 4/26/2005

K K K R_y Affidavit — original
cont'd

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this ___ day of _____

Franklin County
New York
(Kamel K K Roy)
(signature)

S.S. N. # 578-80-439

I am U.S. naturalized citizen 578-80-43...

Notary Public

LET THE APPLICANT PROCEED ON APPEAL WITHOUT PREPAYMENT OF COSTS OR
OR THE NECESSITY OF GIVING SECURITY THEREFOR.

Dated _____    United States District Judge

The Rev. Kamel K K Roy
6/16/2007

The Rev. Dr. Kamel K K Roy
(plaintiffs)
(pro se)

63

a the U.S. District Court, ___ for the Middle District of state of Louish
aton Rouge , LA, Louisiana LA, USA ( / . Also filed at different Jurisdictions for different violations in th Same
emocraphs including at following Jurisdiction – U S District Court, ___ at various jurisdictions including E.D.N.
.S Court House, at Cadman Plaza, downtown, Brooklyn, New York 11201 / Middle District for the State of Luisiana
ston Rouge , LA, USA .any other county where part but different might have been prayed have been noted in below
city. Date filed in different above and bow on 1-26-2006

**The human lives are enjoyable immensely with truth , compassions and equities**

Decades old Civil war has beenreplaced with fight of Superpowrs and allies with so_called
terrorists. Later groups , both consist of live humm elements fighting wars basic strategies to
contorol. Terrorists have strong regional ethics and wisdoms and small weaponas and
cladentine livingg pattaer, Super power and allies contro most power of mass destroctions
worldwide but later tactically blame target nations to possess such arms. Human_animality
qualities

> +++++ **International conference for freedom, dignity and honorable survival is
democracies are essential in the current enviroment of oppressions and
massive abuses in democracies with Jungle Democratic conditions for
weaker citizens.**

Powerful nations and people may not supervise interior and/or individual/societal norms of
ple of any region of the world. Such affairs of the powereful DO only interfere and strike
DEEP into basic freedom and choices of most affairs of live of people which further cause
unrest WITH THE passage of SOME time…ONLY…. Quoted from . … "J . G's Jungle
democracy & diplomacy for people under oppressions " is now a part of complaints OF
ALL PLAINTIFFS AS ALL SUCH EVENTS AND ISSUES caused some damages to
plaintiffs. AND RESULTING DEMAND OF COMPENSATIONS WORLD
WIDE. +++++ **Background** of democratic dysfunction with Jungle Democratic
virus : "J. D. etc " as political endemic and legal violations on plaintiffs et al and
damages suffered by Plaintiffs and recoveries of compensations in money
values……date of due FILING 1-15-2006 from Saranac Lake, New York
12983. U S A abode of Joe, the unknown mobile priest in search of some
compatible Justice, now a victim of Jungle Democratic dysfunctions around
world, and he is in international pain and staggering and cummulative huge
Damages for loss of human dignities, freedom, for gains of oppressional

"**Jungle democracies**" as harmful events , destructive & abusive othes have grown supreme now. The
powerthis ilpeople/ nations / or superpowers may note fact. It is time to amend. ABUSES ARE ALARMING.



26 Before Full Board of Flan, Commissioners

Workers' Compensation Board, The State of New York , 20 Park Street, Albany, New
York 12007**** Employer's sympathetic rebuttal to claimant MS Nirban Roy SS#113
64 2372 Post trial appeal to decision 3 Judge Panel filed 3.25.2005 full Board Hon
Commissioners WCB N Y State hearing prayed pending

USDC _____

DEFEAT JUNGLE
DEMOCRACY: cat
and mouse doctrine
Of powerful nations
must be
S.O.S. S.O.S.

Kamel Ry
3rd Party
Respondent
(see CPLR)

Kamel Ry

MS Nirban Roy

Please bring back due process of law: provisions of the U S Constitution
are only optionally followed by officers of N Y State and the Union of USA
The Reverend Joseph Geronimo Jr's recently published Mobile electronic and in print
publication "JUNGLE DEMOCRACY…CAT and Mouse Doctrine" to oppress
have not domestic nations by powerful people and by rich nations,the game to
decontrol poorer countries and their PEACE

RHONETTE B. DUMONT
Notary Public, State of New York
No. 01DU5025976
Qualified in Franklin County
Commission Expires August 02, 20

Notary Public

6/1/2007   Rev Dr Kamel
Ry
For Pleintiffs
Rose