

84281-0058

In reply refer to: 0457886626
Nov. 07, 2005 LTR 3734C E0
13-3566618 200406 47 000
18067
BODC: TE

HANDICAP INTERESTS INTERNATIONAL
% JOSEPH GERONIMO JR
PO BOX 1172
SARANAC NY 12983-7173739

Taxpayer Identification Number: 13-3566618
Tax Period(s): June 30, 2004
Form: 990

Dear Taxpayer,

Thank you for your inquiry dated June 16, 2005.

We have received your amended Form 990 and have processed it. No penalties have been charged to the account.

If you have any questions, please call us toll free at 1-800-829-8115.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely yours,

Diane Elm
Accounts Management I

Enclosure(s):
Copy of this letter

In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ________ Supreme Court/ Court of ________________ (Nation/ Country) Civil Jurisdictions . CASE NO.______ Date of filing : 12.28. 2005

soul. But the Nation or State and leaders elected and appointed do often disturb peace of people viz plaintiff, both of physical health. and mental peace, associated with monetary value and materials for sustaining life. Often from Governmental actions people , viz plaintiff damage mental health along with other ills as evils of mischievous attitudes of leaders of State and Governments, viz daily news of US members of armed forces being killed in Iraq or elsewhere due to controversial policy of leaders in Government, and /or civilians abroad of forein origins, being killed due to controversial terrorist _attack and prevention policies, do , all, arouse plain to people ,so did Plaintiff was pained and was mentally damaged and suffered in a daily routine of killings and deaths, as above, These are abusive ways of administration or State and Nation, and court has authrity to adjudge Damages suffered by people interms of awards in Compensations. The is one of the many issues raised for considerations by Jury during trial and Judge who may preside in the action below.,+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

In the International Court of Justice, Peace Palace, Hague, Netherlands. C /O General Postal Delivery Hague. In the U S District Court at N spring St ,Los Angeles, California 90052 / New Jersy District, East State Street, U S Court HouseTrenton, N J / N.D of New York , N Pearl St, Albany, New York 12207 /D.C/ , Washington DC 20001/ U S District Court SDNY, 500 pearl st, New York, NewYork 10007 :: W .C . Board N.Y.State , 20 park street, Appeals office , Albany, New York 12207 /___ ( Complete ADDRESSES of Courts were on ON FORWARDING ENVELOPS and are also Insscribed in some scripts._, Already filed in above Courts world_wide including U.N. ( a Defendant in this Actions) affiliated International Court of Justice, at Peace Palace,

Footer : ~~Complaints filed :~~ In the ~~International Court of Justice, Hague, the Netherlands; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983,,USA;~~

~~E mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins, Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES., OPPRESSIOns Of People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations.

USDC

## From Wikipedia, the free encyclopedia

Jump to: navigation, search

*This article is about anti-competitive business behavior. For the movie, see Antitrus*

**The neutrality of this article is disputed.**
Please see the discussion on the talk page.

**Antitrust** laws, or **competition laws**, are laws which prohibit anti-competitive behavior and to hurt businesses or consumers or both, or generally to violate standards of ethical behavio antitrust laws, and may also be responsible for regulating related laws dealing with consume The term "antitrust" derives from the U.S. law which was originally formulated to combat "bu the term "competition law". Many countries including most of the Western world have antitru competition law.

### Contents

US Anti trust Laws

1 Prohibited anti-competitive behavior
2 Consumer protection
3 Rationale
4 Criticism
5 History of antitrust in the United States
6 Exemptions to Antitrust Laws
7 See also
8 External links
- 8.1 Governmental
- 8.2 Academic
- 8.3 Other

9 References
10 Further reading
11 Historical

Rev. Paul KR
[illegible]
6/14/2007

[edit] Prohibited anti-competitive behavior

A business with a monopoly over certain products or services may be in violation of antitrust all anti-competitive behavior which is subject to antitrust laws involve illegal cartels or trusts,

- Bid rigging - A form of price fixing and market allocation, and involves an agreer bid
- Predatory pricing - The practice of a firm selling a product at very low price with entry into the market for potential new competitors
- Price fixing - An agreement between business competitors selling the same prod
- Tying - The practice of making the sale of one good conditional on the purchase
- Vendor lock-in - Is a situation in which a customer is so dependent on a vendor without substantial switching costs, real and/or perceived
- Geographic allocation - An agreement between competitors to not compete with
- Walker Process fraud - Illegal monopolization through the maintenance and enf comes from the Supreme Court case Walker Process Equipment, Inc. v. Food M

[edit] Consumer protection

Consumer protection laws seek to regulate certain aspects of the commercial relationship be of product quality, requiring the disclosure of certain details about a product or service (e.g., compensation for product liability. Consumer protection laws are distinct from antitrust. Som Commission, which also has antitrust responsibilities. However, many competition agencies Commission Directorate General for competition – lack authority over consumer protection.

