The W C Board, N Y State, Albany, N.Y.12207 / In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 [illegible] action, "Jungle Democracy , Cat and Mouse Doctrines ...oppressions by rich and powerful [illegible] ..." [illegible] by Joseph Geronimo Jr. / [illegible] INTERNATIONAL, P O Box 1173 Saranac Lake [illegible] plaintiff/ Sole appellant on Poverty [illegible] New York [illegible] N.Y State [illegible] on Nov 2 [illegible] PO Box 1173, Saranac Lake, New York [illegible]; plaintiffs/Petitioner as sole appellant V.... The State of New York, [illegible]

[illegible] ... However the plaintiff/appellant Geronimo may not have any reason to [illegible] ide that USA justice system may not be behind other countries of developed or underdevelopped economies of the Entire world. ..Current appellant Joseph Geronimo .. Sole appellant on poverty clause of appeal .. see frap vs. The State of New York, Govt of India, Govt of West Bengal, India, The USA Govt, Washington DC ( total Nos 56 Defendants/ appellees et al.nmow world wide for violations of civil and humanin rights to appellant Geronimo Jr et al at many places Gobally, beyond Boarders...oppressions contimed when appellant moved Globally from one to another continent, one country to another country. Powerful ,not a democratic rule in any country decide fate , concerns, prayers of most weaker people world wide. Appellant is sorry to report that most Democracy is 75 % adulterated with prnciples of " Jungle Democracies world wide.+++ All members of News Community world wie and members of Religious public or any living soul are invited to attend a religious Seminar at Saranac Lake. ADIRONDACK MOUNTAIN AREA about 350 miles from New York City at Upstate New York about 90 miles from Montreal city, Canada ; sout 155 miles from Albany , New York. Ar Mamie Hogan social Hall, Harrietstown Housing Authority, 1st floor 14 Kiwassa

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Democracies. All respectfully submitted for grant of prayer / [illegible] Plaintiffs-Appellant (sole) the Reverend Joseph Geronimo Jr [illegible] ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 Title of action ; "Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 ; Kamal Kumar K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa M Roy ; chief editor, Jungle Democracy...etc , Non Acting Executive Officer, Handicap Interests Intl - W R Group( [illegible] ) ... New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 , Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V.....The State of New York, Albany, N Y); Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west Albany, New York 12205; [illegible] New York at ; [illegible] NY State , [illegible] civil rights/human rights [illegible] as they had behaved as [illegible] within color [illegible] Jungle Democracy of New York State,as virtual within color [illegible] Hon Judge John G Roberts Jr [illegible] court [illegible] Hon. President of U S A George [illegible] The U S Senate, Capitol, Washington DC W Bush ; The U S A, Washington DC; [illegible] N Y ; [illegible] The U S Dept of Justice, et. al ,. washington ; [illegible] N Y 12983 ; The New York Times ,NYC, N Y, U S [illegible] 1600 Pennsylvania Ave, NW, DC ( 2 ) THE (Hon) Hon. GEORGE W BUSH , U S A, C/O THE White House, [illegible] Washington DC 4 . Hon John G. ROBERTS JR Washington DC 20500 3 The United States Senate, Capitol, Washington dc: Filed copy with the [illegible] Appellate Court Judge, (50 yrs. approx.) c/o The white house, Washington dc [illegible] NEW YORK 12207 defendants/ appellees ( [illegible] Y State, office of [illegible] ALBANY, NEW YORK 12207 [illegible] and sole appellant Fr Geronimo Jr is (now a total of [illegible] Civil/Human Rights of plaintiffs [illegible] Human Rights Violations: L. Sam Jr appellate now on poverty clause [illegible] background of civil and human [illegible] as an ASSOCIATE JUSTICE, court Judge, [illegible] process , the defendant [illegible] at The supreme court of USA. Confirmation process was pending, [illegible] at Franklin County New York State

Registered Republican, Board of Election, at Franklin County New York State :: a registered Clergy in New York City Clerk's office, 1 Centre St, New York City , NY 10007. All are invited

# Title : "jungle democracy .. Cat and Mouse doctrine ...oppressions Of rich and powerful to weaker people ..."

an electronic book and hard copy editions Publisher : Reforms International : By Rev Lisa Roy : Chief Editor and World wide part disabled mobile and stationed priest at places as required. et al., plaintiffs/appellant ISSUE : Courts may not refuse filing of legal violations and grievances against Us GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s Constitution guarantees filing such GRIEVANCES TO ANY Government for securing Justice for United States Citizens. The District court mU.S vioalated US constitutional guarantees to Citizen/Plaintiff/ sole appellant no poverty clause : May be the U. S Supreme.Court may have to decide resolution of the issue raised by the Sole appellant now, Joseph geronimo jr, a disabled unknown priest looking for US Justice but he found etreme

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Democracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

The Rev Dr 12/22/06 Roy Kamal K Roy 12/22/06 12/28/06 Jr appellant (Pro se) 6/6/2007

86

World Name from New York ... :: Coventional any American/ U.S GOD was made Defendant like any non_individual or corporate Defendants, in a Civil action in USA; as any conventional God in US/India failed to control civil_damages, & individual Plaintiffs suffered::

In UNITED STATES DISTRICT Court SDNY,500 Pearl st, New York, N.Y 10007, US.(CIVIL)

