# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Joseph Geronimo, Jr. aka Kamal K. Roy, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> USA Gov't God/s, et al.. <br><br> Defendants. | Civil Case No. 1:07-cv-00021 <br><br><br><br> **J U D G M E N T** |

    Judgment is hereby entered in accordance with the Order re: Dismissal of Complaint filed on August 21, 2007.

    Dated this 21st day of August, 2007, Hagatna, Guam.

                                                   **/s/ Jeanne G. Quinata**
                                                         Clerk of Court