# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

Joseph Geronmio, Jr.,
aka Kamal K. Roy, et al.,

      Plaintiffs,

vs.

USA Gov't God/s, et al..,

      Defendants.

Case No. 1:07-cv-00021

# NOTICE OF ENTRY OF JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment filed August 21, 2007*
*Date of Entry:  August 21, 2007*

The original judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 21, 2007

Clerk of Court
**/s/ Jeanne G. Quinata**