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

DEPARTMENT OF THE TREASURY

Date: [illegible]

Employer Identification Number: [illegible]
Case Number: [illegible]
Contact Person: C. MOORE
Contact Telephone Number: (718) 488-[illegible]
Our Letter Dated: December 10, 1992
Addendum Applies: No

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.R. & W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

ADIRONDACK MEDICAL CENTER
Medical Imaging Department

Saranac Lake
Saranac Lake, NY 12983
Phone: 518-897-2340
Fax: 518-897-2380

Name: ROY, [illegible] KARMA
Phys: Thomashow, David F
DOB: 03/31/1934 Age: 71 Sex: M
Acct: [illegible] Loc: [illegible] RAD
Exam Date: 08/30/2005 Status: [illegible]
Radiology No: [illegible]
Unit No: [illegible]

EXAM# TYPE/EXAM RESULT
[illegible] MRI/MRI-SHOULDER WITHOUT CONTRA

REASON FOR EXAM: ROTATOR CUFF TEAR. LEFT SHOULDER PAIN.

MRI SCAN OF THE LEFT SHOULDER:

Multisequence MRI scan of the left shoulder was performed using a 1.5 Tesla unit. T1 and gradient echo axial sequences were performed, followed by coronal oblique T1, dual echo T2, and fat suppressed T2 weighted sequences. Sagittal T2 and fat suppressed sagittal proton density sequences were performed. The plain films of 12/[illegible] were reviewed, these being the most recent plain films in our file.

There are no fractures nor evidence of Hill-Sachs deformity. There are no osseous lesions. There is some osteoarthritic degenerative change evident in the glenohumeral joint. There are subcentimeter degenerative cysts in the lateral aspect of the humeral head, most probably degenerative and adjacent to the rotator cuff tendon insertion site - supraspinatus insertion site. The long head biceps tendon is situated normally, within the intertubercular groove. There are no obvious labral tears.

With respect to the rotator cuff evaluation, there is some impingement upon the supraspinatus by hypertrophied tissue on the under surface of the AC joint and small osseous ridge on the undersurface of the acromion. There is abundant abnormal signal seen in the supraspinatus tendon which appears to traverse the width of the tendon on the T2 weighted sequences and almost all of the width of the tendon on the fat suppressed T2 weighted sequence. There is also a small amount of fluid in the subacromial bursa. There is no true retraction of the musculotendinous junction. There is mild atrophy.

IMPRESSION: FINDINGS ARE CONSISTENT WITH EITHER A LARGE INTRASUBSTANCE TEAR OF THE SUPRASPINATUS TENDON NEAR [illegible] [illegible] OR A FULL THICKNESS TEAR. THIS APPEARS TO BE RELATED TO IMPINGEMENT UPON THE SUPRASPINATUS TENDON BY HYPERTROPHIED TISSUE ON THE UNDER SURFACE OF THE AC JOINT AND A SMALL OSSEOUS RIDGE ON THE UNDER SURFACE OF THE ACROMION.

PAGE 1 Signed Report (CONTINUED)

**In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE The Netherlands, Europe/ In the United States District Court, a of District of __________.**

leaders most most so called democracies treat the elective offices and power for own enrichments and or their groups to share with.The commoners of today may have to employ Trade unin type practices to earn the basic rights of equity and fare treatments from State through leaderships. The commoners'ights to recall elected officials shoul be made easier in democratic process. The penalties for abuses of democratic power should be extended at par common criminals viz sex Offenders, ki and many kidnappers abnd other felons. Leadership abuses and bargains thereof should be made less lucrative. Plaintiffs as victims of abuses of democratic offices felt pains of abuses of electove offices and leaders for decades and such abuses caused damages as such compensations are demanded..