Additional Affidavit and/or additional complaints, see FRCP:: U S Federal, NYS Laws, Indian public laws violations & civil rights violations in USA & India_world_wide and damages to plaintiffs: ...ad_based Court actions:: New York ... 2005:: "JUNGLE DEMOCRACY....OPPRESSIONS..", et. Al, ... (5 ..., so far)... Plaintiffs , v. New York State, USA et al (48 Nos. so far ) ..Defendants (list attached as in ...owing pages)

Civil Action Complaint/ affidavit was duly submitted on 7.18, 2005 by priority Mail, U.S.P.S at Saranac Lake Post ...e at ZIP CODE 12983 under receipt from P.O addressed to Hon. Chief Judge of the above court fee was paid in US Postal ...ey order $ 155.00, The filing fee is being $ 250.00, balance $ 95.00 in enclosed :: corruptions_civil_complaints_additional ...davits_New York : 8.4. 2005 ** Jurisdiction s /Civil and Criminal actions filed on 7.21.2005 amended WITH: THE ...TED STATES DISTRICT Court, SDNY, New York, N.Y 10007. usa, as white color crimes took place by mostly bureaucrats of N... ..., and Gov George Pataki N.Y State Governor et al. in many Area, Joseph is a mobile priest at New York Manhattan areas ...ugh very sick and disabled. A has is a registered clergy with City Clerk ,Manhattan New York, a victim of auto ...ident at FDR drive in New York County, N.Y , while at job on June 7, 1993 et al. DOCKET ______

... JUDGE ; HON ______ Jury trial demand US federal Laws and Civil rights violations of Rev Lisa ... Rev, K Roy now lawful residents of USA. The defendants are multiple. The individual plaintiffs are victim of ... USA and India as the protectors of Laws i.e Governments are formed of people , many of them are less ... perfects and violative of Laws. Even individual Defendants did take the example of abusive Governments and ... as method to employ violations and easy target of weaker plaintiffs as targets of oppressions. All defendants ...fully or partly responsible for violations of many laws ,which caused damages due to civil right violations. In a ...ilar fashions violations of Laws caused problems for non individual Plaintiffs to suffer damages recoverable from ...endants in compensatory and punitive damages. Corrupt systems of Governments are not fully corrupt as all ...stituent of it , the people who make the Governments are at many times are dutiful, disciplined and we may not be ... to complain about them. God (AMERICAN, US I was made a defendants as the conventionalGods and divine ...tems made by people including defendants made Gods lesser and lesser effective in our faiths so the social ...ystems has been painful for commoners to survive. Individual plaintiffs are ordained clergy, ...y demand the defendants and/or any devout of current divine system or a clergy or anybody ... defend , the defendant , anmy american God or US God, preferrably if not human_God and/or ...emocratic devil.

And former resident in India when legal violations under Indian Laws commenced and now continuing

*******The Reverend *Joseph Geronimo Jr ( U.S based Priest in struggle with powerful but ...ti_people & jungle democratic or optionally democratic Administrations, & run with influence of ...uman_Gods and /or democratic Devils World_wide)_aka_ the reverend K Roy , Author of some book ...ublications both in hard copies and desk_top electronic Publications in American foreign Languages viz ...dian English, Hindi, Bengali , as well as U S style English language , however the author being disabled

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the assumed rulers & dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts* are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths.. **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geronimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ... rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

(4) 6/11/07 In the USDC /SDNY Guam
To Chief Judge USDC SDNY NY, NY 10007 COMPLAINTS
(2) Venue: USDC/SDNY
(3) ORIGINAL (4) Affidavit sworn before Notary Public ... page ...
(4) Individual Plaintiff are now residents in USA
on 7/21/05 ... 4:30 pm
under penalty of perjury I Dr Rev Kamal K Roy 14 ... Rd ... 12983 swear
Reaffirmed on 8/10/2005 ... in the name ... etc. (Plaintiffs)
Lisa N Roy 7/21/05
Rev Dr Kamal K Roy 6/11/2007 3/22/06
Rev Dr Kamal K Roy 6/12/07 For Plaintiffs (Rose) all by Rev K K Roy
(87) (87)
(5) Pursuant to US Constitutional Amendment I ... U S men/women ...

USDC

That: We the people's pursuant US constitution are div in groups & various
That USA Fed Courts (Govt) may be & interconstitutional assessed punitive Damages / Compensatory Damages for wrong and anti-people statements in opinions of courts (see referred court actions (Dozens) available in US records as matters of public records in USA, The Rev Dr Kamal RK Roy as author of the civil actions in highly patriotic US citizen, was born in Guam but was early age orphan and 50% unlucky in Democratic freedoms and suffered harms, pain, Damages worth 10 Ten Trillions of US $ as the price of Loss of right to free speech/expressions due to misconducts of Courts in opinions about plaintiffs as US citizen and/or Associate Member (1st amendment, US constitutional right of US citizen) Jury may decide amounts Ten Trillions US $ or less as is Legal during T...