Most regretful developments in Jungle democracies are petty powerfuls do tend to harm lesser privileged people in democratic societies alike abuses of powerful elites.++++++++++ That Democratic life all over the wqorld has become endemically affected with a societalvirus named "Jungle Democracy", as detailed in the following scripts+ (2)No Nation has truly have a singular National identity rather they have truly becom International democratic country, wherin national best interests are sanctioned by Superpower or Powerful International force in theme and on military considerations. Eye a relatively richer Nation I in fact **turned into democratically part controlled by alien powers viz Japan, Saudi Arabia, U. K and many others. Plaintiffs are pained and damaged morally and thus in effect financially Damaged due to conducts in Jungle democratic nature of most defendants along with other abuses havedisciplined Plaintiffs to miserable life and condition and inflicted Damages of huge monetary amounts to be truly determined by a jury at trial. That it is unfortunate that day to day control of Jungle Democraticly inflicted nation like " IRAQ", as the country is like family Partnership Of USA, UNO and selectively elected Government of Iraqee Republic now, the Fate of Mr Saddam Hussain lies with many vested interests, presumably Sadam was a ruthless Dictator, he deserves true if justiceof laws are acceptable ways. Sadam if convicted and awarde death penalty , the Pardendoning or commuting power should lie uniformly with, UNO, USA and any the then Iraqee Government with veto power to each of the three apparently powerful units in matter of life and death sentence on The "Sadam Hussain", now a prisoner of U.S- Iraqui joint jointlycontrolled. To reduce Democratic abuses on Natrional and International platforms . If convicted, Sadam be exiled from Iraq on Internationally supervised exile in a Nation outside Iraq in a country willing to shelter Him.. No sky may fall on people who may like him killed at any cost, rather it maybe international escape from JUNGLE DEMOCRACY TO SOME TRUE DEMOCRATC Ethics in olden standards. Save USA, SAVE IRAQ, SAVE UNO SAVE SADDAM from Jungle Democracy. :::: Civil/Complaint : filed in various Jurisdictions as on 12.19.2005 , for various Damages on different grounds of violations of Laws, as the text of**

Complaints filed : **In the International Court of Justice , Hague, the Netherands; & Other U.S District courts in USA.** The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of Anti_thesis of Democracy named Plaintiff # 1. Dated 12.27. 2005, 107 A Scribner Avenue , Staten Islnd , New York 10301, USA; Mailing address;P O Box 1173,Saranac Lake, New York 12983,.

for Kamal 6/4/07 4/30/2007 12/28/2005 12/29/05 6/15/07

3

**World News from** New york :8.6. 2005 :: Coventional any American U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered::
In UNITED STATES DISTRICT Court, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)

***...tional GODS are definitely superior to Human_Gods, in terms of Faiths, if they are not ornamental to Magical ...rs ( of Gods) and pragmatic beliefs and amended time bases Faiths, as the social and environmental changes do ...t wisdoms of human_animals necessitating amendment of faiths ,generation to generation. The Human_Gods , ...ntly often turn into devils. The death of Americans in Iraq , in Places like in Russian Republic, Afganistan, divided ...mir and AT MANY PLACES OF VIRTUAL WAR AND/OR OPPRESSIONS BY DICTATES OF Human_Gods. Internation... ...munities must once again bring back true patters of Democracy on soils of earth, atleast for our next generations ...PLE to live in freedom and and free from Human_Gods alias DEVILS OF DEMOCRATIC SOCIETY.....QUOTED FROM" ...gle democracy....oppressions...."by joe , the unknown priest sollecting freedom from bondage and slavery of Rich powerfuls, Human_Gods and/or devils of Democracy.***

- ***We are sad to announce that conventional Gods are losing powers to conventional GODS are definitely superior to Human_Gods, in terms of Faiths, if they are not ornamental to Magical powers ( of Gods) and pragmatic beliefs and amended time bases Faiths, as the social and environmental changes do affect wisdoms of human_animals necessitating amendment of faiths ,generation to generation. The Human_Gods , alteradiy often turn into devils. The death of Americans in Iraq , in Places like in Russian Republic, Afganistan, divided Kashmir and AT MANY PLACES OF VIRTUAL WAR AND/OR OPPRESSIONS BY DICTATES OF Human_Gods. International communities must once again bring back true patters of Democracy on soils of earth, atleast for our next generations of PEOPLE to live in freedom and and free from Human_Gods alias DEVILS OF DEMOCRATIC SOCIETY.....QUOTED FROM" Jungle democracy....oppressions...."by joe , the unknown priest sollecting freedom from bondage and slavery of Rich and powerfuls, Human_Gods and/or devils of Democracy.***

***control affairs of Human_animals, and for welfares of living beings, mostly Human_species:The epidemic from ...rus of "Human_Gods" have made modern democracies as new empires of greed;Control by powerfuls, new slavery ...r the weaker section of people/poors/have_nots who are trading their democratic rights for bare necessities of ...rvival of lives. The convetional Gods and ethics must have Incarnations, again, to replace Human_Gods, or ...ny devils, powerfuls enough by manipulations, intelligence, power, money, cateria,etc etc;to interfere ...r democratic rights and freedoms, for true welfare of human_animals civilizations of next generations.***

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers & dictatorial*** *HUMAN_GODs all over the World..* ***Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geronimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