USDC

Relevant

The Rev Kamal KRoy 5/19/2007

Dr Kamal 6/19/07

88

28

Complaint to ...

steve.carbone@wcb.state.ny.us; toieditorial@group.com; tvnews@vsnl.com; washington@nytimes.com; emailnewsletters@usatoday.com; ethics@dos.state.ny.us; foreign@nytimes.com; vishwa12345@hotmail.com; dhurjati97@rediffmail.com; gargi6819lahiri@yahoo.com; web@us.doj.gov; webmaster@dawn.com; cm@wb.gov.in; cmdelhi@res02.gov.in; jaytc@unicel.com; conedit@ajc.com
Cc: ptidelhi@pti.org.com; senator@biden.senate.gov; imckinstry@pressrepublican.com; karna_roy@hotmail.com; kamaroy@netescape.net; spscbkol@cbi.nic.in; state@ny.us/governor; stockholmweb@state.gov; support@themoscowtimes.com; tanya4u@mail.ru; tlfreepress@yahoo.com; vishwa_68@hotmail.com; vishwa_dh@yahoo.co; webmaster@unicel.com; agentservice@mostchoice.com; apsc@immi.gov.au
Sent: Thu, 21 Sep 2006 12:24 PM
Subject: Re: 9 .21. 2006 IN ORIENT & AS DT IN WEST/WORLD :: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Cri

9 .21. 2006 IN ORIENT & AS DT IN WEST:: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Crime fighter AS CURRENT ATTORNEY GENERAL in New York IS possibly a victim or A beneficiary OR BOTH ,DUE To corrupt practices in New york Governor/ US senate race etc in New York State , Nov 2006 general election. Jungle democracy publications chief author Rev Kamal k k Roy aka Joseph geronimo jr american (US clergy, possibly a victim of corrupt practice in ERlection in New York state Nov 2006 General election*** To all authorities in India/USA : Pl ARREST 4 (FOUR) LAHIRI'S, Mrs Anuka Lahiri 70+ , Gargi Roy (Lahiri) 40+ , w/o mr k k roy new york, Dhurjati, et al 1 R n Tagore rd, krishnagar ,Nadia dist, w.b, India,, ALL CRIMINAL FOR VIOLATION

9 .21. 2006 IN ORIENT & AS DT IN WEST:: ***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT COURT dELAWARE DISTRICT, WILMINTON, usas*******World news :: Corruption in electioneering in New York state, U S A. . ELLIOT SPITZER A GOVT Crime fighter AS CURRENT ATTORNEY GENERAL in New York IS possibly a victim or A beneficiary OR BOTH ,DUE To corrupt practices in New york Governor/ US senate race etc in New York State , Nov 2006 general election. Jungle democracy publications chief author Rev Kamal k k Roy aka Joseph geronimo jr american (US clergy, possibly a victim of corrupt practice in ERlection in New York state Nov 2006 General election*** To all authorities in India/USA : Pl ARREST 4 (FOUR) LAHIRI'S, Mrs Anuka Lahiri 70+ , Gargi Roy (Lahiri) 40+ , w/o mr k k roy new york, Dhurjati, et al 1 R n Tagore rd, krishnagar ,Nadia dist, w.b, India,, ALL CRIMINAL FOR VIOLATION

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

- Yahoo!
- My Yahoo!
- Mail

**World News from New york :8.6. 2005 :: Conventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered::**
**In UNITED STATES DISTRICT Court, SDNY,500 Pearl st, New York, N.Y 10007 , US.(CIVIL)**

***Judges of Workers' Compensations Board alleged to have violated criminal and civil laws to harm and damages to Plaintiffs.***

******* FRCP and CPLR Motion & Mobile affidavit # 58, A & B , C,dated 7. 28 .2005 for new decision for evidences found since Post appeal filing with WCB, NY State , decisions filed on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy as # 570004300 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Naudeau, H B, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005.***

***Jurisdiction s : USD Court SDNY,New York as white color crimes took place by mostly bureaucrats of NY State, and Gov George Pataki NY Governor, et al in adny Area, Joseph is a mobile priest at New York Manhattan areas, though very sick and disabled. A he is a registered clergy with City Clerk , Manhattan New York, a victim of auto accident at FDR drive, while at job onJune 7, 1983 et al***

Address of All Plaintiffs . P.O Box 1173 Saranac Lake, N.Y 12983 Ph 518 8919408 & cell ph 315 278 9881 U.S.A.

***E_mail : VESNHK12@hotmail.com***

That 7.21. 2005 4-30 pm

***Civil right violations of US citizens and dishonor inflicted on US non profit smaller corps and associations. Defendants were careless maintaining laws pursuant to Laws and U.S constitution as per their oath to office, or they were engaged in violations of many laws of USA or parties like the York York crimes often ignored social responsibilities and made false propaganda/ advertisements for their Publications to make sufferings of plaintiffs worse. As Plaintiffs suffered many losses not fully evaluated in money terms, Jury may make lawful awards though minimum amount demanded has been quoted in scripts below or above.***

***Demand damages: 50,000 US $ to US $ 300.00 Millions in punitive and compensatory damages. Jury Trial Demanded & prayers to issue court order for criminal investigations in violations alleged byGovernment entities and individuals***

We send As there are no active Court actions are pending ***with prayers to order of court to US Law and enforcement authorities to investigate criminal violations by any/all parties under all criminal Laws of of Usa as the plaintiffs failed all efforts*** Plaintiffs feel that violations are global and corrupted by Principles of Justice ***Made to such authorities in past and so far.*** DEMOCRACY .~ Oppressing weaker ...