**In the United states District Court, S.D.N.Y, 500 Pearl Street NewYork10007**/ In the **United States Court of Appeals for the 2nd Circuit of New York , NEW YORK 10007; tHE u s district Court . Washington D C; The workers' Compensation Board, N Y State, Albany, New York 12207** ***++++ New York City , October 4, 2005+ : New Delhi, India*** *, early AFTERNOON, 10.4.2004 :: Long live Late Mahatma Mohandas Karamchand Gandhi, of late India+ may be some of the Gandhian peace doctrines of "movement", "aggressions & insurgencies' in vaious parts of world & in many Nations ,viz Iraqi Republic in current violences and civil war may be reduced on application of Gandhian theme and principles* :: /::: **filed** by U.S.P.S mail at Saranac Lake, New York on 10.4. 2005 ( *Pl note that for* Primary of Republican Party *Election for th eNovember 2006 for Governor of the State of New York Kamal K Roy aka* The Reverend Joseph Geronimo Jr *shall contest and shall be only Symbolic Contestant for election as Geronim like 25 population of Entire US, o has no modern machinery to pragmatically win State wide Public Election in the State of New* York **And that is to say that weaker people in U S A have only right to vote for other candidates who later betray most of said former population of U S A ( about 25 % of entire population of U S A , when elections are won by the laters, the intent shall be** to emphasize need of amendments at the electioneering process for weaker people without any legitimate claim and participations in USA Democracy for any truthful and realistic purposes,: Plaintiffs and similarly citizens of void chances of participations in American **Presidency, of USA** now, **to** follow an European way and tradition of honor to exit, when leadership failed. Public opinion polls indicate such truth. Bush is sitting on top of Failures of his Leadership. In Public Interests, he should depart gracefully.He may exit now with less Damages to USA and himself in Books of political History as a doomed President of U S A/In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at U S Court House at Foley Square at Centre Street .That if mr Bush resign during pendency of action or if Jon G Roberts Jr is not appointed as Chief Justce as is /was in **Iraq.+++++++++ Powers may not mend or change path of desirees of freedom with any foreign interfence & force, in assistance of some nationals by organised terror tactics, indiscriminate bombardments of the alien Nation, tortures, jailing of Nationalists , even with superior warfare of Superpowers.( Quoted from mobile electronic version of Jungle Democracy ...Oppressions ... by the powerful/ rich people/crooks/ or smaller blue color or**

**USA may someday in 50 to 100 years may break into pieces like House of Cards, as happened during last decades in Old Pattern U S S R due to civil wars in USA as the Morale of people are being disintegrated of Citizens of USA in diversities , races, diverse cultures and interests, at the top Mosstly political leadership and bureaucracies in Government are mostlt using benefits of diversities in forms of Discriminations of HURRICANE powers. Causing very serious dissents in People.We must be cautioned against this eventualitu.Global, New York and USA incidents of corruptions: Save Democracy and void Jungle democratic Lawless environments world wide.**

**IN The_u.s._ COURT _OF APPEALS for the 2nd Circuit of new york at New York 10007 / Appeal from_ US District Court, SDNY, New York 10007_ decisions of repeated rejections of filing of original civil complaints after amendments and corrections made as per instruction court's clerk, but reportedly failed to meet standards of filings, suggested by by the court officers / U S District Court ............additional submissions. All respectfully submitted as notice appeal. part of appeal brief/ submission to the named court, etc., for grant of appeal process/ Court action pending. all Pro se by Kamal Roy aka Joseph aka "JOE" a poor unknown unkown Priest of 14 Kiwassa road, S 5 G, Saranac Lake, New York 12983 for all Plaintiffs/ Appellants, PO Box 1173, Saranac Lake New York 129 1.7.2006**

ppeal/notice of appeal to ____________ U S Court of APPEALS __for 2nd circuit at new York, N Y 10007 whch clude USDC, SDNY at NY 10007 Date of filing : 2.7 .2006.

Complaints/additional affidavit for case no ______ for filing / for appal /notice of appeal to _.........___.

USDC/

**ethnic minorities like resident ethnic africans/ Algerians :: ethnic and trial Islamic populations on Islamic subsections of religions ans/or Muslims disowned who were left in Bangladeshj during later nation's freedom _stuggles in 1971-72 War with parties as Pakistan, India and East Pakistan' Bengali speaking Populations.; Supreme court, Civil terms, Govt of Saudia Arabia Royal court system, Riyadh, saudi arabia, is named defendants;**