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers & dictatorial*** *HUMAN_GODs all over the World..* ***Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths, 2 **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geronimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy..Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

(1) So USDC /SDNY,NY,NY 10007 to compete by Court to decide damage to Plaintiffs Who suffered With misconducts of Defendants

4/24/2007

3/24/2001 K Roy Petitioners for all Plaintiffs

**IN The_______________ COURT ________Jurisdiction / Country ______**
**Civil/Complaints / Appeal _____ :**

ı thé U.S. District Court, for Texas at Austin Texas appeal/notice of appeal to _____________U S Court of PPEALS _____________Texas USA for the Middle District of state of Louisiana ,at Baton Rogue , LA, Louisiana, LA, USA ( ) : a ed at different Jurisdictions for different violations in the Same :Jungle Democracies including at following Jurisdiction : U .S District Court, various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201,/ Middle District for the St Luisiana at Baton Rouge LA , USA .any other courts where part but different reiefs have been prayed have been noted in below scripts. Dat filing : 1.27.2006

Complaints/additional affidavit for case no _______ for filing/ for appal/notice of appeal to ___________court/ to the Court of appeaos Circuit ___at Texas, USA

++++++++++++++++++++++++++++++++++++++++++++

++++++++++++++

**Short title of the Civil action / COMPLAINTS :**

**"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Superpower to all weaker people/ Nations ...etc " EIN & Tax exempt I.D # ( by IRS , U S A ): 133566610. Plaintiff is a legal entity, an electronic and hard copy book volume by Joe, the priest, amember of weaker people and commoers In the JUNGLE DEMOCRACY in world , NOT LOST BUT SEVERELY DAMAGED IN TERMS OF EQUITIES AND MONEY, BUT WITH DEMOCRATIC & MORAL WISDOM TO STRUGGLE TO SURVIVE TILL END U IN SLEEP IN OBLIVION OF Nature, with God/s in witness or Sakshigopal (A hindu kind God/deity who can presumably witness but who doe not ever/ can not act/react for resolutions to any problem whatsoever of the faithfuls ) et .al. ( 5 )....Plaintiffs**

**v.**

**The State of New York c /o N.Y.S Attorney General, 120 120 Broadway, New York , N.Y 10271, et al.. (76). Defendants : pl see lists from pages -1 a to -1 –i. Note : a poor persons affidavit duly signed in ink and dated is enclosed for waiver of filing fee or prepayment of fees of Court. A Cousel may also be appointed by court if granted by court for proper proceedings in Court, as the plaintiff,individual and his association in USA I is unable to bear cost of bonafide attorny as the individual plaintiff JOE is poor, part disabled and he has been a priest on vow of poverty and he was poor all along and he curently receives S S I payments; pl see letter from S S Admn. USA. Lists of defendants and Plaintiffs as full from next pages, marked ..... to ..... along with major citations of violations against each of defendants. More affidavitsmay be filed with court's order anytime in next filings. More over Marked Exhibits # may reflect some detailed information on violator of laws as the captioned defendants et al. as of now 76 in number, and Five Legoal named Plaintiffs. # I Plaintiff is a legal entity , & able to file action as an unincorporated non profit Tax exempt association with EIN 13-3566610 of (USA): All plaintiffs by Kamal aka "Joe", the priest /aka /the Reverend Dr Joseph Geronimo Jr , MBA, (State University of New York**

"Jungle democracies" as harmful events , destructive & abusive ethics have grown supreme now. The powerfuls / !people/ nations 6 or superpowers may note that, It is time to amend. That Godhood and divinity themes were fairly introduced but failing ,for now

96 3

ı the U.S. District Court, for Texas at Austin Texas appeal/notice of appeal to _____________U S Court of PPEALS ____________Texas USA for the Middle District of state of Louisiana ,at Baton Rogue , LA, Louisiana, LA, USA ( ) ; a ed at different Jurisdictions for different violations in the Same :Jungle Democracies including at following Jurisdiction : U .S District Court, various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201,/ Middle District for the Sta Luisiana at Baton Rouge LA , USA .any other courts where part but different reiefs have been prayed have been noted in below scripts. Dat filing : 1.27.2006

Complaints/additional affidavit for case no _______ for filing/ for appal/notice of appeal to ___________court/ to the Court of appeaos Circuit ___at Texas, USA

**Marime College, Brona N.Y City, USA, ACAPA (Graduate school, Washington DC , D.D (Doctorate in Divinity ) PH.D. ,the part disabled on vow of poverty, detailed below.**

**Plaintiff do swear that equlies are back boe of an Democract.interests and equal treatment for any weaker section of people in Democracy as a society generate weaker section of people In any society of Jungle Democracy of even in a so_called apparently good admn of rule of democracy. The govt of City of New Orleans with African_american leadership in admn are partly responsible for ungraceful death of hundreds in New Orleans during trheKatrina Hurricane disaster and flooding in the city, damaged heavily , damages of property and livesdid occur to many especially weaker people in the city with democratic rule. At New orleans with lives and property damages, harmed weaker people more severely. So plaintiffs were morally pained , harmed and damaged.The Govt of City of New Orleans, now is a DEFENDANT #75 in this acton,**

.+.( Total 76 Defendants,( as on 1.21. 2006 ) ( lists from pages marked 24 – 1 A TO 24 –1 G ,APPEARING AFTER PAGE 24. +++++++. **Defendant # 72 : The Govt. of State of Lousiana, Baton Rough , LA Defendant #73 Vincent Macca, a UI divn Hearing Representativ , at Buffalo office of NY Sate Dept of Labor, Buffalo, New Yori in 2001-2002 who gave utterly false statement under oath to Admn Law Judge Ms Cathrine Brown, at Niagara false hearing in a related Unemployment Insurance Hearing during 2000-2002 claim case, when the later Judge as a constitutional officer of N Y Syaye and USA wrote a decision based on falsifying testimony of a claimant U I Benefit under dpt of Labor rules. Defendant #74 is hon'ble or pendingHon'ble till Justice become known to the affair : Ms Catherine Brown , the named admn Law Judge at te hearing who plaintiffs compare**

91

"Jungle democracies" as harmful events , destructive & abusive ethics have grown supreme now. The powerfuls ,!!people/ nations or superpowers may note that,.It is time to amend. That Godhood and divinity themes were fairly introduced but fai;ing ,for now

that USA Fed Courts [Govt] may ... in groups are ... be ... assessed punitive Damages / Compensatory Damages Damages for wrong and anti-people statements in opinions of Courts (see referred court actions (Dozens) available in US records as matters of public records in USA.