4-28-2007

58

**o weaker people and the member of weaker section in USA : JOE and associations were pained to witness and/or record about neglects by the more powerful authrities viz of USA, ,, The Govt of the State of Lousiana at Baton Rouge, USA for Hurrican disasters at New orleans, for Human neglects. For days and months since beginning of disaster at New Orleans for poors and weaker people beyond color of skin and race barriers of people, only the weaker citizens were denied due help for criminal and civil neglects and plaintiff as individual,in USA, apriest was pained and harmed and his associations did suffer the strike in Governmental odd policies and violations of civil rights of deads at disaster and people living post disaster, in USAin mental pain due to abuse of Powerfuls to weaker sections of people. The State of Lousiana is made a defendant now in this action for justice to weaker people now in heaven or on earth of USA, et al. The Defendants, the GOD/S and Govt of USA were earlier blamed in human rights violations affecting poors, onelike Joe and others. A US lawsuit was filed by US Mail, from Saranac Lake at theUS Court of State of Louisiana at Baton Rouge. USA on 1, 19 .2006 to include civil and human rights allegations for violations on weaker people et al, and damages claimed by the Plaintiffs. Joe has been a mobile priest of People, Gods and Religions for all including unnamed Human_Gods and Democratic_devils in the said Court jurisdictions. The new York times, a defendant in allegations made publicly and in several court papers filed so far until 1.19. 2006 remained as usual neglectful to weaker people in their reporting apparatus and principles to conceal damages to Plaintiffs, poors and weaker section of people in Jungle Democracies.**

4/28/2007

"Jungle democracies" as harmful events, destructive & abusive ethics have grown supreme now. The powerfuls, !!people/ nations or superpowers may note that,.It is time to amend. That Godhood and divinity themes were fairly introduced and now declining

13

Rev Dr Kamal + K Roy
6/6/2007

6/15/07

73



www.canopas.org/opinion.html - 154k - Cached - More from this site - Save

2. Wither the Empire: The Rise of Global Resistance By Omar Barghouti
Opinion Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati Roy writes: ...
aljazeerah.info/Opinion editorials/2004 opinions/July/16 o/... - 48k - Cached - More from this site - Save
3. SLR Opinions
To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/SLRopinions-1.htm - 524k - Cached - More from this site - Save
4. HIMAL SOUTH ASIAN
... comes only with the practice of **democracy**, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati **Roy**. ...
www.himalmag.com/november2001/opinion_2.htm - 58k - Cached - More from this site - Save
5. Opinions-30-Days
To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/Opinions-30-Days.htm - 35k - Cached - More from this site - Save
6. Opinion/Editorial: Wither the Empire: The Rise of Global Resistance
... Al-Ahram, CounterPunch, Znet, Open **Democracy**, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati **Roy** writes: ... of the **Jungle** that the United ...
electroniciraq.net/news/1587.shtml - 54k - Cached - More from this site - Save
7. Newslink
**JUNGLE DEMOCRACY** and **Kamal** Karna **Roy**, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM **OPINION** FARNAN, J. ... **Jungle Democracy** and **Kamal** ...
westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site - Save
8. WHAT IS CPI
But beyond that whatever has happened is a farce of **democracy**. ... Rabindra Nath expressed his unhesitant **opinion** about the song and sent a letter ...
www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save
9. orrin judd
The Democrat governor, **Roy** Barnes, had dared to remove the Confederate symbol ... The 30-Second **Democracy** (Richard Cohen, November 8, 2002, Washington Post) ...
brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save
10. MIFTAH--Wither the Empire - The Rise of Global Resistance
Judging from consistent media reports and **opinion** polls, the rest of the world ... compelling Indian writer, Arundhati **Roy**, expressively revealed, "In most parts ...
www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

12345678910
Next

jungle democracy kamal | Search the Web | My Web (beta)

Yahoo! Answers: Search questions and answers

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

Ex = Relevant Web reference

*vishwa dharma <vishwa_dk@yahoo.com>* wrote:

*vishwa dharma <vishwa_dk@yahoo.com>* wrote:

Re: 9.28. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGE BELoNGed TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL ROY BELONGed TO THE WEaKER SECTION OF our allegedly jungle DEMOCRACY ; IF JUDGE opted or WISHed she Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

Dr Kamal KR 6/6/07 for Plff

74

USDC/

**Post Appeal motion CPLR 4404 for grant NEW / or amended decision for new evidences found since 1-24-1996 and until [illegible] and lawful suspension of [illegible] decision of 3 JUDGES Panel [illegible] AT Board office on 1.24.1996 [illegible]**

[illegible] NY State corrupt Bureaucrats in NY and in [illegible] ." All injustices May be available to [illegible] employment with H I T Inc association for limited wages. [illegible] Graduate in December 31, 1973 from the State University of New York Maritime College, Fort Schuyler, New York city at borough of the BRONX, and with other many academic qualifications in higher studies in USA and abroad. The corruption at WC Board continued to damage pleasure of bodily survival of Claimant. On an appeal to the WC Board, N Y State, further to refusal of Judge Jeffrey D. Romeo, At WCB at Saranac Lake New York 12983, Although I told Judge Romeo in presence of a court reporter report a court Reporter that I did submit all necessary documents ordered by 3 Judges Panel in 1996 to give a chance to prove my claims, but the illegally stopped payments for the 1983 and 1993, 2 injuries were approaching a decade without due process of Laws as no fraud as claimed by Insurance companies were ever proved or investigations were, if any at all requested except One Borrowski, CPA audit report claimed that no employer existed or employer had lawful existence, the report was supported by many S I F et al attorneys, with lot of stupidity on their part as a duly constituted Multinational social reforms and religious reforms Group was not visible To such persons. The crooked attorneys of S I Fund screamed for incorporation paper and Bonafides of employer, in fact the incorporation papers in original or Dept of State certified along with xerox copies were produced to SI Fund, Wokers' Compensation Board since or before 1996 panel of Judges decision of 1996 and filed on 1.24. 1996. Corruption in state sponsored commercial business are plenty in 3rd world Governments