The Rev Dr Kamal KR Roy as author of the civil actions in highly patriotic US citizen by born in Guam but was early age orphan and 50% unlucky in Democratic freedoms and suffered harms, pain, Damages worth 10 Ten Trillions of US $ as the price of loss of right to free speech/expressions due to misconducts of courts in opinions about Plaintiff as US citizen and/or Associate Member (1st amendment, US constitutional right of US citizens Jury may decide amounts Ten Trillions US $ or less as is Legal during T...

USDC Notary ...

EXL Relevant

Dr Kamal 6/6/07

Complaint to Chief Judge

28

92

We the people USD [illegible] District

That in the U.S. Constitution, By K Roy is "We the people" the term 'God's' has been devoid of equity for people with diverse faiths of religions viz Muslim/Islam and make or made constitutional laws vague or undefined. U.S. Constitution did fail and damage interests of Plaintiffs as 'We The People' pursuant to U.S. Constitution often as opined & ordered in relief sought to U.S. courts, see attached pages of Civil Court Action filed in U.S. Courts for the last decade or so by the Reverend Dr Kamal Karna K Roy, (SS # 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) M.S. in Management SUNY Maritime College (masters degree) Bronx, NY C; D.D. Doctorate in Divinity World Religions Institute of Gods & Religions Ph.D (AIML); MPA (Public Adm) USDA Graduate School, Washington DC etc etc; Author and principal composer of "Jungle Democracies, Cat and Mouse Doctrines of oppressions to weaker people/Nation/aliens by privileged people/Nations/superpowers... et al ...etc"; was placed in deep concern, pains and damage when Court ruled in opinion that Kamal Roy/J.D.) Reforms Int'l/H.I. International welfare) ... 2.1 ... etc while Dr Kamal

USD1 USD2 USD4 5/17/2007

Dr Kamal Roy 6/6/2007 Dr Kamal Roy 6/6/07

39

USD2/D[illegible]

93

RPAD / /5/
SECTION 5 VOLUME 1 IN STATEN ISLAND BLOCK 961 LOT 73
HANDICAP INTERESTS IN DECKER AVENUE
U9 VACANT LAND ZONED RESIDENTIAL NOT LOWER MANHA

** ACTUAL VALUES ** AV LAND AV TOTAL EX LAND
95/96 2,304 2,304 0

MKT VALUE 95/96 48,500
** TRANSITIONAL VALUES ** AV LAND AV TOTAL EX LAND
95/96 2,304 2,304 0

PF5 PRINT SCREEN PF9 DESCRIPTIVE SCREEN
PF7 NEXT BLOCK-LOT
PF8 PREVIOUS BLOCK-LOT
NEXT FUNCTION DATA

PROP RAL (RBUP) TO RETURN TO MENU
SECTION 1 VOLUME 1 IN STATEN ISLAND BLOCK 35 LOT 133
HANDICAP INTERESTS IN BROOK STREET
U9 VACANT LAND COMMERCIAL LOWER MANH RESIDENTIAL

** ACTUAL VALUES ** AV LAND AV TOTAL EX LAND
95/96 8,440 8,440

MKT VALUE 95/96 19,300
** TRANSITIONAL VALUES ** AV LAND AV TOTAL EX LAND
95/96 7,300 7,300 0

PF1 PROP CHARACTERISTICS PF8 NAME & ADDRESS INFO
PF6 AV HISTORY
NEXT FUNCTION DATA

Case 1:07-cv-00021 Document 1-4 Filed 07/27/2007 Page 11 of 20

Civil Complaints

(10) Assocn of Tracking Democratic Deities, Gods, Human Gods and oppressors in Non Profit Oppression Plaintiff

(5) Assocn of need based Demand of God and Divine Concepts P.O Box 1173 S/I NY 12983

(8) The Dream of equitable Democratic societies in USA, worldwide et al

Non_Gandhian oppositions and theological concepts of new moralsin Mass_movements world_wide.

(5) chairperson, Democracy Mobile Publication

The Rev. Dr Kamal K K Roy

(6) Exchange Union Non Profit Tax exempt P.O.B 1173 S/I, NY 12983

(7) Association of Weaker people, poors and disadvantaged in USA in Democracy P.O.B 1173 S/I NY 12983

Plaintiff

Kamal Dr K K Roy

for Plaintiffs Pro se self a US citizen

JURY TRIAL DEMAND

Civil # Case No ________

Judge: Hon ________

Punitive / Compensatory Damages upto 50 Fifty Billions US $ JURY MAY DECIDE AMOUNT OF COMPENSATIONS at Trial.

IN THE US Dist ________ 'Relevant'

We the people pursuant to US Constitution

By Jungle Democracy publication & Assocn by the Same Name

EIN 13-3551610

By The Rev Dr Kamal K Roy aka, JG Jr in Guam, a U.S. Territory in Pacific

et al Plaintiffs

see List (10 Nos) all by Dr Kamal Roy

14 Kiwassa Rd #52 NY 12983

U.S. Citizen

In the US Dist ________

Page 1

MD Als

Religious persecution of Rev Dr Kamal K R / civil rights violations of members of Plaintiff Assocn & Dr Kamal K R - a US citizen & US Presidential candidate 2008

— A Declared US President declared hopeful candidate in 2008 election: This message illegally ignored and suppressed by US News Media in violations of US Anti Trust Laws of News producers etc.