There is nothing wrong, immoral or illegal about to look back into any episode & action of a State, people, Nation, or individuals if complaints develop in Public which potentially damaged interests of even unknown /any citizen of a Democracy in Globe.

Rev Dr [signature]

75

Case 1:07-cv-00021 Document 1-3 Filed 07/27/2007 Page 11 of 20

**World News from** [illegible] **2005 :: Conventional and American/ U.S GOD was** [illegible] **Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventional God in US/India failed to control civil_ damages_& individual Plaintiffs suffered:**
**In UNITED STATES DISTRICT Court, SDNY, 500 Pearl st, New York, N.Y 10007, US.(CIVIL)**

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* [illegible] *rulers* [illegible] *dictatorial HUMAN_GODs all over the World. Conventional GODS and divinity concepts* are definitely superior [illegible] Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths, [illegible] **Raise SLOGANS** world_wide that "WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geronimo Jr, aka kamal Karuna Ray Priest ( a Plaintiff)** of newer people from tomorrow. TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy_Oppression by rich and powerful People/ Nations to weaker People/alien_et al" by Geronimo. The fact most Defendants either violated laws and caused civ[illegible] rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or chief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff H I I world Religious Group suffered for loss of recognition by most of defendants. So damages are claimed as described below and above by a jury Trial.

153

19-L In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ______ Supreme court/ Court of ______ (Nation/ Country) Civil Jurisdictions . CASE No. ______ Date of filing : 12.28. 2005

Quoted from Jungle Democracy, cat and Mouse doctrine and syndrome of powerful Nations/ PEOPLE for perpetuating ++++++++ Damages due to misconducts of people, social elements or even a Government are evidenced to weaker people in any Democracy, when such faiths are manipulated by powerful elements of a Democracy. Pains, Disasters and Damages are mostly remain without compensations for decades or even of expiry of life Cycles. Quoted from JOE,s Jungle democratic anti principles and human disasters (2). Some faiths are inherent qualities in leadership and people to survive

with dignity and etiquette of democratic norms. Democratic people mostly the coomers and have nots tend to trust leaders without access to qualifications of leaderships, thus often they receive deceptions in public treatments whenever help is essential for basic survival. Many democratic leaders most most so called democracies treat the elective offices and power for own enrichments and or their groups to share with. The commoners of today may have to employ Trade unin type practices to earn the basic rights of equity and fare treatments from State through leaderships. The commoners ights to recall elected officials shoul be made easier

in democratic process. The penalties for abuses of democratic power should be extended at par common criminals viz sex Offenders. and many kidnappers and other felons. Leadership abuses and bargains thereof should be made less lucrative. Plaintiffs as victims of abuses of democratic offices felt pains of abuses of electove offices and leaders for decades and such abuses caused damages as such compensations are demanded. by all Plaintiffs from Defendants Combined for their Joint massive infringement of Laws & Violations and oppressions on Plaintiff Kamal & his Lawful Agencies

Footer : ~~Complaints filed : In the International Court of Justice, Hague, the Netherlands & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above-marked The Reverend Joseph Geronimo Jr /aka/ Kamal K Ray All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of Anti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 167 A Scribner Avenue, Staten Island, New York 10301, USA; Mailing address : P O Box 1173, Saranac Lake, New York 12983, USA;~~

~~E-mail; [illegible]@hotmail.com ; tel. (U S A) 518-891-5466, 316-276-6001.~~

➢ GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths, which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONs OF People" ; QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, 12.28. 2005 New York City, USA and world wide Locations.

4/28/2007 Rev Dr Kamal K R B 6/16/2007 for Plaintiffs (Pro se)

(77)

Workers' Compensation Board, The State of New York, 20 Park Street, Albany, New York 12207 [illegible] claimant MS Nirban Roy SS# 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 [illegible] 3 Judges Panel filed 3.25.2005 full Board Hon Commissioners WCB [illegible] pending.