Damages / claims vs on IRS infractions ... We the people by US Govt Dept of Treasury, IRS Plattsburgh NY 12983 & Ronald Rountree ... Officer IRS

see full ... defendants ... for ... and President

I, Rev Dr Kamal Roy ... Assocn allege as below for ... R... under 1st amendment ... under US constitution & say under penalty of perjury:

The Rev Dr Kamal Roy

6/6/2007

(TC)

al- ALBANY 445 Broadway Albany NY 12207

JURY TRIAL DEMAND

Civil # Case No ______

Judge : Hon ______

Punitive/compensatory Damage Demand upto 50 Fifty Billions US $ JURY MAY DECIDE AMOUNT OF COMPENSATIONS at Trial

USDC

/N

"We the people" pursuant to U.S. Constitution

By Jungle Democracy publications & Assocn by the same Name EIN 13-3551610

By The Rev Dr Kamal K Roy a U.S. Territory in Pacific in Guam, Plaintiffs et. al (10 Nos) see List (10 Nos) all by Dr Kamal Roy

14 Kiwassa Rd #52 NY 12983 U.S Citizen

Page 1

Religious persecution of Rev Dr Kamal K R / civil rights violations of members of Plaintiff Assocn & Dr Kamal K Roy - a US citizen & US Presidential candidate 2008 Damages/claims on IRS

— A Declared US President declared hopeful candidate in 2008 election ; This meesouse illegally ignored and suppressed by US News Media in violations of US Anti-Trust Laws

We the people by US Govt IRS of News producer etc Dept of Treasury, Plattsburgh NY 12983 See full list of defendants & Ronald Rowntree Officer IRS

I, Rev Dr Kamal Roy of Handicap Interests ... Assocn allege as below for reliefs under 1st amendment US constitution under penalties of perjury:

All News Conglomerates in USA + NY Times NYC NY

Rev Dr Kamal K Roy

97

U.S Senate

In the U. S. A District Court ... New York 10007, USA.

Civil Complaint : filed in various Jurisdictions as on ... for various Damages of different grounds of violations of Laws, as the text of complaints are close but legally separate under various Legal Issues Jurisdiction and countries of violations as the Plaintiffs were mobile as individual or associations and both type of Plaintiffs were migratory under Immigration and International ... However many Damages and pains and sufferings were cummulative, as such were separated from ... damages.

... Jury trial Demanded ... Judge Hon. ... Compensatory DAMAGES Claimed as specified below in scripts

Short title of the civil action

Jungle Democracy... Oppressions of powerful/ rich people/ Nations/ Superpower to all weaker people/ Nations ... etc " EIN && Tax exempt ID (IRS) 131566610 107 A Scribner Avenue, Staten Island New York 10301 Mailing Address : P O Box 1173, SARANAC Lake NEW YORK 12983 ph 31... 6 5001, 518 891 5466 email VISHWA12@HOTMAIL.COM By J Geronimo Jr aka Kamal Roy mobile priest, part disabled in Court's Jurisdiction, ... law.

V.

... The State of New York State, c...

N.Y.S Attorney General, ... New York, N.Y 10271 ; U.S.A Government c/o U S Attorney General, ... Headquarters, Washington, D.C; The U N O, New York, N.Y; Govt of India, New Delhi, India ; Govt of West Bengal, ... Kolkata 700001, West Bengal, India ; City of New York, c/o Corp Counsel, 100 Church Street, New York, NY 10007; ... Saranac Lake, N Y ... Bank, Saranac Lake ... The New York Times ... New York, New York & elsewhere ... The New York State ... Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co. P O Box ..., Albany, New York 1201 : US Dept of Justice, Justice Dept Headquarters, Washington D.C ( More defendants may be named as per FRCP with ...

al ( 62 NOS ) ........... ( Defendants: ... Justice Dept Headquarters, Washington D.C

Full lists of Defendants is attached )

****GROUNDS of Litigations : Civil and Human Rights Violation ; violation and neglect in take lawful actions of Government parties as Defendants on multiple and numerous petitions of Plaintiff Kamal Roy aka Joseph Geronimo Jr and his associations to redress grievances both mental and phyical pains and monetary damages caused by inactions on all petitions of grievances I. E in violations of 1st Amendment of U S Constitutional Rights of Plaintiff Kamal Roy AND LAWFUL ASSOCIATE AND THUS CAUSED PAIN, VAIOUIS, AS ABOVESAID Now compensation is demanded for violations from Govt's, U N O, Association of most countries and National Governments: As the private defendants abused the situations of Govt' misconducts and inactions and damage Plaintiffs further , for both indidual Plaintiff and his ASSOCIATIONS of Plaintoffs. Flaw of U S based God is also explained elsewher appropriately. Some non hostile Defendants have also been named, damages from them may be waived in cases they cooperate to lawfully defend position of Plaintiffs lawfully as needed for former lawful associations of Plaintiffs with such defendants, as named..******************

Defedants Include US A , other countries, U N O, New York , democratic entities and may other Citizens of the World , H I I world Religions Group, et al are cited at places in scripts, and is a Plaintiff for issues of violations of Laws and damages claimed in this civil action.