USDC

[illegible] the U S Constitution [illegible] by officers of N Y State and the Union of USA [illegible] recently published [illegible] electronic and in print [illegible] "SINGLE DEMOCRACY ... CAT and Mouse Disease" [illegible] by powerful people and by rich [illegible] their PEACE

Original

Notary Public, State of New York
No. 01[illegible]
Qualified in [illegible] County
Commission Expires August 02, 20[illegible]

Notary Public

Rev Dr Kamal Roy
6/1/2007

78

USDC / Guam

8-2 177

In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ______ Supreme Court/ Court of ______ (Nation/ Country) Civil Jurisdictions . CASE NO.______ Date of filing : 12.28. 2005

office: UPS Store/ MBE store: Debbie, owner/Franchise Broadway . Saranac Lak, N Y 12983

USDC

elsewhere outside Saranac Lake NY 12983 ;The New York Times English Daily Newspaper

West 43rd st, new York, New York 10036 & elsewherein Usa: The New York State Insurance

Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co, P O Box 0466, Albany, New York 12201; Us Dept of Justice, Justice Dept Headquarters, Washington D.C , Hon George W Bush U S A President, The White House, 1600 Pennsylvania ave, N W, Washington D C 20500 ; Hon Dick Cheney , Vice President U S A and The

(8)

President of the United States Senate, Capitol, Washington D C 20500 ; The Workers' Compensation Board, State of New York , 20 Park Street, Albany, New York 12207 ; Govt of U.K, c/o U K Prime Ministers office, 10 Downing Sdtreet, London U.K; The Judicial system of Iraq as of now on 12.28.2005 c/o & by Govt of Iraq, Baghdad, Iraq; The Hon Gov,. Pataki, New York, State, Governor's Executive Mansion Albany, New York 12207 More defendants may be named as per FRCP with court's permissions, et. al, ( 64 NOS ) Defendants - see full Full List from Pages marked 1A to 1 G, beginning next page in this script.

Defendants from next pages : 1 A to 1 G .. ..then page 2 for continuation of scripts. Total 30 pages of Complaints + marked Exhibits + poor person's petition to file without pre_payments of f ees.**GROUNDS of Litigations : Civil and Human Rights Violation : violation and neglect in take lawful actions of Government parties as Defendants on multiple and

Footer : ~~Complaints filed : In the International Court of Justice, Hague, the Netherlands, & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Ray All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A mi_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;~~

~~E-mail; vishwa12@hotmail.com ; tel (U S A) 518 8916466, 315 275 5001,~~

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths, which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONS OF People" : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, 12.28. 2005 new York City, USA and world wide Locations.

JGJr 12-28-2005

Rev Jr Kamal Ray 6/6/2007

(79)

to above matter, a US President is U$ Hours/7 days of the week, under oath to tell and serve people of USA truthfully, which he violatyed, and plaintiff and other citizens as shown by US National opinion polls, that he lied to PUBLIC in matter to pre_war intelligence

(2) That we people are aware beyond doubts,

& time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion oriented, although major powers love to declare themselves as secular, but christianity in diverse shajes dominate major power blocs thes days. Some Hundu reigns make major problems to non Hindu minority in every possible way, Hindus may not admit but in effect the nation may not be secular for practical purposes secular Nations prefer to wear masks to cover their feelings towards minority. It is very sad sign tonote that Christian dominated nations and many of their population of citizenry love withou disclosures in Public the Islam faith based nations generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi_faiths and plurality of religions, and preferrably The God s notions must be made democratic beyond religious faiths .The power and liability of any God of religious followings .in multiple afaiths, can be reviewed at span of say 50 years for adjustments with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of social and religious leaders . ecology, etc etc pertaining to groups of Human_animals' democratic patterns of updated live_style. Gods concepts.

++++++++++(1)+ VIRUS CONTINUED : I am so harmful to human developments ,but I have developed in last centuries, a special love_hate relationship with the most powerful people in any Democracy and they all are my favorites and such people favor me as well very conveniently in

Footer : ~~Complaints filed : In the International Court of Justice, Hague, the Netherlands, & Other US District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue, Staten Island, New York 10301, USA; Mailing address : P O Box 1173, Saranac Lake, New York 12983, USA;~~

~~E-mail; vishwa12@hotmail.com ; tel. (U S A) 518 8916466, 315 276 6001.~~

≥ GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONS OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations.

7-2 172

In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ______ Supreme court/ Court of ______ (Nation/ Country) Civil Jurisdictions . CASE No.______ Date of filing : 12.28. 2005 Hague, Netherlands, Europe.______ Kamal Roy aka The

The Reverend Dr Joseph Geronimo Jr 107 A Scribner Avenue New York 10301, a Mobile Clergy and part disabled administrative and Strategic planner Fakir/ Priest of GODS, PEOPLE , Religions and Social redevelopments do solemnly swear GOD_THEME as " WITNESS_ GOD" and words in oririent to be written as "SAKSHI GOPAL"+the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to Plaintiffs , et al.