" Matters of Jungle democracy cut and House doctrines of Oppressions etc " a mobile book of contemporary devious pattern of inequal rules, Laws and ... judicial systems worldwide and

A TOTAL FAITH IN GODS MAY TURN THE ENTIRE GLOBE TO OASIS OF HUMAN DEVELOPMENT.

(2) We the "PEOPLE", in the world including in USA have been lost in the wilderness of JUNGLE DEMOCRACY and in Estate of Optional Laws in effect for years in history of civilization of Human animals. We Need rescue squades S O S ...S O S World ... in democracies aka truly in Jungle democracies. ALL respectfully submitted for grant of prayers in original complaints filed with Court. Kamal Karuna Roy AKA J G Jr Priest Petitioner for all petitioners , individual or in representative capacity ( see F R C P) 12.10.2005,PO BoX 1173, Saranac Lake, New York 12983

DEPARTMENT OF LABOR
GOVERNOR W. AVERELL HARRIMAN
STATE OFFICE BUILDING CAMPUS
ALBANY, NEW YORK 12240

UNEMPLOYMENT INSURANCE DIVISION

June 17, 2005

HANDICAP INTERESTS
INTERNATIONAL INC
PO BOX 1173
SARANAC LAKE NY 12983-7173

In reply refer to:
RCC 86-99277 4

Dear Employer:

Information received in this office shows that, as a non-profit organization, you are not now liable for contributions to the New York State Unemployment Insurance Fund.

However, you will become liable:

1. On the first day of any calendar quarter in which you pay cash remuneration of $1,000.00 or more, or

2. On the first day of any calendar year in which you employ four or more persons on at least one day in each of twenty weeks during that calendar year or the preceding year.

Please note that this account was established because Part A and/or Part C, Column C of the NYS-45, Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return, was completed. Part A and/or Part C, Column C of this return should only be completed by employers who are liable under the New York State Unemployment Insurance Law.

Please notify us promptly if you meet either of these criteria.

Sincerely,

Julie A. Monini

Julia Monini

U.I. Registration
518 485-0567

EAh
Social Reform

দাবী করেছে, বলে, বরো মেয়েদের পায়ের রক্ত পরীক্ষা করেছে, পাত্রী নির্বাচনে, নেত্রীদের চাকরি আছে কিনা জিজ্ঞাসা করেছে আর মেয়েদের দৈহিক প্রেমের অধিকার খর্ব করেছে। আর করেছে মহিলাদের নাগরিক অধিকার ভঙ্গ, [illegible] ঘর প্রক্রিয়ার [illegible] অসমান পুরুষের দেখাতে, সঠিক প্রেম করতে, যাতে মেয়েরা বর্তমান সমাজ ব্যবস্থার সঠিক যৌবনের সঙ্গী হতে পারে।

নতুন মহাভারতের সারাংশ :-

প্রায় পাঁচ কোটি মেয়ে ভগবান শিবের মন্দিরে [illegible] অপেক্ষা করতে এল। মেয়েরা স্লোগান দিচ্ছে "শিব তুমি নিপাত যাও, অথবা তুমি পাল্টে যাও" - ওই মেয়েরা ও তাদের পূর্বসূরীরা শিবলিঙ্গে পূজা দিয়েছে। শিবলিঙ্গে জল ঢালার খরচ, প্রতিবার [illegible] দুটাকা, ফুল-বেলপাতা বাবদ তিন টাকা, পুরোহিতের দক্ষিণা তিন টাকা, আর রিকশা ভাড়া নূন্যতম পাঁচ থেকে দশ টাকা। মোট খরচ দশ থেকে পনেরো টাকা কমপক্ষে। প্রথম যৌবন থেকে যৌবনের শেষ পর্যন্ত [illegible] শিবলিঙ্গ পূজারিণীরা [illegible] আশীর্বাদ পায়নি, ভাল বর ও সুখ পাওয়ার জন্য। প্রায় সকলেরই প্রত্যেক মেয়ের যৌবনের স্বপ্ন ব্যর্থ হয়ে গেছে উপযুক্ত সময়ে। অনুসন্ধান ও পরিসংখ্যানে জানা গেছে যে, যেই মেয়েরা উপযুক্ত ও আকাঙ্ক্ষিত বর পেয়েছে [illegible] মা বাবার পয়সা আছে, ভাইয়ের ব্যবসা আছে, [illegible] টাকা আছে অথবা মেয়েটি অসম্ভব সুন্দরী। এতে শিব সম্পূর্ণ নিষ্ক্রিয়। শিবলিঙ্গ পূজা ব্যর্থ, অর্থহীন। শিবের কোন অস্তিত্ব প্রমাণ হয় না। তাই তো পাঁচ কোটি মেয়েদের [illegible] যে [illegible] ছিল, যার বয়স চল্লিশ বছর হয়ে গেছে, আর যার মাথার চুল অর্ধেক পেকে গেছে, [illegible] সাদা হয়ে গেছে, যৌবন সঠিক পরিমাণে [illegible] বছর দশ মাস [illegible] সম্পূর্ণ বাসি হয়ে গেছে বা হারিয়ে গেছে। মেয়েটির সব ছিল [illegible] স্বামী হবে, কোন উপযুক্ত পুরুষের। মেয়েটি [illegible] শিবলিঙ্গে জল দিয়েছে। যৌবনের [illegible] ও যৌবনকাল শেষ হয়ে গেছে। [illegible]
[illegible] শুরু [illegible] ছিল না। [illegible]
[illegible] সে [illegible] পুরুষকে [illegible]
[illegible]" নিশ্চয় যদিও কোন [illegible]
[illegible]
[illegible] দিয়ে গেছে ওই পর্যন্ত। মেয়েটির আর যৌবনের [illegible]
তবু বাঁচা ভাল, মরা আরো অসহ্য। মেয়েটির [illegible]
পূজো দিয়ে ব্যর্থ হয়েছে, মেয়েরা [illegible]
[illegible], নাকো থেকে [illegible]
তলে শিব উঠে এলেন পার্বতীর বিছানা থেকে।