(7)

USDJ → Defendant

++

Short Title of the civil action : given at beginning &elsewhere)

"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by (IRS) 133566610

V.

The State of New York c /o N.Y.S Attorney General, 12a Broadway, New York . N.Y 10271. : U.S.A Government c/o U S Attorney General, JUSTICE DEPT. Headquarters .. Washington . D C: The U N O., New York City, Manhattan.. N Y: Govt of,

India . New Delhi, India : Govt of West Bengal, writers' Building, Kolkata . West Bengal.,

700001. West Bengal, India : City of New York . c/o Corp Counsel, 100 Church Street. New York. NY 10007: CINGULAR Wireless aka Cingular Albany New York & elsewhere: HSBA Bank . Main street.. Saranac Lake, N Y: Harrietstown Housing Authority and Debbie Zerrahn . Housing Assistant 14 Kiwassa Road , Saranac Lake N Y 12983: Citizens Bank, Saranac Lake at Broadway near Post

USDJ

3rd Party Defendants

Footer : ~~Complaints filed : In the International Court of Justice, Hague, the Netherlands, & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A anti-thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983,,USA;~~

~~E-mail: visiwa12@hotmail.com ; tel. (U S A) 618-8915466, 315-276-5001.~~

GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religions faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions. of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES, OPPRESSIONS Of People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations.

Rev Dr Kamal KR 6/1/2007 JGJr 12-28-2005

(81)

JER REVENUE SERVICES, LLC
AS SERVICER FOR THE NYCTL 2005-A TRUST
6 DEVINE STREET, NORTH HAVEN, CT 06473
TOLL FREE PHONE NUMBER: 888-783-8250
INVOICE

3rd Par Defendant is Welfare NY City Defendant 65 abuse

Tax Lien Certificate Date: 07-27-05
JER Account Number: 051-30375
BBL: 5-00042-0067
Commonly Known As: 107A SCRIBNER AVENUE
Prepared Date: December 13, 2006

Each lien owned by an NYCTL Trust has a unique JER number and a single NYCTL Trust may own more than one lien. The payoff quote below is only for the specific JER number referenced above.

If foreclosure is commenced after the date this payoff quote was prepared, legal fees and costs may be due that are not reflected below. If a foreclosure has already been commenced, an estimate of legal fees and costs is included below. Omission of these fees and costs will not absolve them from being due and payable. Actual legal fees and costs may be different than the estimate.

| | TOTAL DUE |
|---|---|
| TAX LIEN BALANCE AS OF 12-15-06 (*see below) | $3,955.74 |
| LEGAL FEES AND COSTS (estimated): | $15,509.50 |
| TOTAL DUE:12-15-06 | $19,465.24 |

power of city Govt

* The Tax Lien Balance may consist of unpaid real estate taxes and/or water and sewer charges and/or other property related taxes and assessments; it includes a surcharge and advertising fee unless prohibited by bankruptcy law and it includes all interest on said charges accrued through the date specified.

All payments must be sent to the Trust's payment processing center at the Bank of New York. Please follow the directions in the attached Payment Delivery Options form when making payment. Failure to follow these directions may delay the crediting of your payment resulting in the accrual of additional interest. The lien continues to accrue interest until the payment is received and processed. No correspondence other than the Payment Coupon below and the attached Discharge/Overpayment Form should be included with payments sent to the payment processing center. All payments which are less than the entire outstanding indebtedness shall be partial payments, notwithstanding any correspondence or notation to the contrary.

1 Li Tax lien abuse

Should you have any questions, please call JER Revenue Services, LLC, Servicer to the NYCTL 2005-A TRUST, at its toll free number, 1-888-783-8250.

property is owned by Plaintiff

JER REVENUE SERVICES, LLC IS ATTEMPTING TO COLLECT DELINQUENT MUNICIPAL OR COUNTY TAXES, ASSESSMENTS, FEES AND OTHER CHARGES AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS LICENSE #1057895

PLEASE RETURN THIS PORTION WITH PAYMENT

| JER ACCOUNT # | LIEN# | CLIENT REF# | DATE OF PAYOFF | TOTAL DUE |
|---|---|---|---|---|
| 051-30375 | 222313 | 5-00042-0067 | 12-15-06 | $19,465.24 |

NYCTL 2005-A TRUST
Church Street Station
P. O. Box 11330
New York, NY 10286

Assn H.1-WR

(32)

4. Do you have any money, including any money in a checking or savings account? If so, how much?

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No ☐ Yes, ______

List the person(s) that you pay money to support and the amount you pay each month.

Do you pay for rent or for a mortgage? If so, how much each month?

$181.00 per m in ORS subsidized Housing

State any special financial circumstances which the Court should consider.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this ______ day of ______

(signature)

REV. 12/2001

83

Defendant
6/6/2007
84