Page 50
Ext Misc
Foreign Social Reform
EXL Social Reform
EXL MB
Religion
Relig. Discrimination
EXL = Relevant Foreign Language writing that God Siva failed to demonstrate democratic equities on Globe
EXL = Foreign operations
The Reid on Kamal Kumar
1
100

We the people etc & et al

Vs

We the people by US Govt Authorities

by (1) Hon John Roberts Chief Justice US c/o U.S. Supreme Court Washington D

(2) Hon Judge ______ Appeal Court 10 th circuit Denver Co.

(3) Hon Judge Sue L Robinson [illegible]

(4) Hon George W Bush US President White House Washington DC

(5) The US [illegible] c/o U.S. Dept of Justice & the White House

(6) Gaffs [illegible] Democratic Republic

(6) (7) U N O New York, NY E 42 St NYC

(7A) [illegible] democracy [illegible] et al

(7) The New York Times Company, NYC, NY 10025

(8) All News Media / Conglomerates, New [illegible]

Defendants

Vs

351 third Party Defendant named in USA or scribed or hinted in scripts & Complaints

(101 / 81)

(9) Hon S. L. Robinson USDJ

(10) Hon John Roberts — Violation of US Const law US constitution [illegible]

(11) Mr McCormick — Discrimination Beneficiary chief Justice US for wrongful illegal [illegible] remarks Judge O'Neal [illegible] on Plaintiff [illegible]

Democracy Jungle ... opposition jackal etc to be CBS

Before Hon Judge Sue L Robinson USDJ, Del

857 sen 2 sets

Motion due as soon as Judge may reopen issue on order Filed on 5/25/2007

US DISTRICT Court for Delaware, Wilmington DE 844 N King St

Post trial Motion under FRCP 60b rule before trial Judge Hon Sue L Robinson USDJ, Delaware DE dt 5/4/2007 entered on 5/8/2007 see attached for prayer to Judge Robinson not to preside over Post trial new evidence and prayer for a new Judgement as Robinson erred in the many opinion on order and Full Action as alleged part of Judges shall enter order on new of above court / is only human. He erred

Dear sir/madam, Plaintiff in order The undersigned Dr Kamal K Roy a/k/a was born, Joseph Geronimo Jr & Bose shall move the Court to FRCP 60b motion amended above civ action above dt 5/4/2007 entered on 5/8/2007. The undersigned Plaintiff for self as US citizen and under 1st amendment US Constitution associated with Plaintiffs/appellants / Unincorporated Associations acted lawfully as join as appellants pro se before and on Court of Appeals on forma pauperis as The Rev Dr Kamal Roy reforms religious activities is partly disabled and person under poverty level and Associations / Plaintiffs/appellants are all financially starved and as such appeal may be maintained by US citizen/appellant All issue of order is appealed as the issues violated due process of law on constitutional honor by failing allowance accept Judge was kind to grant poor status for filing civil action. The poor status may be granted on appeal. His opinion is equivalent to cruel and unusual punishment to poor clergy who demanded Judgement on Democratic pain violate

The Rev Dr Kamal K Roy a mobile clergy in Delaware et al in USA

The Rev Dr Kamal K Roy (Pro Se) 5/23/2007 For all Plaintiffs Appellants Unincorporated Assoc Poor

102

One of the legal grounds ... Exhibit 7

(Page 2)

US President's Office by Mr G.W. Bush violation of civil rights is not a immune for personal personal business owned by defendant George W Bush and Mr J Roberts Jr ... his equal ... Mr Roberts has on corrupt democratic principle ... competent jurist supreme court Associate Justice picked for his confirmation to job he was and before his candidacy to chief Justice Senate. Defendant elevated ... confirmed by the USA was of US. Bush forgot laws like employer job of chief an equal opportunity political appointment. But Justice of US is may not deserved such appointment more competent and most worthy candidacy of to be US Justice of US for Life. person Don Imus was cruelly treated for small error ... Bush abused power violated Defendant of equal opportunity and US Laws other person in high office discriminated of Jungle Democracies in a rule of doctrine of oppression cat and mouse ... by powerful ... etc to weaker people by a mobile book volume The later script is ... But Judge and Plaintiff/Appellant #1 to laws shortened Robinson without regard appx Kamal K Roy to Jungle Democracy John G Roberts to erroneously violative conduct a beneficiary of Bush. Mr Roberts Jr of Defendant G.W. Bush appellee in this action is Defendant appellee Judge Robinson erred /above appeal and dismissed action poor person status The Rev Dr Kamal K Roy to individual Plaintiff /appellant the Rev Dr Kamal Roy in ... 7 2007

5/25/07

Respectfully submitted
appeal of USCA 9th Circuit motion to leave to appeal in support of ... 2007
for all Plaintiff/Appellant
The Rev Dr Kamal K Roy
Appt Dr Jacob Gronowicz ...

5/17/2007

Kindly see comments on The Rev Dr Kamal K Roy order, and prayers on issue for Law order. 5/25/07

103